UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL COLLEGIATE CAMPUS : : : : Plaintiff : : v. : : KENDALL NESBITT, : : Defendant : | CIVIL ACTION NO. 06-0903 (ESH) |

### Plaintiff's Motion for Extension of Time for Service of Process

Plaintiff respectfully requests that this Court grant additional time for service of the complaint and summons on the defendant, Kendall Nesbitt. This motion is being filed in response to the Court's August 22, 2006, Order.

Plaintiff attempted to serve the complaint using the last address in the student's educational records and at the defendant's current school placement. The defendant is a twenty-one year old student at High Road Academy in Washington, D.C. When the service processor arrived at the defendant's current school, he was not allowed to serve the student. The service processor also attempted to serve the defendant at his home, but was unable to locate the defendant or anyone who could accept service of process.[1] The plaintiff is also in the process of seeking waiver of service from the defendant and his attorney.

The plaintiff has made a number of attempts to serve the defendant. The student is currently placed in an appropriate educational setting, and therefore, the

---

[1] A declaration of reasonable diligence by the process server will be filed in a separate praecipe.

plaintiff does not believe that the additional delay in service of process would prejudice him.

Plaintiff is therefore requesting an additional sixty (60) days from the date of the Court's order to serve the complaint on the defendant.

Respectfully submitted,

___/s/_____
Paul S. Dalton, Esq.
D.C. Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22312-5045
(703) 739-4300 (O)
(703) 739-2323 (F)