## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL COLLEGIATE CAMPUS : : : : Plaintiff : : v. : : KENDALL NESBITT, : : Defendant : | **CIVIL ACTION NO. 06-0903 (ESH)** |

## ORDER

Upon consideration of the Plaintiff's Motion for Extension of Time for Service of Process it is hereby:

ORDERED, that the Motion is GRANTED;

FURTHER ORDERED: that the deadline for service of process on defendant Kendall Nesbitt is extended for an additional sixty days.

_____                    _____
Date                                             ELLEN S. HUVELLE
                                                 UNITED STATES DISTRICT JUDGE