UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL COLLEGIATE CAMPUS : : : : Plaintiff : : v. : KENDALL NESBITT, : : Defendant : | CIVIL ACTION NO. 06-0903 (ESH) |

## PRAECIPE

Plaintiff files this praecipe pursuant to the Court's September 13, 2006, order, granting additional time for service of the complaint and summons on the defendant, Kendall Nesbitt.

This case is the appeal of an administrative decision. The defendant is a twenty-two year old student who will receive his high school diploma this school year. The defendant continues to be represented by the attorney who represented him at the administrative level. Therefore, the plaintiff requested that the defendant waive service of process. A letter, along with the appropriate forms were sent to both Mr. Nesbitt and his counsel on September 11, 2006. (Ex. 1) A follow-up letter was sent to Mr. Nesbitt's counsel on September 27, 2006. (Ex. 2) Shortly thereafter, plaintiff's counsel received a response from Mr. Nesbitt's attorney stating they would not waive service.

Plaintiff has also sent a copy of the summons and complaint via certified mail. To date, the defendant has refused to pick up his registered mail.

Lastly, the plaintiff is continuing to attempt service at the defendant's home. To date, the defendant has avoided service of process. The process servers have not

been allowed to attempt service at the plaintiff's school, so the home is the only available address.

Plaintiff's process servers will continue to attempt to serve the defendant both in person and via certified mail. As soon as the defendant is served, proof of service will be filed with the Court.

                                        Respectfully submitted,

                                        ___/s/_____
Paul S. Dalton, Esq.
D.C. Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22312-5045
(703) 739-4300 (O)
(703) 739-2323 (F)