Law Offices
## DALTON, DALTON & HOUSTON, P.C.

1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703)-739-4300
Facsimile: (703)-739-2323
E-MAIL: DCSPEDLAW@AOL.COM

Paul S. Dalton*
Ellen Douglass Dalton*
William E. Houston+
Laura E. Duos~+
Jessica M. Smith

Washington DC. Office:
601 Pennsylvania Avenue, N.W.
South Building, Suite 900
Washington, DC 20004
Telephone: (202)-393-0060
Facsimile: (202)-393-1555

* ADMITTED IN VA & VA4
+ ADMITTED IN D.C.
* ADMITTED IN PA
~ ADMITTED IN MD
" ADMITTED TO THE U.S. SUPREME COURT

September 27, 2006

Fatmata Barrie, Esq.
Law Offices of Christopher N. Anwah, PLLC          VIA FAX: 202-626-0048
1003 K Street, NW #565
Washington, DC 20020

    RE:    Kendall Nesbitt

Dear Ms. Barrie:

    I am writing to follow up on the waiver of service request that was mailed to your client and faxed to you on September 11, 2006. Please let me know if you and your client have discussed whether or not you wish to waive service of the complaint.

    If your client does not waive service we will continue our attempts to serve him. Our records reflect his current address as:

1400 Kearney St, N.E.,
Washington, D.C. 20017

If this address is inaccurate, please let me know.

Sincerely,

Laura E. Duos, Esq.

EXHIBIT 2