# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Friendship Edison Public Charter School Chamberlain Campus
Plaintiff(s)

Case Number: 1:06CV00903ESH

vs

Kendall Nesbitt
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Cordis A. McCain, hereby certify that on December 12, 2006 at 9:35 AM, I executed service of process upon **KENDALL NESBITT** at High Road Academy, 711 Edgewood St NE, Washington, DC 20017 by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Initial Electronic Case Filing Order, Electronic Case Fils Attorney/Participant Registration Form.

Kendall Nesbitt is described as a Black Male, approximately 5' 10" tall, 170-180 pounds, Brown eyes, Brown hair, and 20 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 60 years of age, Date of Birth 5/28/46; and that I am not a party to this action.

The cost of service is $50.00

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on December 14, 2006.

Date December 14, 2006.

_____
Cordis A. McCain

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on December 14, 2006.

_____
My Commission Expires: 10-31-2011

Ref.# 71122