UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL COLLEGIATE CAMPUS,<br><br>    Plaintiff,<br><br>  v.<br><br>KENDALL NESBITT,<br><br>    Defendant. | Civil Action No. 06-0903 (ESH) |

## ORDER

While proof of service of process in this case was accomplished on December 12, 2006, plaintiff has done nothing further to prosecute this case. Accordingly, it is this 9th day of January, 2007, hereby

**ORDERED** that by no later than January 24, 2007, plaintiff shall cause default to be entered and apply for entry of judgment thereon or show cause why a motion for entry of default has not been filed. If plaintiff fails to do this, the complaint will be dismissed for want of prosecution.

               /s/
              ELLEN SEGAL HUVELLE
              United States District Judge

Date: January 9, 2007