UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL COLLEGIATE CAMPUS** : : : : **Plaintiff** : : v. : : **KENDALL NESBITT,** : : **Defendant** : | : : : : : : : CIVIL ACTION NO. 06-0903 (ESH) : : : : |

## PRAECIPE

Plaintiff files this praecipe pursuant to the Court's January 9, 2007 Order, requesting information as to why a motion for default has not been filed.

As stated in the Order, proof of service was filed on December 12, 2006. On December 29, 2006, Defendant's Answer to the complaint was faxed to Plaintiff's counsel's office. The Plaintiff is in the process of assembling and redacting the administrative record and transcript of the due process hearing so a briefing schedule can be proposed in the meet and confer statement.

The Answer to the complaint was filed by Jude C. Iweanoge. The Answer, however, does not appear on the docket sheet and Plaintiff's counsel never received an email notification that the Answer had been filed electronically.[1] Plaintiff's counsel is in possession of a copy of the Answer to the complaint and therefore, in good faith, cannot file a motion for default.

---

[1] A copy the Answer is not attached to this Praecipe because it is not Plaintiff's document to submit. However, at the Court's request, Plaintiff's counsel will submit a copy of the Answer electronically.

Respectfully submitted,

\_\_\_/s/_____
Paul S. Dalton, Esq.
D.C. Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22312-5045
(703) 739-4300 (O)
(703) 739-2323 (F)