UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRIENDSHIP EDISON PUBLIC<br>CHARTER SCHOOL<br>COLLEGIATE CAMPUS | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 06-0903 (ESH) |
| KENDALL NESBITT, | : | |
| Defendant | : | |

## PRAECIPE

Plaintiff files this praecipe pursuant to this Court's January 17, 2007 Order. Attached as an exhibit is a copy of the Answer that Defendant's counsel faxed to Plaintiffs' counsel's office. This document does not appear on the docket nor did Plaintiff receive a notice of electronic filing regarding this document.

Respectfully submitted,

____/s/_____
Paul S. Dalton, Esq.
D.C. Bar No. 439118
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22312-5045
(703) 739-4300 (O)
(703) 739-2323 (F)