UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL** * * * | |
| Plaintiff * | Civil Action No. 06-0903 (ESH) |
| v. * * | |
| **KENDALL NESBITT** * * | |
| Defendants * | |

### CONSENT MOTION FOR LEAVE TO AMEND ANSWER TO COMPLAINT

The Defendant, by and through its undersigned counsel, respectfully requests that the Court grant her leave to amend the answer previously filed in the instant matter. In support thereof, the Defendant states as follows:

1. That Plaintiff filed a complaint in the above captioned matter on or about May 12, 2006.

2. That Defendant forwarded an answer to Plaintiff's counsel which was subsequently forwarded to the Court.

3. That on January 18, 2007, the Court accepted Defendant's answer as filed stating inter alia that undersigned counsel should formally enter his appearance.

4. That amending the answer is necessary in order to fully respond to Plaintiff's complaint and to formally enter undersigned counsel's appearance.

5. That a copy of Defendant's Amended Answer is appended to this motion for leave to amend answer as Exhibit 1.

1

6. The Defendant submits that no party would be prejudiced by the requested leave to amend answer. Moreover, counsel for Plaintiff Friendship Edison Public Charter School consents to the relief requested herein.

WHEREFORE, Defendant Kendall Nesbitt, respectfully request that this Honorable Court grant her request to amend answer and accept the answer as concomitantly filed with this motion.

Respectfully Submitted,
THE IWEANOGES' FIRM, P.C.

_____/s/*JudeIweanoge*/s/_____
Jude C. Iweanoge (DCB#493241)
Iweanoge Law Center
1026 Monroe Street, NE
Washington, DC  20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 16th February 2007 a copy of the foregoing document was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will notify the Plaintiff through the court's e-file system.

_____/s/*JudeIweanoge*/s/_____
Jude C. Iweanoge