UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL** | * * * |
| Plaintiff | * * |
| v. | Civil Action No. 06-0903 (ESH) |
| **KENDALL NESBITT** | * * * |
| Defendants | * |

## AMENDED ANSWER TO COMPLAINT

COMES NOW the Defendant Kendall Nesbitt, by and through her attorneys, Jude C. Iweanoge, Esquire and THE IWEANOGES' FIRM, P.C., hereby answer and respond to the numbered allegations in the Complaint filed by Plaintiff Friendship Edison Public Charter School. Paragraph numbers below correspond to the paragraph numbers in the complaint.

1. Defendant admit the existence of the statutory authorities alluded to in paragraph number 1, but deny that jurisdiction is necessarily conferred on the court solely by reason thereto.

2. Defendant admits Plaintiff is a District of Columbia Charter School. The remaining allegations contained in paragraph numbered 2 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required then the same are denied.

3. Defendant admits that she is an adult resident of the District of Columbia. The remaining allegations contained in paragraph numbered 3 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required, ten the same are denied.

4.  Defendant denies that he is twenty-one years old. Defendant admits the remaining allegation in paragraph numbered 4 to the extent that he attended friendship Edison through the 2003-2004 school year.

5.  Defendant denies the allegations in paragraph number 5.

6.  Defendant lacks sufficient information to admit or deny paragraph 6.

7.  The allegations contained in paragraph numbered 7 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required then the same are denied.

8.  Defendant denies the allegations in paragraph number 8.

9-11. The allegations contained in paragraphs numbered 9 through 11 are conclusions of law and/or facts of the pleader to which no responses are required. If a response is required then the same are denied.

12. Plaintiff has made no allegation in this paragraph.

13. The allegations contained in paragraph numbered 13 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required then the same are denied.

14. Plaintiff has made no allegation in this paragraph.

15. The allegations contained in paragraph numbered 15 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required then the same are denied.

18. Plaintiff has made no allegation in this paragraph.

19. The allegations contained in paragraph numbered 19 are conclusions of law and/or fact of the pleader to which no response is required. If a response is required then the same are denied.

Further answering the complaint, Defendant denies all allegations not specifically admitted or otherwise answered, and all allegations of wrongdoing.

FIRST AFFIRMATIVE DEFENSE

This complaint fails to state a claim upon which relef can be granted.

SECOND AFFIRMATIVE DEFENSE

Plaintiff's claim is barred by applicable statute of limitation.

THIRD AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust their administrative remedies on all pertinent issues.

FOURTH AFFIRMATIVE DEFENSE

The Hearing Officer's Decision was well reasoned and appropriate.

Respectfully Submitted,
THE IWEANOGES' FIRM, P.C.

_____/s/JudeIweanoge/s/_____
Jude C. Iweanoge (DCB#493241)
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, DC  20017-1760
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com

3