**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC** | * |
| **CHARTER SCHOOL** | * |
| | * |
| **Plaintiff** | * |
| | *   **Civil Action No. 06-0903 (ESH)** |
| **v.** | * |
| | * |
| **KENDALL NESBITT** | * |
| | * |
| **Defendants** | * |

_____

## <u>CONSENT ORDER</u>

Upon consideration of Defendant's Consent Motion for Leave to Amend Answer,

and the entire record herein, it is this _____ day of _____, 2007, hereby

ORDERED, that the Defendant's Motion is granted.

FURTHER ORDERED _____

_____

_____

United States District Court Judge

1