UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL COLLEGIATE CAMPUS | : : : : : | |
| Plaintiff | : : | |
| v. | : : | CIVIL ACTION NO. 06-0903 (ESH) |
| KENDALL NESBITT, | : : | |
| Defendant. | : : | |

**RULE 16.3 REPORT**

I. STATEMENT OF FACTS AND STATUTORY BASIS FOR CAUSES OF ACTION AND DEFENSES:

This is an action brought under the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. § 1400 *et seq.*, appealing a Hearing Officer's Determination issued on April 14, 2006. The Hearing Officer ordered that Edison provide 3,300 hours of compensatory education tutoring, based on a mathematical formulation. Edison seeks reversal of that determination.

Pursuant to Local Rule 16.3, the parties conferred, and their positions are as follows:

(1) Case Tracking Category and Resolution by Summary Judgment: Based on information available the parties believe that this case can be decided by dispositive motions.

(2) Factual and Legal Issues; Joining of Additional Parties; Amendment of Pleadings: The parties do not anticipate the need for joining additional parties or amending the pleadings. At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

(3) Assignment to Magistrate Judge: The Plaintiff consents to the assignment of this case to a magistrate judge. The Defendant opposes assigning this case to a magistrate judge.

(4) Potential for Settlement: The parties will discuss settlement, but do not believe that a settlement is possible at this time.

(5) ADR Procedures: The Plaintiff is amenable to ADR. The Defendant does not believe that a referral to ADR would be appropriate at this time.

(6) Motions for Summary Judgment: The parties believe this case can be decided by dispositive motions.

Plaintiff proposes the following schedule:

(a) The administrative record to be filed by April 5, 2007.

(b) Cross-Motions for summary judgment to be filed 45 days after the filing of the administrative record.

(c) Oppositions to be filed 30 days after Motions for Summary Judgment are filed;

(d) Replies to be filed 15 days after Oppositions are filed;

(e) Court's decision to be entered 30 days after Replies are filed.

(7) Fed. R. Civ. P. 26(a)(1) Disclosure: The parties agree to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1).

(8) The parties do not believe discovery is necessary.

(9) Fed. R. Civ. P. 26(a)(2): The parties do not believe there will be a need for expert witnesses.

(10) The instant case is not a class action.

(11) Bifurcation of Trial or Discovery: The parties foresee no need to bifurcate discovery or trial.

(12) Pre-Trial Conference Date: There is no need for a pretrial conference at this time.

(13) Trial Date: There is no need to set a trial date at this time.

(14) Fed. R. Civ. P. 26(f) as amended effective December 1, 2006: The parties believe that the following items are not applicable to this case: electronically stored information, preservation of discoverable information, and assertions of privilege or of protection as trial-preparation materials.

(15) The parties are not aware of any other matters that require inclusion in a scheduling order.

Respectfully Submitted,

/s/ Paul S. Dalton
Paul S. Dalton [439118]
Dalton, Dalton, & Houston P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)
Counsel for Plaintiff

/s/ Jude Iweanoge
Jude Iweanoge [493241
Iweanoge Law Center
1026 Monroe Street, NE
Washington, DC 20017-1760
202-347-7026 (ph)
202-347-7108 (fax)
Counsel for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically on this 22nd day of February, 2007.

                              /s/
Paul S. Dalton, Esq.
Counsel for Plaintiff