UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FRIENDSHIP EDISON PUBLIC CHARTER )
SCHOOL COLLEGIATE CAMPUS, )
)
)
Plaintiff, )
)
v. ) Civil Action No. 06-0903 (ESH)
)
KENDALL NESBITT, )
Defendant. )
_____)

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____[signature]_____  2-26-07                PARTIES AGREE TO HAVE
Attorney for the Plaintiff.   Date            MATTER HEARD BEFORE
                                              MJ. FACCIOLA

_____  _____
Attorney for the Defendant.   Date

NOTICE:   The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

Facciola         **ORDER OF REFERENCE**

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_Ellen S Huvelle_                2/28/07
ELLEN SEGAL HUVELLE              Date
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FRIENDSHIP EDISON PUBLIC CHARTER )
SCHOOL COLLEGIATE CAMPUS, )
)
Plaintiff, )
)
v. ) Civil Action No. 06-0903 (ESH)
)
KENDALL NESBITT, )
Defendant. )

## CONSENT TO PROCEED BEFORE
## A UNITED STATES MAGISTRATE JUDGE FOR ALL PURPOSES

In accordance with the provisions of 28 U.S.C. § 636(c)(3), the parties to the above-captioned civil matter by and with the advice of their counsel hereby voluntarily waive their rights to proceed before a District Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial.

_____    _____    _____
Attorney for the Plaintiff.    Date

_____    2/26/07
Attorney for the Defendant.    Date

NOTICE: The foregoing Consent by Counsel shall be accepted upon the understanding that all counsel have secured the consent of their respective clients to the Consent and Referral to a United States Magistrate Judge for all purposes.

## ORDER OF REFERENCE

Facciola

IT IS HEREBY ORDERED that the above-captioned matter be referred to a United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C.§ 636(c)(3) and the foregoing consent of the parties.

_Ellen S Huvelle_    2/28/07
ELLEN SEGAL HUVELLE    Date
United States District Judge