**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL COLLEGIATE CAMPUS | : | |
| Plaintiff | : | |
| v. | : | **CIVIL ACTION NO. 06-0903 (JMF)** |
| KENDALL NESBITT, | : | |
| Defendant. | : | |

NOTICE OF FILING

Plaintiff hereby submits the administrative record in the above captioned matter. A courtesy copy will be filed with Judge Facciola and will be mailed to defendant's counsel. Also included in this filing are the transcripts for the two days that the due process hearing convened.

Respectfully submitted,

/s/ Paul S. Dalton
Paul S. Dalton [439118]
Dalton, Dalton, & Houston P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

    I certify that on this 5th day of April, 2007, a copy of the foregoing Notice of Filing was mailed first class postage paid to

Mr. Jude Iweanoge, Esq.
The Iweanoges' Firm
1010 Vermont Avenue, NW
Suite 600
Washington, DC 20005

                                                  /s/
                                    Paul S. Dalton, Esq.
                                    Counsel for Plaintiff