# CERTIFICATION OF RECORD

INDIVIDUALS WITH DISABILITIES EDUCATION ACT (IDEA) 20 USC § 1400

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### *STUDENT HEARING OFFICE*
### SPECIAL EDUCATION

In the Matter RE: **Nesbitt, Kendall vs. DCPS & FEPCS**

Case Information:      Hearing Dates: **02/14/2006 & 04/04/2006**
Held at: **District of Columbia Public Schools Headquarters**
      **825 N. Capitol Street, N.E.**
      **Washington, D.C. 20002**
Student Identification Number:  **7347054**
Student's Date of Birth: **11/14/2005**
Attending School: **High Road Academy**
Managing School:
Hearing Request Date(s) **11/14/2005**

## <u>CERTIFICATION OF RECORD</u>

    I, **Shawnta Maddox, Legal Assistant of the Student Hearing Office,**

DO HEREBY CERTIFY that the attached Record of Proceeding is the entire record in

the above entitled matter as of this date, consisting of all letters, pleadings, orders,

exhibits and depositions.

    I FURTHER CERTIFY that the materials forwarded herewith are the true copy

of the original documents submitted in this matter.

EXECUTED this 25th day of January 2006.

**LEGAL ASSISTANT**
**STUDENT HEARING OFFICE**

# District of Columbia Public Schools
## Office of Management Services
**Tonya M. Butler-Truesdale, Due Process Hearing Officer**
**825 North Capitol Street, N.E.; Room 8076**
**Washington, D.C. 20002**
**(202) 518-6867**
**Facsimile: (202) 442-5556**
## Confidential

| | |
|---|---|
| **KENDALL NESBITT, STUDENT** | ) |
| | ) |
| **Date of Birth: 11/01/84** | ) |
| | ) |
| **Petitioner,** | ) Hearing Date: April 4, 2006 |
| | ) February 14, 2006 |
| | ) |
| | ) |
| | ) |
| **FRIENDSHIP-EDISON** | ) |
| **PUBLIC CHARTER SCHOOL** | ) |
| | ) Held at: 825 North Capitol St., N.E. |
| **Respondent.** | ) 8th Floor |
| | ) Washington, D.C. 20002 |
| | ) |
| | ) |

## FINAL ORDER

| | |
|---|---|
| **Adult Student:** | Mr. Kendell Nesbitt.<br>1440 Kearney Street, NE<br>Washington, D.C. 20017 |
| **Counsel for the Parent/Student:** | Fatmata  Barrie, Esquire<br>Christopher Anwah, Esquire<br>1010 Vermont Avenue, N.W.<br>Suite 600<br>Washington, D.C. 20005<br>(202) 347-7026; Fax: (202) 347-7108 |
| **Counsel for DCPS:** | Rashida Chapman, Esquire<br>Office of the General Counsel, DCPS<br>825 North Capitol Street, N.E.; 9th Floor<br>Washington, D.C. 20002 |
| **Counsel for Friendship/Edison PCS:** | Paul S. Dalton<br>Dalton, Dalton & Houston<br>1008 Pendleton Street<br>Alexandria, Virginia 22314-1837<br>(703) 739-4300; Fax: (703)739-2323 |

An index of names is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant persons. The index is designed to be detached before release of this Decision as a public record.

# INDEX OF NAMES

## *Nesbitt v. Friendship Public Charter School*

| Student | Kendall Nesbitt |
|---|---|
| Child's Parent(s) (specific relationship) | Rhonda Simms |
| Child/Parent's Representative | Fatmata Barrie, Esquire |
| School System's Representative | Quinne Harris-Lindsey, Esquire |
| Special Education Coordinator Friendship Edison PCS | Carolyn Ross |
| Counsel for Friendship Edison PCS | Paul S. Dalton |

## Jurisdiction

This hearing was conducted in accordance with the rights established under the Individuals With Disabilities Improvement Act ("IDEA"), 20 U.S.C. Sections 1400 et seq., Title 34 of the Code of Federal Regulations, Part 300; Title V of the District of Columbia ("District") Municipal Regulations ("DCMR"), re-promulgated on February 19, 2003; and Title 38 of the D.C. Code, Subtitle VII, Chapter 25.

## Introduction

Petitioner is a twenty-one year old student formerly enrolled at Friendship Edison Public Charter School. On November 14, 2005, Petitioner filed a *Request for Hearing* alleging that the District of Columbia Public Schools ("DCPS") in its capacity as LEA/SEA and Friendship-Edison Public Charter School had failed to provide a Free and Appropriate Public Education by failing to:

1. adhere to an August 12, 20 05 Hearing Officer's Determination requiring that an MDT/IEP meeting take place within ten days of Petitioner's enrollment at High Roads Academy to develop a compensatory education plan. Petitioner alleges that DCPS and FERC's failure to attend equated to a denial of FAPE;
2. devise a compensatory education plan which would afford the Petitioner tutoring; and,
3. DCPS failed to conduct a thirty day review since Petitioner's attendance at High Roads.

Hearings were convened on February 14, 2006 and April 4, 2006. Since the filing of the November 14, 2005 hearing request a number of continuances were granted due to Petitioner's schedule, death in the family of the hearing officer, and delayed receipt of required status reports regarding Petitioner's attendance and grades. Petitioner presented disclosures labeled KN1-20. Petitioner also forwarded a post hearing brief which was not admitted because the record was closed after the hearing. Friendship Edison presented disclosures labeled Edison 1-2. DCPS presented a disclosure letter. There were no objections to the disclosures.

## Findings of Fact and Conclusions of Law

Since Petitioner's enrollment at High Roads, his attendance and grades have improved dramatically. It is highly probable that if Petitioner had been placed in a more appropriate educational environment at an earlier age, he would be closer to grade level performance. From this inference supported by the recent recorded grades and attendance records, a finding that the Petitioner was denied FAPE warranting compensatory education is appropriate.

At the meeting held for Petitioner to discuss and determine compensatory education, Petitioner rejected an offer to receive compensatory education services at Friendship Edison to prepare for graduation after consultation with counsel. Petitioner's rejection of such an offer is not unreasonable given the lack of progress he made during his previous enrollment at Friendship-Edison. The complicating factor of this matter is

3

that the record does not include documents or testimony which facilitate a finding of the correct amount or form of compensatory education necessary to create educational benefit given the fact that Respondent is not required to provide day for day compensation for days missed.    What is clear is that Friendship Edison violated the August 12, 2005 Hearing Officer's Determination by failing to offer a compensatory education plan from which the Petitioner could gain some educational benefit.

While data exist in the record defining Petitioner's grade equivalency performance prior to placement at High Roads Academy, no data exist for his current grade level of functioning which would assist this hearing officer in projecting the progress Petitioner might have made in an appropriate setting and further quantitatively defining an appropriate compensatory education award.  The absence of testimony and data regarding a framework to assist the hearing officer in quantifying the injurious impact of the denial of FAPE makes an attempt to craft the appropriate remedy is nebulous at best.  At a minimum, the demeanor and presentation skills of the Petitioner reveal that he would derive educational benefit from tutoring and without further documentary or testimonial evidence in the record, the minimum conscionable award would be 3300 hours of compensatory education for a 27.5 hour school week over a period of three academic years assuming forty school weeks.  Absent testimony regarding any particular type/form of vocational program and the respective educational benefit that could be provided, tutoring is the most appropriate award.

## ORDER

Upon consideration of Petitioner's request for a due process hearing, the parties' Five Day Disclosure Notices, the testimony presented at the hearing, and representations of the parties' counsel at the hearings, this 13th day of February 2006, it is hereby

**ORDERED,** that DCPS shall maintain Petitioner's placement at High Road Academy until his graduation contingent upon Petitioner's continued attendance record consistent with the status reports.

**IT IS ALSO ORDERED**, that Friendship-Edison shall fund 3300 hours of compensatory education in the form of independent tutoring consistent with Superintendent's cost guidelines.

**IT IS FURTHER ORDERED,** that this Order is effective immediately.

_____
Tonya M. Butler-Truesdale
Hearing Officer

Date:   April 13, 2006
Issued: _____

4

*In the matter of Kendall Nesbitt*

Copies to:

Fatmata Barrie, Esquire
Law Office of Christopher Anwah, Esquire
1010 Vermont Avenue, N.W.; Suite 600
Washington, D.C. 20005
(202) 347-7026; Fax: (202) 347-7108

Rashida Chapman, Esquire
Office of the General Counsel, DCPS
825 North Capitol Street, N.E.; 9th Floor
Washington, D.C. 20002

Paul S. Dalton
Dalton, Dalton & Houston
1008 Pendleton Street
Alexandria, Virginia 22314-1837
(703) 739-4300; Fax: (703)739-2323

5

TRANSMISSION VERIFICATION REPORT

```
TIME    : 08/12/2005 14:12
NAME    : STUDENT HEARINGS OFF
FAX     : 2024425556
TEL     : 2024425432
SER.#   : BROH3J608601
```

```
DATE,TIME          08/12  14:08
FAX NO./NAME       96260048
DURATION           00:02:02
PAGE(S)            07
RESULT             OK
MODE               STANDARD
                   ECM
```

## District of Columbia Public Schools
### *Office of Compliance*
## STUDENT HEARING OFFICE

825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556

*FACSIMILE SHEET*

Date: 8-12-05

TO: Barrie / Dalton

FROM: STUDENT HEARING OFFICE

RE: HOD- Kendall Nesbitt

TOTAL NUMBER OF PAGES, INCLUDING COVER:

7

# ATTENDANCE SHEET

| STUDENT'S NAME: | _Kendall Nesbitt_ | DB 12/01/84 |
| HEARING DATE: | 3/01/04 | 1:00pm SHS |

| PRINTED NAME | ON BEHALF OF DCPS OR STUDENT | TITLE |
| --- | --- | --- |
| Fatmata Barrie | Student | Atty. |
| Rashida Chapman | DCPS | Atty Advisor |
| Carlynn M. Cross | FPCS | Sp Ed Coord. |
| PAUL S DALTON | F.F.P.C.S | ATTORNEY |

_Tonya M. Butler-Truesdale_
Impartial Hearing Officer

8

Law Offices
## DALTON, DALTON & HOUSTON, P.C.

Paul S. Dalton*
Ellen Douglass Dalton*
William E. Houston+
Talib Abdus Shahid+
Laura E. Duos~
*ALSO ADMITTED IN D.C. & W.VA
+ ADMITTED IN D.C. & PA
~ADMITTED IN MD

1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703)-739-4300
Facsimile: (703)-739-2323
E-MAIL: DCSPEDLAW@AOL.COM

Washington DC. Office:
601 Pennsylvania Avenue, N.W.
South Building, Suite 900
Washington, DC 20004
Telephone: (202)-393-0060
Facsimile: (202)-393-1555

March 28, 2006

**VIA FACSIMILE ONLY:** 202-626-0048

Ms. Fatmata Barrie, Esq.
Carpenter's Building
1003 K Street, NW
Washington, DC 20001

RE:   Kendall Nesbitt
       DOB: 11/01/84

Dear Ms. Barrie:

A Due Process Hearing for Kendall Nesbitt has been continued to April 4, 2006. The purpose of this letter is to provide you with the following list of witnesses and additional documents we may rely on in the hearing. Documents 1 through 5 were faxed to your office on January 16th and March 6th and will not be resubmitted at this time.

### WITNESSES:

1. Mr. Michael Cordell, Principal Upper School F.E.P.C.S.
2. Mr. Wallace Henry, Academy Director F.E.P.C.S.
3. Carlynn Ross, Special Education Coordinator
4. Bronwyn L. Millet, Clinical Psychologist
5. Charlene Glymph, Director of Special Education, Friendship PCS
6. Shanon Redman, Director, High Road Academy
7. Kendall Nesbitt, student

## Some of the above witnesses may testify by telephone or use a designee.

### DOCUMENTS

Edison 01 –  Answer dated                             11/23/05

Edison 02 –  Resolution Meeting Notes                 12/13/05

Edison 03 – Communication log of special education coordinator     02/28/06

Edison 04 – Letter of invitation dated     02/28/06

Edison 05 – Letter to Ms. Barrie dated     03/07/06

Edison 06 – MDT Notes dated     03/20/06

* We reserve the right to examine any witnesses disclosed by DCPS or the PARENT as if they were witnesses for our client and the right to rely on all other documents in the possession or previously filed or filed in a 5 Day Disclosure filed by the District of Columbia Public Schools (DCPS) or the PARENT or presented at the DPH.

Sincerely,

Paul S. Dalton, Esq.

cc: Student Hearing Office
DCPS Attorney-Advisor

10

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON D C

INDIVIDUALIZED EDUCATION PROGRAM
(IEP) MDT
MEETING NOTES

STUDENT Kendall Nesbitt          SCHOOL High Road Academy of WDC DATE 3-20-06

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Caryl Banks | Caryl Banks | LCSW social worker |
| Laura Quos | Laura Qw | Edison Atty |
| Sharon Redman | S Redman | Director |
| Annie R Pressley | Annie R Pressley | Edu Advocate |
| Kendall Nesbitt | Kendall Nesbitt | student |
| Jaclyn McRoss | Jaclyn McRoss | SpEd Coord. Edison |
| Kirsten Battle | Kirsten Battle | Social worker |

meeting started with team introductions + ms Ross
presented student with student Rights + Procedural
manual. meeting is being held to review
comp ed services.
mrs Redman review students current academic
progress. At prior meeting it was addressed
that kendall would need to attend night school
to successfully earn all needed credits for
graduation, this was not completed by student.
Reviewed current classes + needed credits.
He would need his (5) foriegn language + history
credits in night school. Reviewed current midterm
report.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP MEETING NOTES

mrs Banks reviewed Kendall's social emotional progress.
He has continued to make strides with identifying
stressors + building coping skills.

Ms. Pressley is requesting 3,300 hours of
comp ed This will be for academics + vocational
training. The program of interest for Kendall
is fashion design.

ms Duos offered Kendall saturday + summer
school at Edison to allow him to finish his
credits.

Ms Ross verified that Edison can offer DC History
through saturday school. She is waiting to hear back on
world Geo as an independent study, or summer school.
Ms Pressley brought up the concern of proper
modifications are made due to his disability. Ms. Ross
stated all modifications would be made + IEP
would be adhered to  Ms Pressley is requesting
that services be provided at another institution,
ms Ross could not agree to that request

Ms. Pressley + Kendall are not accepting Edison's offer.
Ms Pressley is requesting ESY at HRA as well as
him returning to HRA in the fall for half day,
through work study/transition, which would fall
under the comp ed vocational. They would still
need to find a vocational program. That would
place graduation June 2007.

Team will adjourn without an agreement + will
go to Due Process.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D C

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

MEETING DATE: _____

STUDENT: _____   SCHOOL: _____

PARTICIPANTS: (Print Name)    PARTICIPANTS: (Sign Name)    POSITION

SEE PRIOR PAGE

Team members reviewed & parents informed provided to advocate/
student the parent was not present. However the educational
advocate offered to phone w/o the parent. The purpose of the meeting
was to assess to discuss compensatory education for Kendall,
as ordered in the August, 2005 Hearing Officers Determination
Colloquies sp ed coordinator inquired about his academic
progress @ High Road.
Currently Kendall is on a diploma track to graduate this school
year. Night school was recommended to earn additional graduation
credits, to total 23.5. Though Kendall entered w/ 21.5 credits
additional course requirements is needed.

THE PARENT ☐ IS PRESENT ☑ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT _____

☑ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: ______ MULTIDISCIPLINARY TEAM (MDT) Page: [illegible]
CONTINUATION MEETING NOTES
MEETING TYPE: [illegible]

STUDENT: [illegible] SCHOOL: [illegible] DATE: [illegible]

Kendall is taking Spanish, English, math & [illegible] along w/ [illegible] [illegible] in DC physical science. An addition to foreign language & history/social studies are needed in [illegible] school. On his mid term progress report, Kendall received an A or better w/ a D in English being his lowest grade. The other grades were reviewed w/ the team.

Kendall is making progress in counseling. Kendall was feeling stressed about graduation but he expressed himself w/ his social worker. Kendall continues to need work on asking for assistance when problem solving in difficult situations & keeping respect for authority.

The educational advocate stated that she will modify her requested comp ed hours from 4,050 to 3,800 as awarded in the December, 2005 ruling. However, she is also requesting that Kendall receive a vocational program after graduation as his comp ed award. The vocational program shall focus on his interest of fashion design.

The Education [illegible] stated that in looking @ Kendall's [illegible], he is in need of specific classes to graduate. However, Collegiate would offer Saturday school and/or summer school in the areas [illegible] Kendall is in need of a foreign language, world ~~[illegible]~~ geography & DC history to graduate. Collegiate Academy agreed to provide DC history through Saturday/Summer School & w/ administrative approval,

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: ________

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: [illegible]

Page: 2

STUDENT: [illegible] SCHOOL: High Road DATE: [illegible]

the [illegible] to [illegible] geography courses through [illegible] [illegible]. The ed advocate inquired about the [illegible] in which [illegible]. It was shared that Kendall would be provided w/ all required modifications as listed in his IEP. The ed advocate further inquired ^your [illegible] that in Collegiate being able to provide these services when past services were not provided. It was shared that this plan would be in writing & the word of the program. The educational advocate shared that she rejects this offer if the courses are offered @ Collegiate Academy. She wants the courses offered @ another program. The ed advocate also inquired about transition since he did not receive this @ YECA. Currently, Kendall is in a career/vocational program. Kendall & the ed advocate shared that he rejects Collegiate's offer of providing DC History & the foreign language & geography during Saturday school in order to graduate in June. The ed advocate shared that she desires for him to ~~[illegible]~~ @ attend a vocational program after graduation. She would prefer for him to attend ESY @ High Road & receive 3 .5 credits & attend High Road for 1/2 day in which he would attend the work study as well as pick up the credits for geography & remaining course, therefore, Kendall would not graduate around June of 2007. Note, that Kendall will turn 20 in November of 2006. The MDT did not agree & we will proceed to due process hearing.

# FAX TRANSMISSION COVER SHEET
## Dalton, Dalton & Houston P.C.
### Attorneys at Law
### 1008 Pendleton Street
### Alexandria, Virginia 22314
### (703) 739-4300
### FAX (703) 739-2323

DATE:    March 28, 2006

TO:    Sharon Newsome

AT FAX:    202-442-5556

FROM:    Paul Dalton, Esq.

RE:    Kendall Nesbitt

NUMBER OF PAGES INCLUDING THIS PAGE: 8

ADDITIONAL INFORMATION:

**PLEASE DELIVER ASAP.**

*********************************************************************

**THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE.**

**IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS.**

*********************************************************************

# High Road Academy of Washington D.C.

2001 S STREET, NW; 2ᴺᴰ FLOOR; WASHINGTON, DC 20009  (202) 332-7450  FAX # (202) 332-6155

# FAX COVER SHEET

Date: _3/21/06_

To: _Tonya Butler-Truesdale_
Fax Number: _442-5556_
From: _S. Redman_
Re: _Kendall Nesbit - Att'd letter_
Total page(s) _2_ including cover.

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply
☐ Please Recycle



# HIGH ROAD
## ACADEMY

### Attendance Report

**Student:** Kendal Nesbitt

| Month | Present | Absent | Excused/Unexcused | Total Days |
|-------|---------|--------|-------------------|------------|
| August/September | 20 | 4 | 2 Excused/2 Unexcused | 24 |
| October | 18 | 2 | 1 Excused/1 Unexcused | 20 |
| November | 17 | 1 | Excused | 18 |
| December | 13 | 4 | 2 Excused/2 Unexcused | 17 |
| January | 13 | 3 | 2 Excused/1 Unexcused | 16 |
| February | 16 | 3 | 3 Unexcused | 19 |
| March | 14 | 1 | 1 Unexcused | |

18          10 unexcus        114.
                    5/9

### Attendance reports as of March 21, 2006

.55

absences unexcused. 55%

in attendance 85% of time.      (15% missed)

92% of exclude excused absences (8) missed

*High Road Academy of Washington D.C.*

2001 S. Street NW 2nd Floor, Washington, DC 20009  |  phone: 202-332-7450  fax: 202-332-6153  .  www.highroadschool.com

.157

18

TRANSMISSION VERIFICATION REPORT

```
TIME  : 03/15/2006 13:16
NAME  : STUDENT HEARINGS OFF
FAX   : 2024425556
TEL   : 2024425432
SER.# : BROH3J608601
```

```
DATE,TIME           03/15  13:16
FAX NO./NAME        97037392323
DURATION            00:00:18
PAGE(S)             01
RESULT              OK
MODE                STANDARD
                    ECM
```

# District of Columbia Public Schools
## State Enforcement & Investigation Division
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556

*X REVISED COPY*



HEARING NOTICE

MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:     Parent (or Representative): _F. BARRIE / P. DALTON_   Fax No.: _626-0048_
                                                                       _(703) 739-2323_

        LEA Legal Counsel: _K. RODI_

RE:     _NESBITT KENDALL_ _____ and (LEA) DOB: _____
        Student's Name

FROM:   SHARON NEWSOME
        Special Education Student Hearing Office Coordinator

DATE SENT: _3/14/06_

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_____. Please be advised that the hearing has been scheduled for:      _con't f_
                                                                        _3/16/06_

        DATE: _4/4/06_

        TIME: _1:00 PM or 3:00 PM_

        AT:   825 North Capitol Street, N.E., W...

19

TRANSMISSION VERIFICATION REPORT

```
                                        TIME : 03/15/2006 13:22
                                        NAME : STUDENT HEARINGS OFF
                                        FAX  : 2024425556
                                        TEL  : 2024425432
                                        SER.# : BROH3J508601
```

```
    DATE,TIME              03/15  13:22
    FAX NO./NAME           92025260048
    DURATION               00:00:29
    PAGE(S)                01
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

# District of Columbia Public Schools
## State Enforcement & Investigation Division
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556

X REVISED COPY



HEARING NOTICE

MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:    Parent (or Representative): _F. BARRIE / P. DALTON_    Fax No.: _626-0048_
                                                                      _(703) 739-2323_

       LEA Legal Counsel: _K. RODI_

RE:    _NESBITT, KENDALL_    and (LEA)  DOB: _____
              Student's Name

FROM:    SHARON NEWSOME
         Special Education Student Hearing Office Coordinator

DATE SENT: _3/14/06_

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_____. Please be advised that the hearing has been scheduled for:        Con't f
                                                                            3/16/06
       DATE: _4/4/06_
       TIME: _1:00 PM & 3:00 PM_

20

District of Columbia Public Schools
State Enforcement & Investigation Division
STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



# *CORRECTION*

## *FACSIMILE SHEET*

Date: 3/13/06

TO:   F. Barrie / P. Dalton

FROM:  STUDENT HEARING OFFICE

RE:   K. Nesbitt

TOTAL NUMBER OF PAGES, INCLUDING COVER:   1


COMMENTS:

Due to the death of Ms. Butler-Truesdale's Father, we will be rescheduling your hearing set for 3/16/06 from 9:00 am – 1:00 pm.

Here are two proposed dates that we can reschedule to:

03/15/06 @ 11 AM and 1 PM

04/04/06 @ 11 AM and 1 PM *

Please let the Student Hearing Office know by *close of business today* which date the two of you prefer.

*CONFIDENTIALITY NTOICE*: The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

TRANSMISSION VERIFICATION REPORT

```
                              TIME  :  03/13/2006 11:35
                              NAME  :  STUDENT HEARINGS OFF
                              FAX   :  2024425556
                              TEL   :  2024425432
                              SER.# :  BROHJ0608881
```

```
DATE,TIME              03/13  11:34
FAX NO./NAME           97037392323
DURATION               00:00:15
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

## District of Columbia Public Schools
### State Enforcement & Investigation Division
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## CORRECTION

### FACSIMILE SHEET

Date: 3/13/06

TO:   F. Barrie / P. Dalton

FROM: STUDENT HEARING OFFICE

RE:   K. Nesbitt

TOTAL NUMBER OF PAGES, INCLUDING COVER:   1

COMMENTS:

Due to the death of Ms. Butler-Truesdale's Father, we will be rescheduling

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME   : 03/13/2006 11:36
NAME   : STUDENT HEARINGS OFF
FAX    : 2024425556
TEL    : 2024425432
SER.#  : BROH3J608601
```

| | |
|---|---|
| DATE,TIME | 03/13  11:35 |
| FAX NO./NAME | 96260046 |
| DURATION | 00:00:21 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



# *CORRECTION*

## *FACSIMILE SHEET*

Date: 3/13/06

TO:   F. Barrie / P. Dalton

FROM:  STUDENT HEARING OFFICE

RE:   K. Nesbitt

TOTAL NUMBER OF PAGES, INCLUDING COVER:   1

COMMENTS:

Truesdale's Father, we will be rescheduling

23

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



### *FACSIMILE SHEET*

Date: 3/13/06

TO:   F. Barrie / P. Dalton

FROM: STUDENT HEARING OFFICE

RE:   K. Nesbitt

TOTAL NUMBER OF PAGES, INCLUDING COVER:   1

COMMENTS:

Due to the death of Ms. Butler-Truesdale's Father, we will be rescheduling your hearing set for 3/16/06 from 9:00 am – 1:00 pm.

Here are two proposed dates that we can reschedule to:

03/15/06 @ 11 AM and 1 PM

04/07/06 @ 9 AM and 11 AM

Please let the Student Hearing Office know by ***close of business today*** which date the two of you prefer.

*CONFIDENTIALITY NTOICE*: The information accompanying this facsimile is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the content of this telecopied information is strictly prohibited.

TRANSMISSION VERIFICATION REPORT

```
TIME    : 03/13/2006 09:41
NAME    : STUDENT HEARINGS OFF
FAX     : 2024425556
TEL     : 2024425432
SER.#   : BROH3J608601
```

```
DATE,TIME       03/13  09:40
FAX NO./NAME    96260046
DURATION        00:00:01
PAGE(S)         01
RESULT          OK
MODE            STANDARD
                ECM
```

# District of Columbia Public Schools
## State Enforcement & Investigation Division
# STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## FACSIMILE SHEET

Date: 3/13/06

TO:   F. Barrie / P. Dalton

FROM: STUDENT HEARING OFFICE

RE:   K. Nesbitt

TOTAL NUMBER OF PAGES, INCLUDING COVER:   1

COMMENTS:

Due to the death of Ms. Butler-Truesdale's Father, we will be rescheduling

```
TRANSMISSION VERIFICATION REPORT

                                    TIME  : 03/13/2006 09:42
                                    NAME  : STUDENT HEARINGS OFF
                                    FAX   : 2024425556
                                    TEL   : 2024425432
                                    SER.# : BROH3J608601
```

```
DATE,TIME                    03/13  09:42
FAX NO./NAME                 97037392323
DURATION                     00:00:14
PAGE(S)                      01
RESULT                       OK
MODE                         STANDARD
                             ECM
```

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*
# STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
FAX: (202) 442-5556



## *FACSIMILE SHEET*

Date: 3/13/06

TO:   F. Barrie / P. Dalton

FROM: STUDENT HEARING OFFICE

RE:   K. Nesbitt

TOTAL NUMBER OF PAGES, INCLUDING COVER:   1


COMMENTS:

Due to the death of Ms. Butler-Truesdale's Father, we will be rescheduling

Law Offices

# DALTON, DALTON & HOUSTON, P.C.

1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703)-739-4300
Facsimile: (703)-739-2323
E-MAIL: DCSPEDLAW@AOL.COM

Washington DC. Office:
601 Pennsylvania Avenue, N.W.
South Building, Suite 900
Washington, DC 20004
Telephone: (202)-393-0060
Facsimile: (202)-393-1555

Paul S. Dalton*
Ellen Douglass Dalton*
William E. Houston+
Talib Abdus Shahid+
Laura E. Duos~
*ALSO ADMITTED IN D.C. & W.V.A
+ ADMITTED IN D.C. & PA
~ADMITTED IN MD

March 9, 2006

VIA FACSIMILE ONLY: 202-626-0048

Ms. Fatmata Barrie, Esq.
Carpenter's Building
1003 K Street, NW
Washington, DC 20001

RE:   Kendall Nesbitt
DOB: 11/01/84

Dear Ms. Barrie:

A Due Process Hearing for Kendall Nesbitt has been continued to March 16, 2006. The purpose of this letter is to provide you with the following list of witnesses and additional documents we may rely on in the hearing. Documents 1 and 2 were faxed to your office on January 16th and will not be resubmitted at this time.

## WITNESSES:

1. Mr. Michael Cordell, Principal Upper School F.E.P.C.S.
2. Mr. Wallace Henry, Academy Director F.E.P.C.S.
3. Carlynn Ross. Special Education Coordinator
4. Bronwan L. Millet, Clinical Psychologist
5. Charlene Glymph, Director of Special Education, Friendship PCS
6. Shanon Redman, Director, High Road Academy

**Some of the above witnesses may testify by telephone or use a designee.**

## DOCUMENTS

Edison 01 –  Answer dated                           11/23/05

Edison 02 –  Resolution Meeting Notes               12/13/05

| | |
|---|---|
| Edison 03 – Communication log of special education coordinator | 02/28/06 |
| Edison 04 – Letter of invitation dated | 02/28/06 |
| Edison 05 – Letter to Ms. Barrie dated | 03/07/06 |

* We reserve the right to examine any witnesses disclosed by DCPS or the PARENT as if they were witnesses for our client and the right to rely on all other documents in the possession or previously filed or filed in a 5 Day Disclosure filed by the District of Columbia Public Schools (DCPS) or the PARENT or presented at the DPH.

Sincerely,

Paul S. Dalton, Esq.

cc: Student Hearing Office
    DCPS Attorney-Advisor

Communication Log for Nesbitt, Kendall

| Date/Time | Person of Contact | Type of Communication | Description of Communication | Response/Action Taken |
|---|---|---|---|---|
| 3/23/06 | Ms Redman 658-1450 | ☐ E-Mail ☐ Letter/Facsimile ☑ Telephone/Voice Message ☐ Other | Discussed comp ed mtg @ High Road. Discussed dates & I will send invite. | Send invite to parent's attorney. |
| 3/7/06 | Ms Redman | ☐ E-Mail ☐ Letter/Facsimile ☑ Telephone/Voice Message ☐ Other | Shared had not heard from parent's attorney will send another invite. | |
| 3/7/06 | Annie Pressley | ☐ E-Mail ☐ Letter/Facsimile ☑ Telephone/Voice Message ☐ Other | Left me a voice message about comp ed meeting | |
| 3/8/06 | Annie Pressley | ☐ E-Mail ☐ Letter/Facsimile ☑ Telephone/Voice Message ☐ Other | Shared will look into schedule on next week for meeting. 3/13 & 3/15 good for Collegiate | Will call me back w/ options & will discuss w/ High Road. |
| 3/8/06 | Ms Redman | ☐ E-Mail ☐ Letter/Facsimile ☑ Telephone/Voice Message ☐ Other | Shared info from Ms Pressley | Waiting to discuss good dates w/ Ms Pressley. |
| 3/8/06 | Annie Pressley | ☐ E-Mail ☐ Letter/Facsimile ☑ Telephone/Voice Message ☐ Other | left vm for me to call back | |
| 3/8/06 | Annie Pressley | ☐ E-Mail ☐ Letter/Facsimile ☑ Telephone/Voice Message ☐ Other | Returned call. Only first available is 3/30 @ 8:00 Not available on Monday or Wed of next week. Shared that hearing officer wanted to attempt before hearing but Pressley not available on good days for Collegiate. Pressley will call High Road to check their schedule for Mon. 3/30 @ 3pm & let me know | |
| | | ☐ E-Mail ☐ Letter/Facsimile ☐ Telephone/Voice Message ☐ Other | | |
| | | ☐ E-Mail ☐ Letter/Facsimile ☐ Telephone/Voice Message | | |

EDISON – 05

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

Date 8/23/06

MDT Referral Date: _____

Letter of Invitation

Re: Kendall Nesbitt

Dear McRhonda Simms
A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

**Place/Location:**

High Road School
20001 8 Street, NW
Washington, DC 20009

| Please check one date for confirmation: | | |
|---|---|---|
| ☐ Date: 8/8/06 | Time: 1:30 | ; or |
| ☐ Date: 8/9/06 | Time: 1:30 | ; or |
| ☐ Date: 8/10/06 | Time: 1:30 | |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns.
Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

| | | |
|---|---|---|
| ☐ \*\*develop/review IEP (including consideration of extended school year (ESY) services | | ☑ \*discuss CompEd ( per HOD) |
| ☐ \*\*review evaluation or reevaluation information | ☐ discuss placement | ☐ \*consider transition services needs |
| ☐ develop the student evaluation plan (SEP) | ☐ determine manifestation | ☐ discuss quarterly review |
| ☐ discuss documented levels of service | ☐ discuss eligibility | ☐ behavior plan review |

☐ \*\*review records to support the completion of services as follows:

☐ Graduated   ☐ Completed Services   ☐ Aged Out   ☐ Transferred Out of District   ☐ Dropped Out

☐ Other: _____

\*\*Placement will be discussed.

MDT Members:
☑ Principal or Designee   ☐ General Education Teacher   ☐ Psychologist
☑ Parent   ☑ Special Education Teacher   ☑ Other: Advocate / Attorney
☑ LEA Representative   ☐ Speech and Language   _____
☐ Student   ☐ Social Worker   _____

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact
_____ Marlyn McCosT _____ at _391,5800_ (school telephone number).

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate.

_____

See attachments, when appropriate, for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

_____

\*After the third attempt to contact the parent, the meeting will be held without further notice.

Please sign below and return this page to the school.                                            Date _____

Parent/Guardian/Surrogate Signature _____
I acknowledge receipt of the Procedural Safeguards for parents (due process procedures)   ☐ Yes   ☐ No

EDISON - 04

# FAX

For: Fatmata Barrie, Esq.

Fax number: 202-626-0048

From:   Carlynn M. Ross, Special Education Coordinator
        Friendship Public Charter Schools
        Collegiate Academy

Office:   (202) 396-5500 ext. 1504

Fax:     (202) 396-8229

Date:  February 28, 2006

Number of pages: 2

Comments:

The meeting dates provided have been discussed with
High Road.  Please let me know your availability.

HP Fax Series 000
Plain Paper Fax/Copier

Fax History Report for

Feb 28 2006 4:38pm

| Last Fax | | | | | | |
|---|---|---|---|---|---|---|
| Date | Time | Type | Identification | Duration | Pages | Result |
| Feb 28 4:37pm | | Sent | 6260048 | 0:41 | 2 | OK |

Result:
  OK - black and white fax



Friendship Edison Collegiate Academy
Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019
Phone: (202) 396-5500  Fax: (202) 396-8229

March 7, 2006

Fatmata Barrie, Esq.
Law Offices of Christopher N. Anwah, PLLC
1003 K Street, North West
#565
Washington, DC 20020

Dear Ms. Barrie,

I am writing in regards to a facsimile submitted to your office on February 28, 2006, regarding Kendall Nesbitt. During the previous hearing, held on February 14, 2006, the hearing officer shared that she would like for us to convene a meeting to discuss Kendall's Compensatory Education.

Unfortunately, I have not heard from your office regarding the meetings dates offered on February 28, 2006. Please respond with an acceptance or rejection of the meeting dates offered. If you are unable to meet on the dates offered, please provide alternative options. With the meeting being held at High Road Academy, the dates offered are still acceptable options for the school.

Please contact me with any additional questions and/or concerns.

Sincerely,

Carlynn M. Ross
Special Education Coordinator

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION

MULTIDISCIPLINARY TEAM
(MDT)
Meeting Notice

MDT Referral Date: _____

Date _6|23|06_

Letter of Invitation

Re: _Kendall Nesbitt_

Dear _Ma(Rhonda Simms_

A multidisciplinary team (MDT) meeting is scheduled to discuss the status of your child's educational needs. Your participation is essential, and we look forward to your valuable input. The purpose and details of the meeting are printed below. You and the school may have additional individuals attend the meeting who have knowledge or special expertise regarding your child. Other invited participants are listed under MDT members.

Place/Location:

_High Road School_
_2000 1 S Street, NW_
_Washington, DC 20009_

| Please check one date for confirmation: |
|---|
| ☐ Date: _3|8|06_    Time: _1:30_   ; or |
| ☐ Date: _6/9/06_    Time: _1:30_   ; or |
| ☐ Date: _6/10/06_   Time: _1:30_ |

If a suggested meeting time is inconvenient, please call the counselor and/or special education coordinator for a mutual time to address the concerns. Participation by teleconference may be requested if other arrangements prove to be unsuccessful.

**\*The purpose of this meeting is to:**

☐ \*\*develop/review IEP (including consideration of extended school year (ESY) services    ☑ \*discuss CompEd ( per HOD)

☐ \*\*review evaluation or reevaluation information    ☐ discuss placement    ☐ \*consider transition services needs

☐ develop the student evaluation plan (SEP)    ☐ determine manifestation    ☐ discuss quarterly review

☐ discuss documented levels of service    ☐ discuss eligibility    ☐ behavior plan review

☐ \*\*review records to support the completion of services as follows.

☐ Graduated    ☐ Completed Services    ☐ Aged Out    ☐ Transferred Out of District    ☐ Dropped Out

☐ Other: _____

\*\*Placement will be discussed.

| MDT Members: | ☑ Principal or Designee | ☐ General Education Teacher | ☐ Psychologist |
|---|---|---|---|
| | ☑ Parent | ☑ Special Education Teacher | ☑ Other: _Advocate / Attorney_ |
| | ☑ LEA Representative | ☐ Speech and Language | |
| | ☑ Student | ☐ Social Worker | |

Any questions you may have concerning your child's program will be discussed at the above meeting. A copy of the Procedural Safeguards for parents is enclosed for your information. If the school can be of assistance to you, please contact

_Carluna McCoss_ at _396-5500_ (school telephone number)

If the purpose of the meeting includes consideration of a transition plan, your child is invited to attend and a representative of the following agency(ies) may be invited, if appropriate

See attachments, when appropriate, for – EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

\*After the third attempt to contact the parent, the meeting will be held without further notice.

Please sign below and return this page to the school.

Parent/Guardian/Surrogate Signature _____    Date _____

I acknowledge receipt of the Procedural Safeguards for parents (due process procedures).    ☐ Yes    ☐ No

District of Columbia Public Schools    07-02-2001    Division of Special Education    MDT Letter of Invitation to the Parent    Page 1 of 3



# FAX

For: Fatmata Barrie, Esq.

Fax number: 202-626-0048

From:   Carlynn M. Ross, Special Education Coordinator
         Friendship Public Charter Schools
         Collegiate Academy

Office:   (202) 396-5500 ext. 1504

Fax:   (202) 396-8229

Date:  March 7, 2006

Number of pages: 3

Comments:

HP Fax Series 900
Plain Paper Fax/Copier

Fax History Report for

Mar 07 2006 10:02am

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|------|------|------|----------------|----------|-------|--------|
| Mar 7 | 9:59am | Sent | 6260048 | 1:12 | 3 | OK |

Result:
  OK - black and white fax

# FAX TRANSMISSION COVER SHEET

**Dalton, Dalton & Houston P.C.**

**Attorneys at Law**

**1008 Pendleton Street**

**Alexandria, Virginia 22314**

**(703) 739-4300**

**FAX (703) 739-2323**

DATE:    March 9, 2006

TO:    Sharon Newsome

AT FAX:    202-442-5556

FROM:    Paul Dalton, Esq.

RE:    Kendall Nesbitt Supplemental 5-day

NUMBER OF PAGES INCLUDING THIS PAGE:    11

ADDITIONAL INFORMATION:

**PLEASE DELIVER ASAP.**

*************************************************************************

**THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE.**

**IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS.**

*************************************************************************

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME : 02/15/2006 10:13
                                    NAME : STUDENT HEARINGS OFF
                                    FAX  : 2024425556
                                    TEL  : 2024425432
                                    SER.# : BROH3J608601
```

```
DATE,TIME              02/15  10:12
FAX NO./NAME           96260048
DURATION               00:00:29
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# District of Columbia Public Schools
## State Enforcement & Investigation Division
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



X REVISED
COPY

HEARING NOTICE

MEMORANDUM VIA: [ X ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:   Parent (or Representative): _F. BARRIE / D. DALTON_ Fax No.: _626-0048_
      LEA Legal Counsel: _R. CHAPMAN_                              (703)

RE:   _NESBITT, KENDALL_ and (LEA) DOB: _____
      Student's Name

FROM: __SHARON NEWSOME__
      Special Education Student Hearing Office Coordinator

DATE SENT: ___2/14/06___

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_____. Please be advised that the hearing has been scheduled for:

      DATE: ___3/16/06___                          Con't f
      TIME: _9:00 or 11:00_                        2/14/06
      AT:   825 North Capitol Street, NE, Washington, DC        38

TRANSMISSION VERIFICATION REPORT

```
TIME   : 02/15/2006 10:07
NAME   : STUDENT HEARINGS OFF
FAX    : 2024425556
TEL    : 2024425432
SER.#  : BROH3J608601
```

```
                              02/15  10:06
DATE,TIME                     97037392323
FAX NO./NAME                  00:00:19
DURATION                      01
PAGE(S)                       OK
RESULT                        STANDARD
MODE                          ECM
```

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



✗ *REVISED COPY*

HEARING NOTICE

MEMORANDUM VIA: [ ✗ ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:    Parent (or Representative): *F. BARRIE / P. DALTON* Fax No.: *626-0048 (703)*

       LEA Legal Counsel: *R. CHAPMAN*

RE:    *NESBITT, KENDALL*                and (LEA) DOB: _____
       Student's Name

FROM:  **SHARON NEWSOME**
       Special Education Student Hearing Office Coordinator

DATE SENT: *2/14/06*

.................................................................

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_____ . Please be advised that the hearing has been scheduled for:

       DATE:  *3/16/06*                            *con't f*

       TIME:  *9:00 or 11:00*                      *2/14/06*

       AT:    825 North Capitol Street, NE, Washington, DC

39

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

In the Matter of                              )          BEFORE A SPECIAL EDUCATION
                                              )
_Kendall Nesbitt_                             )          INDEPENDENT HEARING OFFICER
_____                       )
           Petitioner                         )
                   Vs.                        )
_Friendship Edison & DCPS_                    )          STATE EDUCATION AGENCY
_____                       )
           Respondent

## **INTERIM ORDER**

ON THIS DAY came on to be heard _____'s Motion For Continuance in the

above styled cause. After hearing the evidence and argument of counsel, the Motion For Continuance is

_____ DENIED.

___X___ GRANTED. The hearing is reset for _9:00 AM-1:00 PM_ / A.M. / P.M. on _03/16/06_____, 2005

The Hearing Officer finds there is good cause to grant the continuance because:

_____ The parties have agreed to this continuance and the parent has waived the right to receive a final decision within 45 days;

_____ Petitioner's legal representative is unavailable. Diligent efforts have / have not been made to avoid or eliminate the scheduling conflict;

_____ Assigned DCPS attorney-advisor unavailable. DCPS has / has not made diligent efforts to have an attorney-advisor available;

_____ Witness unavailable. The party has / has not made diligent efforts to secure the witness;

_____ Parent or student unavailable;

_____ Conflict in the schedule of the assigned hearing officer. The Student Hearing Office has / has not made diligent effort to secure a replacement and no other hearing officer is available;

_____ Insufficient time allotted for the hearing. The time that was allotted is less than / equal to ( or more than) the time requested by the parent;

_____ No hearing room available. The Student Hearing Office has / has not made diligent efforts to secure a hearing room;

_____ Movant did not receive prior notice of the hearing;

___X___ Other _for petitioners counsel to comply w/ August 2005 HODz provide requested data_ _Reports. The parties shall in the interim convene a MDT mtg. to discuss_ _& determine compensatory education consistent with fed._

The hearing request was filed on _____. The 45-day deadline for issuance of a final Hearing Officer's Determination is extended for the specific number of days granted by the continuance. The new deadline for issuance of the final decision is _____,

SIGNED this date _February 14, 2006_

_Tonya M Butler-Truesdale_

Independent Special Education Hearing Officer

_____
Issue Date

Original to SHO – Student's File
Copy To:       Parent - C/O      _Bannie_
               DCPS - C/O        _Chapman_
               Charter School - C/O   _Dalton_

ATTENDANCE SHEET

| STUDENT'S NAME: | Kendall Nesbitt | DOB 11/1/84 |
| --- | --- | --- |
| HEARING DATE: | 02/14/06 | Room A1 -3:00pm |

| PRINTED NAME | ON BEHALF OF DCPS OR STUDENT | TITLE |
| --- | --- | --- |
| Fatmata Barrie | Student | Atty. |
| Carlyon McRoss | FECA | SpEd Coordinator |
| PAUL S. DALTON | FEPCS | ATTORNEY |
| Rashida Chapman | DCPS | Atty-Advisor |

Tonya M. Butler-Truesdale, EQ
Impartial Hearing Officer

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 01/30/2006 11:40
                              NAME  : STUDENT HEARINGS OFF
                              FAX   : 2024425556
                              TEL   : 2024425432
                              SER.# : BROH3J608601
```

```
         DATE.TIME          01/30  11:39
         FAX NO./NAME       97037392323
         DURATION           00:00:19
         PAGE(S)            01
         RESULT             OK
         MODE               STANDARD
                            ECM
```

# District of Columbia Public Schools
## State Enforcement & Investigation Division
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



X REVISED COPY

### HEARING NOTICE

MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO: Parent (or Representative): *E. BARRIE/P. DALTON*   Fax No.: *626-0048*
 *(703) 739-2323*

LEA Legal Counsel: *R. CHAPMAN*

RE: *NESBITT, KENDALL*   and (LEA) DOB: _____
  Student's Name

FROM: **SHARON NEWSOME**
  Special Education Student Hearing Office Coordinator

DATE SENT: *1/30/06*

......................................................................................................

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_____. Please be advised that the hearing has been scheduled for:

DATE: *2/14/06*   *Con't f*

TIME: *3:00 PM*

*1/2. 1./*

42

TRANSMISSION VERIFICATION REPORT

```
TIME    : 01/30/2006 11:39
NAME    : STUDENT HEARINGS OFF
FAX     : 2024425556
TEL     : 2024425432
SER.# : BROH3J608601
```

```
DATE,TIME              01/30  11:38
FAX NO./NAME           96260048
DURATION               00:00:28
PAGE(S)                01
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# District of Columbia Public Schools
## State Enforcement & Investigation Division
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C.  20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



✗ REVISED COPY

HEARING NOTICE

MEMORANDUM VIA: [✗] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:   Parent (or Representative): _F. BARRIE M. DALTON_   Fax No.: _626-0048_
                                                                   _(703) 739-2323_

LEA Legal Counsel: _R. CHAPMAN_

RE:   _NESBITT, KENDALL_   and (LEA)  DOB: _____
          Student's Name

FROM:   SHARON NEWSOME
          Special Education Student Hearing Office Coordinator

DATE SENT: _1/30/06_

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_____. Please be advised that the hearing has been scheduled for:

Con't f

DATE. _2/14/06_

TIME: _3:00 PM_

, / _ . / .,

43

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS

In the Matter of:                          )          BEFORE A SPECIAL EDUCATION

_Kendal Nesbitt_                           )          INDEPENDENT HEARING OFFICER
                          Petitioner        )
                                           )
_DCPS_ Vs.                                 )          STATE EDUCATION AGENCY
                          Respondent        )

## INTERIM ORDER

ON THIS DAY came on to be heard _Petitioners_'s Motion For Continuance in the

above styled cause. After hearing the evidence and argument of counsel, the Motion For Continuance is:

_____  DENIED.

____X____  GRANTED. The hearing is reset for ⎯⎯ A.M. / **P.M.** on ⎯⎯⎯⎯⎯, 2005

The Hearing Officer finds there is good cause to grant the continuance because:

_____ The parties have agreed to this continuance and the parent has waived the right to receive a final decision within 45 days;

_____ Petitioner's legal representative is unavailable. Diligent efforts **have / have not** been made to avoid or eliminate the scheduling conflict;

_____ Assigned DCPS attorney-advisor unavailable. DCPS **has / has not** made diligent efforts to have an attorney-advisor available;

_____ Witness unavailable. The party **has / has not** made diligent efforts to secure the witness;

_____ Parent or student unavailable;

_____ Conflict in the schedule of the assigned hearing officer. The Student Hearing Office **has / has not** made diligent effort to secure a replacement and no other hearing officer is available;

_____ Insufficient time allotted for the hearing. The time that was allotted is **less than / equal to** ( or more than) the time requested by the parent;

_____ No hearing room available. The Student Hearing Office **has / has not** made diligent efforts to secure a hearing room;

_____ Movant did not receive prior notice of the hearing;

___X___ Other _Petitioner & parent unavailable_

_____

**The hearing request was filed on** _____. **The 45-day deadline for issuance of a final Hearing Officer's Determination is extended for the specific number of days granted by the continuance. The new deadline for issuance of the final decision is** _____

SIGNED this date _01/30/06_

_____
_Issue Date_

_____
Independent Special Education Hearing Officer

Original to SHO – Student's File
Copy To:    Parent - C/O:  _____
            DCPS - C/O :   _____
            Charter School - C/O: _____

# LAW OFFICES OF
# CHRISTOPHER N. ANWAH, PLLC

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
(DC, MD, NJ)
Fatmata Barrie, Esq.
(DC, FL)
Georgina A. Oladokun, Esq.
(MD)
Tamika N. Jones, Esq.
(DC)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

January 17, 2005

Paul Dalton, Esq.
Dalton, Dalton & Houston
Attorneys at Law
1000 Pendleton Street
Alexandria, VA 22312

Rashida Chapman, Esq.
Office of General Counsel
825 North Capitol St. NE
9th Floor
Washington, DC 20002

**Via Facsimile: 703-739-2323**

**202-442-5098**

**RE:   Kendall Nesbitt**
**DOB:  11/01/84**

## Disclosure of Witnesses and Documents

Dear Mr. Dalton and Ms. Chapman:

Pursuant to the five-day rule set forth in 34 C.F.R. 509 (a) (3), attached is a list of witnesses and documents, which we intend to rely on for the upcoming Due Process Hearing scheduled for January 24, 2006.

### Witnesses*

1. Kendall Nesbitt – Student
2. Rhonda Sims-Nesbitt – Parent
3. Educational Advocate and/or designee
4. Shannon Redman and/or designee -- High Road Academy
5. Teacher and/or designee – High Road Academy
6. Social Worker and/or designee
7. Case Manager and/or designee
8. Sharon Millis and/or designee

*Witnesses may testify by telephone*

45

## Documents

KN-01   04/01/05 Hearing Request
KN-02   03/18/05 IEP
KN-03   03/18/05 MDT and IEP Meeting Notes
KN-04   01/08/04 IEP
KN-05   09/23/02 IEP
KN-06   08/12/05 HOD
KN-07   10/17/05 IEP Meeting Notes
KN-08   10/14/04 Clinical Psychological
KN-09   03/01/05 Educational Evaluation
KN-10   10/12/04 Vocational
KN-11   MDT Confidential Report
KN-12   Special Education Program
KN-13   05/11/93 Authorization For Confidential Assessment
KN-14   02/11/05 Settlement Agreement
KN-15   09/27/04 Settlement Agreement
KN-16   05/06/03 Settlement Agreement
KN-17   April and May 2002 Psychological
KN-18   12/04/01 Speech and Language Evaluation
KN-19   10/29/04 and 6/24/04 Letters to FEPCS
KN-20   05/29/03 Consent to Evaluate
KN-21   Sharon Millis' Curriculum Vitae

We reserve the right to disclose additional documents as they become available, the right to rely on FEPCS' and DCPS' witnesses and evidence as if disclosed by us and the right to rely on documents previously disclosed to counsel for any prior hearings or procedures. We also reserve the right to produce rebuttal witnesses and to object to any expert witness without curriculum vitae. Should you have any questions or need additional information, please do not hesitate to contact me.

Sincerely,

Fatmata Barrie, Esq.

cc: SHO



*State Education Agency for the District of Columbia*
*State Enforcement and Investigation Division (SEID)*
*Special Education Programs*



# *Due Process Complaint Notice*

- The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The due process complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting **(called a "Resolution Session")** with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

## A.  INFORMATION ABOUT THE STUDENT:

Student Name:  KENDALL NESBITT          Birth Date:    11/01/04

Address:    1440 KEARNEY STREET, N.E., WASHINGTON, D.C. 20017

Home School:  UNKNOWN

Present School of Attendance:  HIGH ROAD ACADEMY

Is this a charter school?  No          (If yes, you must also provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student:  MS. RHONDA SIMMS

1

Address (if different from the student's above): _____

Phone/Contact Number:  202-635-0464      Fax Number (if applicable): _____

**B.**   <u>**Individual Making the Complaint/Request for Due Process Hearing**</u>:

Name:   MS. RHONDA SIMMS _____

Complete Address:   1440 KEARNEY STREET, N.E., WASHINGTON, D.C. 20017 _____

Phone: (h)  202-635-0464      (w) _____   (Fax) _____   (e-mail) _____

Relationship to the Student:

X      Parent          ☐    Legal Guardian          ☐    Parent Surrogate

X      Self/Student    ☐    Local Education Agency (LEA)   ☐    Parent Advocate

**C.**   <u>**Legal Representative/Attorney (if applicable)**</u>:

Name:   Fatmata Barrie, Esq. (Law Offices, Christopher N. Anwah, PLLC) _____

Address:   1003 K St. NW #565 Washington, DC  20020 _____

Phone: (w)  202-626-0040      (Fax) 202-626-0048      (e-mail) _____

Will attorney / legal representative attend the resolution session?   **X** Yes      ☐ No

**D.**   <u>**Complaint Made Against (check all that apply)**</u>:

☐ DCPS school (name of the school if different from page one) _____
☐ Charter school (name of the charter school if different from page one)  Friendship Edison
☐ Non-public school or residential treatment facility (name) _____
☐ Parent

**E.**   <u>**Resolution Session Meeting Between Parent and LEA**</u>:

I understand that it is my right to have a resolution meeting to resolve this complaint. I also understand that I may voluntarily waive this right if I choose. (Note:  All parties must agree to waive the resolution meeting to avoid having this meeting.)

☐ I wish to waive the Resolution Session Meeting

2

Kendall Nesbitt — 11/01/84

SEID DPCN Rev'd. 7/12/05

48

F.    **Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

☐    I am requesting mediation as an alternative to the resolution session meeting.

☐    I am requesting mediation and a due process hearing.

☐    I am requesting mediation **only** at this time.

G.    **Facts and Reasons for the Complaint:**

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions. Provide complete details about all the facts supporting your claims. (You may attach additional pages if needed):

1.    What is the nature of the problem, including the facts relating to the problem that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

    A.  DCPS and FEPCS has failed to adhere to the 08/12/05 HOD by not convening the MDT/IEP meeting within the 10 days of his attendance at High Road Academy to develop a compensatory education plan for the denial of FAPE. Although a meeting was convened at High Road Academy compensatory education plan could not be developed because Friendship-Edison and DCPS did not attend. As a result, FEPCS has denied Kendall a FAPE.

    B.  DCPS and FEPCS have not implemented the compensatory education hours owed to Kendall. Therefore, Kendall continues to be denied a FAPE because he is not able to receive the tutoring that would be helping him get up to grade level.

    C.  DCPS failed to convene a 30-day review for Kendall since his attendance at High Road Academy. Although a meeting was convened by High Road, DCPS did not attend the meeting and as a result, denied him a FAPE.

2.    To the extent known to you at this time, how can this problem be resolved?

    A.  DCPS and Friendship-Edison to fund the compensatory education hours in the amount of 6,050 in the form of vocational training for Kendall for the denial of FAPE for the three years while attending Friendship-Edison.

    B.  DCPS and Friendship-Edison to fund a vocational training school of parent and Kendall's choice until the 6,050 hours have been exhausted.

    C.  DCPS and Friendship-Edison to provide Kendall with all appropriate related and transition services until the exhaustion of the 6,050 hours, including transportation.

    D.  DCPS and Friendship-Edison to provide additional compensatory education for the HOD violation and the violation of the last HOD from the time of its issuance to the present date of the due process hearing complaint dated 10/25/05.

    E.  DCPS to maintain his placement at High Road for the 2005-2006 SY.

    F.  DCPS and FEPCS to pay reasonable attorney fees.

3

3.     Issues presented:

    A.   Whether DCPS and Friendship-Edison denied Kendall Nesbitt a Free Appropriate Public Education (FAPE) when it failed to convene an MDT meeting to formulate a compensatory education plan, per the last HOD?

    B.   Whether DCPS and Friendship-Edison denied Kendall FAPE when it failed to attend the MDT meeting to discuss and develop a comp ed plan, per the HOD?

    C.   Whether DCPS and Friendship-Edison denied Kendall FAPE when it failed to provide him with the needed compensatory education for the past and present denial of FAPE for the past 3 years?

## H.   Estimated amount of time needed for the hearing: _____

Note:  In the absence of a specified amount of time, the SHO schedules hearings in two hour blocks of time and will allocate two hours to conduct the hearing.  Please indicate if you believe more than two hours will be needed.

## I.   Accommodations and Assistance Needed:

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- Interpreter (please specify the type) _____
- Special Communication (please describe the type) _____
- Special Accommodations for Disability (please be specific) _____
- Other _____

## J.   Waiver of Procedural Safeguards:

☐ I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

## K.   Parent Signature and Affirmation:

I affirm that the information provided on this form is true and correct.

_____     _____
Signature of Parent or Guardian                     Date

## L.   Signature of Attorney/ Legal Representative:

_____     11/14/05
Legal Representative / Advocate                     Date

## M.   Signature of LEA Representative (if hearing requested by LEA):

4

SEID DPCN Rev'd. 7/12/05

Kendall Nesbitt --- 11/01/84

Representative of LEA _____      Date _____

**Mail, fax or deliver this complaint notice to:**
**State Enforcement and Investigation Division**
**For Special Education Programs  (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8ᵗʰ Floor**
**Washington, DC  20002**
**Fax number: 202/442-5556**

5