KN-02

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP  Page 1 of 4
Additional Comments:

## I. IDENTIFICATION INFORMATION

Student Name: Last __Nesbitt__  First __Kendall__  MI __J__

Student ID __7 3 7 0 5 4__  Soc. Sec. No. __577-11 4898__  Age: __20__  Grade __12__

Gender: ☒M ☐F  Date of Birth __11/1/84__  Ethnic Group __African - American__

Address __1440 Kearney St.    NE__
House No.   Street Name          Quadrant   Apartment #
__Washington__          __DC  20017__
City          State   Zip Code

☐ Non-attending

Attending School __FECA__  Home School _____

☐ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent __Rhonda Simms - Nesbitt__

Address of (If different from student): ☒ Parent ☐ Guardian ☐ Surrogate
_____
House No.   Street Name   Quad   Apt. No.   City   State   Zip Code

Telephone: Home __2/635-0464__  Work __703-720-8671__  cell __2/276-7306__

## II. CURRENT INFORMATION

Date of IEP Meeting: __3-18-05__

Date of Last IEP Meeting: __1-8-04__

Date of Most Recent Eligibility Decision: __3-18-05__

Purpose of IEP Conference:
☐ Initial IEP    ☐ Review of IEP
☒ Requested Eval.  ☐ 3yr ReEval

Indicate Level of Standardized Assessment:
_____

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
|---|---|
| ESY | ✓ TRANSITION |

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | |
| Parent | English | English | English | |
| Home | | | | |

To be completed by Office of Bilingual Education English and Math Proficiency Assessment
Oral _____
Rdg./Written _____
Instrument: _____
Date: _____

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr/Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks./mos |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | | 28 | 28 | Hr. | W | Sped Teacher | 3-19-05 | 10 | mos |
| Speech & Language | | 1.0 | 1.0 | Hr. | W | Speech Therapist | 3-19-05 | 10 | mos |
| Counseling | | 1.5 | 1.5 | Hr. | W | school Psychologist | 3-19-05 | 10 | mos |
| TOTAL | | 30.5 | | Hours Per Week | | | | | |

V. Disability(ies) __Multiple   Disabilities__
__(LD/ED)__
☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☐ 21-60%  ☒ 61-100%

Percent of time NOT in a Regular Education Setting __100__

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

_Kendall Nesbitt_  Kendall Nesbitt

_Annie R Kersley, Edu. Advocate_

_Kellie Johnson-Steudle_  SPC Ed. Teacher

_Kya Mosley_  Kya Mosley  School Psychologist

_Brian S. Smith_  Brian S Smith  Transition Coordinator

_____  MSCC-SLP

I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature _____  Date __3/18/05__

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 1 of 4

DCPS - IEP
Page 2 of 4

| | |
|---|---|
| Student Name | Nesbitt, Kendall |
| Student ID Number | 7347654   DOB 11/1/84 |

Managing School _____
Attending School _____

Additional Comments: ☐

### VII. Present Educational Performance Levels in Areas Affected by the Disability

Score(s) When Available

**Academic Areas: (Evaluator)** Kya Mathews

Math Strengths:
Kendall demonstrates relative strength on basic addition and subtraction of facts as well as like and unlike fractions.

Impact of disability on educational performance in general education curriculum:
Student applies rules for subtracting two or more digit numbers as well as borrowing and regrouping with inconsistency.

Reading Strengths:
Kendall demonstrates limited proficiency at the third grade level

Impact of disability on educational performance in general education curriculum:
Kendall has deficits in sight vocabulary as well as limited decoding and word attack skills. He is underdeveloped in inferencing, cause and effect, drawing conclusions and making predictions

| | | |
|---|---|---|
| Math Cal. | 3.5 | G.E. |
| Math Rea. | 3.1 | 6.E |
| See goal page: | | |
| Date: | 3-1-05 | |
| Rdg. Com | 3.7 | 6.E |
| Rdg. Basic | 3.5 | 6E |
| Written Ex. | 3.3 | 6E |
| See goal page: | | |
| Date: | 3-1-05 | |

**Communication (Speech & Language) (Evaluator)** _____
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

| | | |
|---|---|---|
| Exp. Lang. | | |
| Rec- Lang. | | |
| Artic | | |
| Voice | | |
| Fluency | | |
| Exp. Voc. | | |
| Rec. Voc. | | |
| See goal page: | | |
| Date: | | |

**Motor/Health (Evaluator)** _____
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) /Results When Available

See goal page: ____
Date: ____

**Social Emotional Behavioral Areas: (Evaluator)** _____
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page: ____
Date: ____

**Cognitive/Adaptive Behavior: (Evaluator)** Dr. Quinton Graham, Ph.D.
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

| | |
|---|---|
| FSIQ | 73 |
| VSIQ | 75 |
| PIQ | 75 |

See goal page: ____
Date: 5/9/02

**Prevocational Skills: (Evaluator)** _____
Strengths:

Impact of disability on educational performance in general education curriculum:

Score(s) When Available

See goal page: ____
Date: ____

| Student Name | Kendall Nesbitt | Managing School | | DCPS - EP |
|---|---|---|---|---|
| Student ID Number | 7347054 | DOB 11/10/84 | Attending School | Page 3 of 4 |

Goal Number: ____

| **VIII. SPECIALIZED SERVICES** | Additional Comments: |
|---|---|

Area addressed by goal: __Academics__

**ANNUAL GOAL: (including mastery criteria.)**

Kendall will demonstrate measurable growth above his present level of performance in reading from the 3.5 level to the 4.5 grade level with 80% mastery

Provider(s): __Special Education and General Education__

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Kendall will identify the main idea of a passage with 80% mastery | | Quarterly |
| Kendall will answer literal questions given a current newspaper article with 80% accuracy | | Quarterly |
| Kendall will read and correctly identify the sequence of events in a passage with 80% accuracy | | Quarterly |
| Kendall will decode unfamiliar words using phonics skills with 80% accuracy | | Quarterly |
| Kendall will use context clues to help understand a word with 80% accuracy. | | Quarterly |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    (Chart)    (Test)    Documented Observation    Report    Other _____

| | | | |
|---|---|---|---|
| Student Name | Kendall Nesbitt | Managing School | DCPS - IEP |
| Student ID Number | 7347054 | DOB 11/1/84 | Attending School | Page 3 of 4 |

Goal Number _____

VIII. SPECIALIZED SERVICES   Additional Comments:

Area addressed by goal: **Academics**

ANNUAL GOAL: (including mastery criteria.)

Kendall will demonstrate measurable growth above his present level of functioning in the area of mathematics from a 3.5 to a 4.5 grade level with 80% mastery

Provider(s): General Education Teacher / Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Kendall will use consistently use the rules for borrowing with 80% mastery. | | Quarterly |
| Kendall will use a calculator to calculate math facts with 80% mastery. | | Quarterly |
| Kendall will multiply and divide like and unlike fractions with 80% mastery. | | Quarterly |
| Kendall will solve one and two step equations involving money with 80% mastery | | Quarterly |
| | | |
| | | |

EVALUATION PROCEDURE(S)

Portfolio   Log   Chart   (Test)   (Documented Observation)   Report   Other  Homework

| Student Name Kendall Nesbitt | Managing School _____ | DCPS-IEP |
|---|---|---|
| Student ID Number 7347054   DOB 11/1/84 | Attending School _____ | Page 2 of 4 |
| | | Goal Number: ___ |

VIII. SPECIALIZED SERVICES    Additional Comments:

Area addressed by goal: _Academics_

ANNUAL GOAL: (including mastery criteria.)

Kendall will demonstrate measurable growth above his present level of performance in the area of written expression from a 3.3 to a 4.3 grade level with 80% mastery.

Provider(s): _General Education Teacher / Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Kendall will edit and revise written work for capitals, commas, punctuation and spelling with 80% accuracy. | | Quarterly |
| Kendall will compose a variety of sentences using a compound or complex sentences with 80% accuracy | | Quarterly |
| Kendall will use the writing process to develop a variety of effective written products with 80% mastery (pre-writing, drafting, revising, editing and publishing. | | Quarterly |
| Kendall will correctly use singular and plural forms of words with 80% accuracy | | Quarterly |
| | | |
| | | |

EVALUATION PROCEDURE(S)

(Portfolio)   Log   Chart   (Test)   Documented Observation   (Report)   Other _Homework_

| Student Name | Kendall Nesbitt | Managing School | Friendship - Edison | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 734705Y | DOB | 11/1/84 | Attending School | Friendship - Edison | Page 3 of 4 |

Goal Number: [   ]

**VIII. SPECIALIZED SERVICES**   Additional Comments:

Area addressed by goal: _Transitions_

**ANNUAL GOAL:** (including mastery criteria.)

Kendall will demonstrate his knowledge and understanding of the options, opportunities and requirements of the world of work with 80% mastery

Provider(s): _Special Education Teacher, Transitions Coordinator_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Given career information/ resources Kendall will perform the following activities objectives with 80% mastery | | |
| - Investigate training/ apprenticeship programs and employment in careers of interest | | quarterly |
| - Shadow employees in careers of interest | | quarterly (as arranged) |
| - Discuss the results of a vocational evaluation comparing and contrasting to determine if previously determined occupational areas of interest are areas of vocational interest, aptitude and proficiency with 80% mastery, and document/summary | | quarterly |
| - Demonstrate self-advocacy by identifying resources/agencies within his career goals to complete community service hours and retain employment | | quarterly |
| - Kendall will identify and retrieve other Independent Living + (Daily Living forms needed to assist in transition - ie. Social Security Cards, birth certificates, picture identification, voter registration forms etc. | | quarterly |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    (Documented Observation)    Report    (Other) Progress Report Data

| | | |
|---|---|---|
| Student Name _Kendall Nesbitt_ | Managing School _FECA_ | DCPS - IEP Page 3 of 4 |
| Student ID Number _7347054_  DOB _11/1/84_ | Attending School | |

Goal Number: _____

**VIII. SPECIALIZED SERVICES**  Additional Comments:

Area addressed by goal: _Communication_

ANNUAL GOAL: (including mastery criteria.)

Kendall will learn + utilize compensatory strategies to increase his comprehension (auditory) + processing (auditory) in the classroom as evidenced by ~~increased~~ successful completion of classwork + improved performance in the classroom

Provider(s): _Speech Pathologist_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Kendall will select what he needs to remember in the classroom by utilizing the following strategies in 7/10 opportunities: asking the teacher, highlighting important written info, taking notes when reading text | | Quarterly |
| Kendall will use visualization to remember information as evidenced by improved test scores + completed classwork | | |
| Kendall will use repetition as a technique to remember information by reading aloud, closing his eyes + repeating the information, writing the information from memory, and repeating the steps until all info. is memorized | | |
| Kendall will create acronyms + acronymic sentences to remember info. in the classroom in 7/10 opportunities | | |
| | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **EVALUATION PROCEDURE(S)** | | | | | | |
| Portfolio | Log | Chart | Test | (Documented Observation) | Report | ✓ Other _classwork_ |

DCPS - IEP
Page 3 of 4

ent Name   Kendall Nesbitt          Managing School  FZCA

Attending School _____

ent ID Number  7347054     DOB _____

Goal Number: [    ]

SPECIALIZED SERVICES    Additional Comments:

Area addressed by goal:  Social Emotional

IUAL GOAL: (including mastery criteria.)

Kendall will exhibit a positive self image
with 80% mastery.

vider(s):  Psychologist, Social worker, School Counselor

| sider audience, behavior, condition, degree and evaluation. | Date Mastered | Evaluation Schedule |
|---|---|---|
| **SHORT-TERM OBJECTIVES** (include mastery criteria or benchmarks) | | |
| . Distinguish between socially acceptable and unacceptable behavior responses for various situations 4 out of 8 times per therapist request. | | monthly |
| . increase his level of assertion by asking for help from his teachers with 80% mastery. | | monthly |
| . Consistently maintain a "Success sheet" to daily track progress with 80% mastery. | | monthly |
| . Kendall will learn at least (3) three coping skill/strategies to reduce stress while in certain stress provoking situations | | monthly |
| . Kendall will learn at least (3) three coping skills/strategies to reduce anxiety provoking situations with 80% accuracy | | monthly |
| . Kendall will learn to openly disclose and ventilate feelings of self (full range) with 80% accuracy | | monthly |

"Success sheet"    **EVALUATION PROCEDURE(S)**     Progress notes

Portfolio   Log   (Chart)   Test   (Documented Observation)   Report   Other  Success sheet"

(FECA)

| Student Name _Kendall Nesbitt_ | Managing School _Friendship-Edison_ | DCPS - TRANSITION SERVICES PLAN PAGE 1 OF 2 |
| Student ID Number _734 7054_   DOB _11/1/84_ | Attending School _Friendship-Edison (Feca)_ | |

Date Developed: _1-7-04_

## DCPS TRANSITION SERVICES PLAN

Note: The MDT determines if the IEP must include a statement of transition service needs which focuses on the Courses of study if the student will turn 14 during the implementation of the IEP. Furthermore, the MDT must include a detailed transition plan for a student who will turn 16 during the implementation of the IEP.

### I. Record student's post-secondary goals and interests.

Employment: _Kendall would like to work in an area of_

Community Participation: _Kendall would like to satisfy community_ _service requirements upon completion (high school)_

Post-Secondary Education and Training: _Kendall would like to pursue training_ _in cosmetology, Los..._

Independent Living: _Kendall would like to live off home with_ _parent or Guardian_

### II. Courses of study leading to student's post-high school goals.

| Grade or School Year | Courses of Study |
|---|---|
| 2003 - 2004 | Career Exploration - Job-Seeking Skills Training Vocational Career School (Identification + Application) |
| | |
| | |
| | |

### III. Transition Services Needed.

Evaluate the student's present level of performance in the following areas: Academic, Career Courses, Community-based Training, Supported or Competitive Employment, Communication, Independent Living Skills, Community Travel, Transportation, Employability Skills, Social Skills, Community Resources, Educational, Financial, Career Training, Community-Based Instruction, Skill/Trade Training, Vocational, or Social Relationships.

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| Employment  If service is not needed, provide explanation. | Job-Seeking / Development Skills Training | Friendship Edison pcs |
| Community Participation  If service is not needed, provide explanation. | Development of a Plan for completion and verification of community service hours | Friendship Edison pcs |
| Post - Secondary Education and Training  If service is not needed, provide explanation. | Student Investigation + Application of post-Secondary Vocational /Career training programs | Friendship Edison pcs |
| Independent and Adult Living  If service is not needed, provide explanation. | Student will develop Self-Advocacy and independent living Skills necessary for him to live as an adult | |

District of Columbia Public Schools     07-02-2001     Division of Special Education   IEP Attachment C   Transition Services Plan   Page 1 of 2

60

| Student Name _Kendell Nesbitt_ | Managing School _Friendship-Edison_ (PCHS) | DCPS - TRANSITION SERVICES PLAN PAGE 2 OF 2 |
| Student ID Number _734705_  DOB _11/1/84_ | Attending School _Friendship-Edison_ (PCHS) | |

Date Developed: _1/7/04_

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| **Daily Living Skills** If service is not needed, provide explanation. | Participation in Personal management workshops/activities which focus on health + hygiene + social life skills | Friendship Edison pcs |
| **Functional Vocational Evaluation** If service is not needed, provide explanation. | participation + review of a vocational / career evaluation | Friendship-Edison pcs |
| **Other** | | |

IV.

| Projected Exit Category (check one) | High School Diploma Status | | Projected Exit Date (M/D/Y) |
|---|---|---|---|
| ✓ DC High School Diploma | _205.0_ | # Credits Earned toward graduation | _6/04_ |
| High School Certificate at age 21 | | | |
| High School Certificate _prior_ to age 21 | | # Community Service Hours Completed | |

| State Test Requirements | Area | Date Taken / Score Received |
|---|---|---|
| | | |
| | | |
| | | |

**V.** _Identify any other agencies likely to be responsible for providing or paying for specific transition services._

<u>Examples of Agency Linkages Needed for Transition</u>
- Rehabilitation Services Administration (RSA)
- Mental Retardation and Developmental Disabilities Administration (MRDDA)
- Commission on Mental Health Services (CMES)
- UDC or other higher education institutions

| Agency | Agency Representative/ Telephone Number | Purpose of Contact | Date |
|---|---|---|---|
| D.C. Rehabilitation Services Admin. | Darlene Gripper Telephone No.:_202 442-8469_ | post-secondary planning | 1/04 |
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |

**Collegiate Academy**
Community Vision... World Class Education

MULTIDISCIPLINARY TEAM (MDT)

PRIOR NOTICE

Check Purpose:
Initial Evaluation
Initial Placement
Reevaluation
Change in Category Exit
Related Service Add
Related Service
Change in Placement
Other _____

Date  3-18-05

Student  Kendall  Nesbitt          DOB  11-1-84

School  FECA

Current Disability Category  Learning  Disabled

Setting  out of general ed.

Dear  Mr. Nesbitt

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
   Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
   Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
   Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)

   Your child is not eligible for special education service(s).
   Your child is eligible or continues to be eligible to receive special education services as a student with _____
   Your child will begin receiving  Counseling & speech svc.  as a related service(s).
   Your child will no longer receive _____ as a related service(s).
   Your child's category of disability is being changed from _____ to _____
   Your child's alternative placement on continuum (next setting) is being changed,
      from _____ to _____
   Your child is no longer eligible and will be exited from the special education program.
Other: _____

**Description and Explanation of agency action proposed or refused!**

MDT  determined  that  out of gen ed   "setting"
will  sufficiently  meet  Kendall's  needs.

**Description of Other Options Considered and reasons for rejection of each option**

MDT  determined  that  gen. ed   and combination setting
would  not be sufficent  to meet  the students needs.

Other relevant factors to the decision: _____

MDT Members:  ✓ Principal or Designee      • General Education Teacher        ✓ Psychologist
               ✓ Parent                     ✓ Special Education Teacher        Other: _____
               ✓ Student                    ✓ Speech and Language              _____
               Social Worker               *LEA & Interpreter (*may be one)    _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact  Wallace Henry II  at  396-3500  (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2001

| Student Name | Randall Nesbitt | Managing School | | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 7347054 | DOB 11/1/84 | Attending School | Page 4 of 4 |

Additional Comments: ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education? ☐ Yes ☒ No

Explanation for removal out of regular education classroom.

Student is significantly below grade level and requires intensive specialized instruction

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./ Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing: ☐ None needed

| | |
|---|---|
| Timing/Scheduling: | Extended time |
| Setting: | small group |
| Presentation: | assisted reading, repeated instruction |
| Response: | |
| Equipment: | calculator |

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☐ Level III (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level V  Portfolio:

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☒ Level IV  (Describe the alternative assessment)

assisted reading

## XII. Areas Requiring Specialized Instruction and Related Services:

☒ Reading
☒ Mathematics
☒ Written Expression
☐ Other:
☐ None

☐ Physical/Sensory
☒ Social Emotional
☐ Physical Development

☒ Transition
☐ Vocational
☐ Independent Living
☒ Speech/Language

### Modifications:
☐ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| Out of Gen Ed | accept | time away from non-disabled peers |
| Combination Gen ed setting | reject | |
| In Gen Ed setting | reject | |

Modification(s)/Accommodation(s) to address the harmful effects:

academic remediation is noted as the priority for high school / GED completion

Location for Services TBD

## DOCUMENTED LEVEL OF SERVICE (PERM)
Complete and attach to MDT IEP meeting notes

| | |
|---|---|
| School: | Principal M. Cordell   Special Education Coordinator W. Henry |
| Date 3/18/05   Case Manager | Technical Support Supervisor |
| Student: Kendall Nesbitt   DOB 11/18/84   Age 20   Grade 12   ID# 7347054   SSN# 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 |
| Parent Rhonda Simms Nesbitt   Telephone (H)   (W) |
| Address: 1440 Kearney St. NE   Wash   DC 20018 |

REFERRAL SOURCE: (Check)  ☐ 120 Day  ☑ Annual  ☐ HOD  ☐ SA  ☐ MA
☐ Nonpublic  ☐ Residential  ☐ Citywide  ☐ Courts  ☐ Local School  ☐ Other

Previous least restrictive environment (LRE Setting):

---

## JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| - extended time | Current IEP | Yes ☑ | No ☐ |
| - small group | Signatures of required participants (MDT notes) | Yes ☑ | |
| - use of calculator | Intervention Behavior Plan | Yes ☐ | |
| - text on tape as available | Copies of current class work and homework assignments | Yes ☐ | |
| - assisted reading | Medical Report | Yes ☐ | No ☐ |
| | Clinical Report | Yes ☑ | No ☐ |
| | Psychiatric Report | Yes ☐ | No ☐ |
| | Mediation? | Yes ☐ | No ☐ |
| | Attendance Record | Yes ☐ | |
| | Copies of most recent evaluation(s) | Yes ☑ | |

| 4. Results of all interventions (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| | |

---

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☐ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☐ combination general education and resource classroom | ☐ combination of general educators, special educators and related service providers | ☐ between 21% and 60% of service time |
| 3 | ☑ *out of general education classroom | ☐ special educators and related service providers | ☑ between 61% and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

Check the level of need as indicated:
DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |
|---|---|

### 7. LEVEL OF NEED

| ☐ LOW | ☐ MODERATE | ☑ HIGH |
|---|---|---|

07-02-2001   Attention: Technical Support Supervisor / PERM Compliance Team

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)                    Page: _____ of _____
CONTINUATION MEETING NOTES
MEETING TYPE: _____

UDENT: Kendall Nesbitt          DATE OF BIRTH: 11-01-84
HOOL: FECA                       DATE: 3-18-05

Clinical concerns after reviews 3
Advocate and Kendall stated after reviewing the Clinical
Whether there were any questions and he said no.
Mother stated she found someone to address the scores.
Mother stated Kendall is less depressed since the
evaluation. ~~Kendall agreed that they are~~
doing better. Mom is concerned with Kendall doing
what he needs for him and his future. ~~concern him~~

Educational

Parent asked what time the test for taking because
he isn't a morning person. Ms. Matthews told him
it was 10 am. Ms. Matthews stated he has been
in school. Mr. Henry stated there is a drop in
scores since he has been in school. Ms. Matthews
stated that higher level thinking isn't in this
test and retainment may have been lost or
~~time~~
"mom"
Advocate stated that why would they give him a
test that had Algebra problems on it. Ms. Matthews
stated that the test was a standardized ~~Advocate~~
test that would be given to all students. The test
would assume that at his age they would know algebra

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)
**CONTINUATION** MEETING NOTES

MEETING TYPE: _____

Page: _____ of _____

6

STUDENT: Kendall Nesbitt          DATE OF BIRTH: 11-1-84

SCHOOL: FECA          DATE: 3-18-05

Parent stated that she understood the concept. Ms. Matthews
Kendall has the potential. Advocate stated he might
have not pot that he might want to do it but
it cannot don't constitute skills out there. He said
it is odd that he has been in sch all this long and
cannot do basic skills. He said he cannot ever get
a IED because it won't is written on a 8th grade
level.
Ms. Matthews stated he has been out of school and
beats and he has the potential but he needs to be
in school. Advocate stated he needs to at least get
the IED

Team finding for disability:
Advocate said she wants CD to be more profound
than the ED. They are going to be multiple disabled.
with CD before ED. Nixon asked what was meant by
ED multiple disabled and the team stated that he has
a disability of ED & LD. Team has decided he
will be multiple disabled with LD first and ED second.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)
**CONTINUATION** MEETING NOTES     Page: _____ of _____
MEETING TYPE: _____

STUDENT: _____ DATE OF BIRTH: _____
SCHOOL: _____ DATE: _____          ③

Com  ed

The last two years Kendall was in School. Kendall
had significant problem with truancy.
Advocate asked for tracker forms and attendance.
Advocate asked for the Comp ed to be tabled.
The advocate will review the forms with Mr. Henry.

Placement
Advocate asked for High wood's Academy in S.
Which was a private HS. She said that she
thinks it is a 8 to 2 ratio. Very small environments
and related services. Henry stated the motivation
of Kendall is a concern. Advocate stated he felt
like he was getting the assist he need at FECA.
It wasn't that he didn't want to come but he
felt he didn't get the services. Mr. Henry asked
if it was his opinion she said it was.
from talking with Kendall and family
Kendall said he wants to finish school. Henry asked what
does school require. He didn't answer. Henry said

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    02-12-02    DIVISION OF SPECIAL EDUCATION – NON PUBLIC    MDT MEETING NOTES    APPENDIX A

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)          Page:____ of __
CONTINUATION MEETING NOTES
MEETING TYPE: _____

STUDENT: Kendall _____ DATE OF BIRTH: _____

SCHOOL: _____ DATE: _____

(4)

At learns being on time. Advocate stated she wants him to
get off HS diploma + Highroad will give it to him.
Mr. Henry said he needs to get training + he's not
worried about a paper. Advocate said Highroad
she thinks has vocational training. Mom's concern
is what going to happen when he goes into the world.
Mom said Kendall wants to be in fashion industry
which requires numbers skills. Matthews said
he needs something he can fall back on.
Mr. Smith asked Kendall what type of fashion are
you in. Kendall said he wants to be a fashion designer,
magazine editor, and style for people. Henry said
a foundation in merchandizing. Mom said it is hard
to present yourself in order to get those jobs. Mr. Henry
suggested that the Marriott Bridges program has
several places they get jobs. It is a program for
special needs. On ____ day they are coming to
have students fill out applications. Henry stated
Advocate asked what or who are monitoring him. Henry stated
Marriott will monitor him for 1 yr.

**Edison-Friendship Collegiate Academy**
*Carter G. Woodson Campus*
4095 Minnesota Avenue, N.E.
Washington, D.C. 20019

**Edison Schools**

### IEP CONTINUATION PAGE

Student Name __Kendall__ _____ DOB _____ Date _____

Student ID Number _____ School _____

INSTRUCTIONS: Use this addendum when additional space is needed on an IEP section or part. Enter the *section/part,
page number or addendum to identify each item being continued. Attach this addendum to the form.

*Section/Part _____ Page _____ of _____ or Addendum _____ (Repeat for each section or part.)

Mom stated that partly she is his coach. Marriott assigns counselors and makes them tutor. Kendall said he applied to Urban Outfitters.

Placement for Kendall

Advocate: High Roads. FECA doesn't make recommendation. But will support the team decision. It has already been accepted to High Roads and the acceptance letter was given to the paper and attached to the paperwork.

In order for Kendall to be successful he requires a small, teacher to student ratio.

Due to his functioning 9 grade level below his grade level.

He requires a full time special education setting.

Summary of vocational assessment:

Recommendations: Please refer to Vocational Evaluation dated 10/12/04. Examiner Helena Newman, Vocational Evaluator. In Brief a Kendall should Explore/Investigate resources identified in the report for information on Fashion/Interior design.

• Involvement of Rehabilitation Services Administration immediate in post-secondary planning.
• Assessment of a mentor - to provide emotional and educational support
• Training in the use of a sewing machine to support a career in fashion design
• Exploration of community college as a partial avenue for fashion design
• Computer literacy training to prepare for the graphic technology required in the field of fashion and interior design
• Evaluation of psychological counseling to address Academic

Edison-Friendship Collegiate Academy
*Carter G. Woodson Campus*
4095 Minnesota Avenue, N.E.
Washington, D.C. 20019



⑥

## IEP CONTINUATION PAGE

Student Name _____ DOB _____ Date _____

Student ID Number _____ School _____

INSTRUCTIONS: Use this addendum when additional space is needed on an IEP section or part. Enter the *section/part,
page number or addendum to identify each item being continued. Attach this addendum to the form.

*Section/Part _____ Page _____ of _____ or Addendum _____ (Repeat for each
section or part.)

Tutoring recommendation will be addressed in full time placement. They
stated if they have tutoring at new placement it is better to
receive tutoring from those providing academic services.
Counseling was addressed privately and at recommended school
because it is a therapeutic setting. Mr. Hng asked parent to
follow up with places in the vocational assessment.

_____

⑥ⓐ Findings
Classified as a student with Multiple disabilities of
LD/ED. He will receive counseling for 1 hr 30 mins
per week and speech + language services for 1hr
per week. Team has decided that they are requirements
High Roads Academy which he has already been accepted.
*MDT supports recommendation for highroads for DCPS consideration.

Advocate asked for transportation however it was explained that D.C.
no longer provides transportation unless it is a severe cognitive delay.
Kndall is able to travel independently.

KN-C4

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP  Page 1 of 4
Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last _Nesbitt_ First _Kendall_ MI __

Student ID _734 7054_ Soc. Sec. No. _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_ Age: __ Grade: _12_

Gender ☒ M ☐ F  Date of Birth _11/1/84_  Ethnic Group _African American_

Address _1440 Kearney Street NE_
House No.   Street Name   Quadrant   Apartment #

_Washington DC 20017_
City   State   Zip Code

☐ Non-attending
Attending School _FECA_  Home School _Dunbar SHS_

☐ Elem. ☐ Mid/JHS ☒ SHS ☐ CWS /

Parent
Address of (if different from student):   ☐ Parent ☐ Guardian ☐ Surrogate

## II. CURRENT INFORMATION

Date of IEP Meeting: _1/8/04_
Date of Last IEP Meeting: _9-23-02_
Date of Most Recent Eligibility Decision: _9-23-02_

Purpose of IEP Conference:
☐ Initial IEP  ☒ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: _III_

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| BEHAVIOR | TRANSPORTATION |
| ESY | ✓ TRANSITION |

House No.  Street Name   Quad   Apt. No.   City   State   Zip Code
Telephone: Home   Work

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | | Oral: |
| Parent | | | | | Rdg./ Written: |
| Home | | | | | Instrument: |
| | | | | | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | FREQUENCY Hr./ Min. D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|
| Specialized Instruction | ✓ 15 | Hr W | Gen Ed/SpEd Teacher | 1/9/04 | 10 mos |
| Speech Language | 1 | Hr W | Speech Lang. | 1/9/04 | 10 mos |
| Counseling | 1 | Hr W | Social Worker/Counselor | 1/9/04 | 10 mos |
| TOTAL | 17 | Hours Per Week | | | |

## V. Disability(ies)   _Learning Disabled_

LD

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☒ 21-60%  ☐ 61-100%

Percent of time NOT in a Regular Education Setting

## VI. IEP TEAM (Participants in the development of the IEP)   Print and sign your name below.

_Kevin Wills_
_Pam Wilkinson_ _Test Master, CCSLP_
_Terrence Grews_ _Counselor_
_Brian Short Jr._ _Principal_
_Kim F. Lin_

KN  I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in this IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature _Kendall Nesbitt_   Date _01-16-03_

Student Name: Kendall Nesbitt
Student ID Number: 734 705 4    DOB: 11/18/91

Managing School: FECA
Attending School: FECA

DCPS - IEP
Page 2 of 4

## VII. Present Educational Performance Levels in Areas Affected by the Disability

Additional Comments: ☐

**Academic Areas: (Evaluator)** Dr Q Graham Ph.d

**Math Strengths:** Relative strengths were noted in short term memory for numbers

**Impact of disability on educational performance in general education curriculum:** Kendall's disability continues to negatively impact his ability to access the general Ed. Curriculum without significant modification

**Reading Strengths:** Kendall was able during testing to create stories and explain the steps to complete a task.

**Impact of disability on educational performance in general education curriculum:** Kendall's weakness in Reading sk. lls is negatively impacted by his disability which impedes his ability to access the Gen. Ed Curriculum

Score(s) When Available
Math Cal. 3.0 G.E.
Math Rea. 2.7 G.E.
See goal page:
Date: 9/02
Rdg. Com. 3.6 G.E.
Rdg. Basic 3.1 G.E.
Written Ex. 1.5 G.E.
See goal page:
Date: 9/02

**Communication (Speech & Language) (Evaluator)** Comm Beth Wilkinson MSCF-SLP

**Strengths:** Kendall has relatively strong expressive language skills. He also has relatively strong vocabulary skills

**Impact of disability on educational performance in general education curriculum:** Kendall's receptive language skills negatively impact his performance in the general education classroom

Score(s) When Available
Exp.Lang. 79
Rec-Lang. 60
Artic
Voice
Fluency
Exp. Voc. 84
Rec. Voc. 82
See goal page:
Date: 12/2/00

**Motor/Health (Evaluator)**
Strengths:

**Impact of disability on educational performance in general education curriculum:**

Score(s) /Results When Available

See goal page:
Date:

**Social Emotional Behavioral Areas: (Evaluator)**
Strengths:

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available

See goal page:
Date:

**Cognitive/Adaptive Behavior: (Evaluator)**
Strengths:

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available

See goal page:
Date:

**Prevocational Skills: (Evaluator)**
Strengths:

**Impact of disability on educational performance in general education curriculum:**

Score(s) When Available

See goal page:
Date:

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4

ill Nesbitt

2054   DOB: 1/01/94

| | Managing School | F E C A |
| | Attending School | F E C A |

DCPS - IEP
Page 3 of 4

Goal Number: 2

ICES   Additional Comments:

Area addressed by goal: Academics

astery criteria.)

I demonstrate measurable growth above
evel Of functioning, In the area of written
rom a first grade level to a second grade
80% Mastery]

I Education Teacher/Special Education Teacher

| or, condition, degree and evaluation. | | |
|---|---|---|
| -TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
| 1 edit and revise written work, capitals, commas punctuation and spelling accuracy. | | Quarterly |
| 1 use compound and complex with 80% accuracy. | | Quarterly |
| ill use the written process to develop & effective written products (pre writing vising, editing and publishing) with aly. | | Quarterly |
| ill correctly use singular and ms of words with 80% accuracy | | Quarterly |
| | | |

EVALUATION PROCEDURE(S)

Chart   (Test)   Documented Observation   Report   Other _____

Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 3 of 4

DCPS-IEP
Page 3 of 4

Student Name **Kendall Nesbitt**   Managing School **FECA**
Student ID Number **7347054**  DOB **11/01/34**   Attending School **FECA**

Goal Number: **3**

**VIII. SPECIALIZED SERVICES**   Additional Comments:

Area addressed by goal: **Academics**

ANNUAL GOAL: (including mastery criteria.)

Kendall will demonstrate measurable growth over his current level of functioning in the area of Mathematics from a third grade level to a fourth grade level with 80% Mastery

Provider(s): **General Education Teacher | Special Education Teacher**

| Consider audience, behavior, condition, degree and evaluation. SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Kendall will use place value and expanded notation to compare and order whole numbers to 1,000,000 and decimals through hundredths with 80% Accuracy | | Quarterly |
| Kendall will solve one and two step problems using addition, subtraction, multiplication, and division of whole numbers with 80% accuracy | | Quarterly |
| Kendall will add and subtract like fractions and mixed numbers with 80% accuracy | | Quarterly |
| Kendall will solve simple inequalities and equations with 80% accuracy. | | Quarterly |
| Kendall will organize, display and compare data sets in a variety of ways to answer | | |
| questions or test a hypothesis with 80% accuracy | | Quarterly |

**EVALUATION PROCEDURE(S)**

(Portfolio)   Log   Chart   (Test)   Documented Observation   Report   Other _____

| Student Name | Kendall Nesbitt | Managing School | FECA | DCPS - ETT Page 3 of 4 |
| Student ID Number | 7347054 | DOB 11/21/84 | Attending School | FECA | Goal Number: 4 |

**VIII. SPECIALIZED SERVICES**  Additional Comments:

Area addressed by goal: __Academics__

**ANNUAL GOAL: (including mastery criteria.)**

Kendall will demonstrate measurable growth above his present level of functioning in the Area of Reading, from a third grade level to a fourth grade level) with 80% Mastery.

Provider(s): __Special Educator and General Educator__

| Consider audience, behavior, condition, degree and evaluation.<br>SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Kendall will identify the main idea of a Passage with 80% accuracy. | | Quarterly |
| Kendall will answer literal questions given a current newspaper article with 80% accuracy. | | Quarterly |
| Kendall will read and correctly identify the sequence of events in a passage with 80% accuracy. | | Quarterly |
| Kendall will decode unfamiliar words using Pho  skills with 80% accuracy. | | Quarterly |
| Kendall will use context clues to help understand a word with 80% accuracy. | | Quarterly |
| | | |

**EVALUATION PROCEDURE(S)**

(Portfolio)   Log   Chart   (Test)   Documented Observation   Report   Other _____

*Kendall Nesbitt*     Managing School: _____     DCPS - IEP
Page 3 of 4

DOB 11/1/84     Attending School *FECA*

Goal Number: 1

| SERVICES | Additional Comments: |

Area addressed by goal: *Communication*

ting mastery criteria.)

will develop compensatory strategies for use in the
to process oral material with 75% accuracy

h Pathologist

havior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| directions or when presented with a problem record the information with 75% accuracy | | Quarterly |
| ormation is recorded, Kendall will identify the nt(s) necessary to execute the directive and/ e problem with 75% accuracy | | |
| ifying the key component(s), Kendall will l execute the necessary action steps to complete and/or solve the problem with 75% accuracy | | |
| use the following compensatory strategies with verbal rehearsal, chunking, mnemonics, visual l repetition to process and retain oral material in the classroom | | |
| | | |
| | | |

EVALUATION PROCEDURE(S)

Chart    Test    (Documented Observation)    Report    Other _____

Public Schools    07-02 2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

Student Name: _Kendall Nesbitt_     Managing School _ECC___     DCPS - IEP
Student ID Number: _____  DOB _____   Attending School _____     Page 3 of 4

Goal Number: [    ]

## VIII. SPECIALIZED SERVICES     Additional Comments:

Area addressed by goal: _Social Emotional_

ANNUAL GOAL: (including mastery criteria.)

_Kendall will exhibit a positive self image with 80% mastery._

Provider(s): _Psychologist, Social worker, School Counselor_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1. Distinguish between socially acceptable and unacceptable behavior responses to various situations 4 out of 8 times | | monthly |
| 2. increase his level of assertion by asking for help from his teachers with 80% mastery. | | monthly |
| 3. Consistently maintain a "Success sheet" to daily track progress with 80% mastery. | | monthly |
| 4. Kendall will learn at least (3) three coping skill/strategies to reduce stress while in certain stress provoking situations | | monthly |
| | | |
| | | |

"Success sheet"     EVALUATION PROCEDURE(S)     Progress notes

Portfolio     Log     (Chart)     Test     (Documented Observation)     Report     Other _Success Sheet_

Nesbitt | Managing School: Friendship Edison _SECt_
DOB: 11/1/8- | Attending School: Friendship Edison | DCPS - IEP Page 3 of 4

Additional Comments:                     Goal Number: [____]

Area addressed by goal: _Transitions_

criteria.)

demonstrate his knowledge and
s of the options, opportunities
ents of the world of work
mastery

Education Teacher   Transitions Coordinator

tion, degree and evaluation.

| OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ... informational resources ... perform the following activities ... 80% mastery | | |
| training / apprenticeship programs ... in areas of interest / | | quarterly |
| ...loyees in careers of interest | | quarterly (as arranged) |
| results of a vocational ... comparing and contrasting to ... previously determined occupational ... est are areas of vocational | | quarterly |
| ...ate and proficiency with 80% ... document summary | | |
| self-advocacy by identifying ... icies within his career goals | | quarterly |
| ...ommunity service hours and ... ment ... identify and retrieve other ... living + (Daily living forms ... ssist in Transition - ie. | | quarterly |
| Cards, birth certificates ... tification voter registration | | |

## EVALUATION PROCEDURE(S)

Test   (Documented Observation)   Report   (Other) Progress Report Data

Jun 29 04 08:46a

| Student Name | Kendall Nesbitt | Managing School | FECS | DCPS - IEP |
| --- | --- | --- | --- | --- |
| Student ID Number | 734 7054 | DOB 11/1/84 | Attending School FECA | Page 4 of 4 |

Additional Comments: ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education? ☒ Yes ☐ No

Explanation for removal out of regular education classroom.

Student is functioning significantly below grade level and requires intensive academic instruction

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING Gen'd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Calculator | 85 | 15 | 30 | hr | W | Special Educator | 9/9/04 |
| Alpha Smart | 85 | 15 | 30 | hr | W | Special Educator | 9/9/04 |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:   ☐ None needed

Timing/Scheduling: Extended Time
Setting: Small Group
Presentation: Repeated Directions, Guided Notes
Response:
Equipment: Calculator, Alpha Smart

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ Level I  Tested with non-disabled peers under standard conditions without accommodations.

☒ Level III  (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☐ Level V  Portfolio:

☐ Level II  (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ Level IV  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

☒ Reading
☒ Mathematics
☒ Written Expression
☐ Other

☐ Physical/Sensory
☒ Social Emotional
☐ Physical Development

☒ Transition
☐ Vocational
☐ Independent Living
☒ Speech/Language

### Modifications:
☐ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

☐ None    Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
| --- | --- | --- |
| In Gen Education setting | Accept | Inability to acquire Carnegie Units |
| Out of Gen. Education setting | Reject | Time Away from "non"-disabled peers |

Modification(s)/Accommodation(s) to address the harmful effects:

Provision of Parallel Inst

Location for Services FFCA

Kendell Nesbith
734 7054    DOB  11/1/84

Managing School  Friendship-Edison (PCH)
Attending School  Friendship-Edison
(TECH)

DCPS - TRANSITION
SERVICES PLAN
PAGE 2 OF 2

: 1/7/04

| ...ion Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| ...ring Skills<br>...not needed, provide | Participation in Personal management workshop/Activities which focus on health + hygiene + social Life Skills | Friendship Edison pcs |
| ...ial Vocational<br>...on<br>...ct needed, provide | Participation + review of a [vocational/career Evaluation | Friendship-Edison pcs |

| Exit Category (check one) | High School Diploma Status | | Projected Exit Date (M/D/Y) |
|---|---|---|---|
| ...gh School Diploma | 205.0 | # Credits Earned toward graduation | 6/04 |
| ...chool Certificate at age 21 | | | |
| ...chool Certificate prior to age 21 | | # Community Service Hours Completed | |

| ...Requirements | Area | | Date Taken / Score Received |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

...ny other agencies likely to be responsible for providing or paying for specific transition services.

...ples of Agency Linkages Needed for Transition
   Rehabilitation Services Administration (RSA)
   Mental Retardation and Developmental Disabilities Administration (MRDDA)
   Commission on Mental Health Services (CMES)
   UDC or other higher education institutions

| Agency Representative/<br>Telephone Number | Purpose of Contact | Date |
|---|---|---|
| ...l. Intra Darlene Gripper<br>...M.N.:   Telephone No: 202 442-8469 | post-secondary planning | 1/04 |
| Telephone No.: | | |
| Telephone No.: | | |
| Telephone No.: | | |

Schools    07-02-2001    Division of Special Education    IEP Attachment C  Transition Services Plan  Page 2 of 2

| Student Name | Kendall Nesbitt | Managing School | Friendship-Edison (FECA) | DCPS – TRANSITION SERVICES PLAN |
|---|---|---|---|---|
| Student ID Number | 734 7054 | DOB 11/1/84 | Attending School Friendship-Edison (FECA) | PAGE 1 OF 2 |

Date Developed: 1-7-04

## DCPS TRANSITION SERVICES PLAN

Note: The MDT determines if the IEP must include a statement of transition service needs which focuses on the Courses of study if the student will turn 14 during the implementation of the IEP. Furthermore, the MDT must include a detailed transition plan for a student who will turn 16 during the implementation of the IEP.

I. *Record student's post-secondary goals and interests.*

Employment: Kendall would like to work in an area of interest. Training for this to become part...

Community Participation: Kendall would like to satisfy community service requirement upon completion (high school).

Post-Secondary Education and Training: Kendall would like to pursue training in Easton Cosmetology to get...

Independent Living: Kendall would like to live off home with parents or guardians.

II. *Courses of study leading to student's post-high school goals.*

| Grade or School Year | Courses of Study |
|---|---|
| 2003-2004 | Career Exploration - Job-Seeking Skills Training |
| | Vocational Career School (Identification + Application) |
| | |
| | |
| | |

III. **Transition Services Needed.**
Evaluate the student's present level of performance in the following areas: Academic, Career Courses, Community-based Training, Supported or Competitive Employment, Communication, Independent Living Skills, Community Travel, Transportation, Employability Skills, Social Skills, Community Resources, Educational, Financial, Career Training, Community-Based Instruction, Skill/Trade Training, Vocational, or Social Relationships.

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| Employment. If service is not needed, provide explanation. | Job-Seeking / Development Skills Training | Friendship Edison pcs |
| Community Participation. If service is not needed, provide explanation. | Development of a Plan for completion and verification of community service hours | Friendship Edison pcs |
| Post-Secondary Education and Training. If service is not needed, provide explanation. | Student Investigation + Application of post-secondary Vocational/Career training programs | Friendship Edison pcs |
| Independent and Adult Living. If service is not needed, provide explanation. | Student will develop Self-Advocacy and independent living skills necessary for him to live as an adult | |

District of Columbia Public Schools    07-02-2001   Division of Special Education  IEP Attachment C  Transition Services Plan  Page 1 of 2

| Student Name _Kendall Nesbit_ | Managing School _Friendship-Edison_ (TECH) | DCPS - TRANSITION SERVICES PLAN PAGE 2 OF 2 |
| Student ID Number _7347054_   DOB _11/1/84_ | Attending School _Friendship Edison_ (TECH) | |

Date Developed: _1/7/04_

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| **Daily Living Skills** If service is not needed, provide explanation. | participation in Personal management workshop/activities with focus on health + hygiene + social life skills | Friendship Edison pcs |
| **Functional Vocational Evaluation** If service is not needed, provide explanation. | participation + review of a vocational / career evaluation | Friendship-Edison pcs |
| **Other** | | |

IV.

| Projected Exit Category (check one) | | High School Diploma Status | | Projected Exit Date (M/D/Y) |
|---|---|---|---|---|
| ✓ | DC High School Diploma | 2050 | # Credits Earned toward graduation | 6/04 |
| | High School Certificate at age 21 | | | |
| | High School Certificate prior to age 21 | | # Community Service Hours Completed | |

| State Test Requirements | Area | Date Taken / Score Received |
|---|---|---|
| | | |
| | | |
| | | |

**V.** *Identify any other agencies likely to be responsible for providing or paying for specific transition services.*

Examples of Agency Linkages Needed for Transition
- Rehabilitation Services Administration (RSA)
- Mental Retardation and Developmental Disabilities Administration (MRDDA)
- Commission on Mental Health Services (CMES)
- UDC or other higher education institutions

| Agency | Agency Representative/ Telephone Number | Purpose of Contact | Date |
|---|---|---|---|
| D.C. Rehabilitation Services Admin. | Darlene Cooper Telephone No. 202 442-8469 | post-secondary planning | 1/04 |
| | Telephone No.: | | |
| | Telephone No.: | | |
| | Telephone No.: | | |

JUN 29 04 08:49A

82

P.30



Friendship Edison Collegiate
Public Charter School   Community Vision... World Class Education
Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

I Nesbitt          SCHOOL FECA          DATE 1/8/04

| ANT | PARTICIPANTS (Sign Name) | DISCIPLINE |
|---|---|---|
| ν MSCC-SLP | *Beth Millner* MSCC-SLP | Sp. Pathologist |
| S | | General Ed. Teacher |
| _ith Sr. | | Transition Coordinator |
| S | | SPECIAL Education Teacher |
| _ | Kya Evans | School Psychologist |

① agreed to carry over the goals from Kendall's because those goals were not mastered. The social-emotional, speech-language, and transition presented and agreed upon by the team. _m agreed to the following special education and related services:

_ hours specialized instruction a week
hour Speech-language services a week
hour Counseling services a week

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)          Page: 1 of 2
CONTINUATION MEETING NOTES
MEETING TYPE: MDT

STUDENT: Kendall Nesbitt                    DATE OF BIRTH: 11/1/84
SCHOOL FECA                                DATE: 1/8/04

The meeting began with introductions. This meeting serves
as the third attempt to develop Kendall's IEP for the 2003-
2004 school year. Parent and student are not present
at this meeting. Prior to meeting date, parent reported
she would not be in attendance but would allow Kendall
to attend his own meeting and make decisions in her
absence because he is over the age of 18. Because three
attempts have been made to conduct this meeting, the
meeting will continue and Kendall's IEP will be drafted.

Attendance

On 10/3/03, a meeting was held with Kendall, his mother,
and FECA to discuss Kendall's poor attendance record. At that
meeting, Kendall's teachers and case manager discussed the
negative impact Kendall's attendance is having on academics.
The team also discussed alternative options for Kendall (i.e.
beauty school, Job Corps, vocational school). A second meeting
was conducted on 10/14/03 to discuss Kendall's graduation options.
He had earned 20.5 credits up to that point. At that meeting
the team agreed Kendall would continue to work toward his
high school diploma.
    Kendall's attendance has not improved since October.
Currently Kendall has excessive absences in all of his classes.
Kendall did not respond to Mr. Smith's repeated attempts to
conduct career and vocational assessments.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)          Page: 2 of 2
CONTINUATION MEETING NOTES
MEETING TYPE: _MDT_

_Nesbit_ _____
_____ DATE OF BIRTH: _11/1/84_
_____ DATE: _1/8/04_

ndall has been excessively truant, is 19, and
a high school diploma, the team is recommend-
ill be referred to Job Corps. A second
by the team would be participation in PSA
Services Administration). Mr. Smith will follow
third recommendation by the team would be
an organization called City Year. Mr. Smith
up on that.

agrees that Kendall still qualifies for
ion services as a student with learning
cause of Kendall's excessive absenteeism,
mends that Kendall be transferred back

will be conducted with Kendall to address
ndall misses 10 consecutive days following this
al recommendation will be made to DCPS,
will be dropped from FECA's roll.

FORM
D

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

# MULTIDISCIPLINARY TEAM (MDT)
## MEETING NOTES/REEVALUATION SUMMARY REPORT
**REEVAL PREP** MEETING NOTES
**REVALUATION** MEETING NOTES
**ANNUAL REVIEW** MEETING NOTES
**IEP DEVELOPMENT** MEETING NOTES

## Section I.
STUDENT: Kendall Nesbitt   SCHOOL: FECA   DATE: 1/3/04

DATE OF LAST ELIGIBILITY DETERMINATION: _____

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| | | Student's Parent or Legal Guardian |
| | | LEA Representative |
| | | Special Education Teacher |
| TERRENCE G. GROMS | | General Education Teacher |
| | | Evaluator |
| Lya E. Lewis | | Others (i.e. Related Service Providers) |
| | | Others (i.e. ESL Teacher, etc.) |
| | | Others (i.e. Student, etc.) |
| Beth Wilkinson | MSCC-SLP | Others |
| Brian S. Smith Sr. | | Others TRANSitions Coordinator |

## Section II.

The Team Reviewed the following documentation:

Date of last Psychoeducational Assessment 9/22   Date of last Speech and Language Assessment 12/01
Date of last Clinical Assessment _____   Date of last Occupational Therapy Assessment _____
Date of last Physical Therapy Assessment _____   Date of last IEP _____
Date of last Education Assessment _____   Date of last Psychiatric Assessment _____
Date of last Vision Assessment _____   Date of last Audiological Assessment _____
Date of last Classroom Observation _____   Date of last Medical Assessment _____
Date of last Vocational Assessment _____   Other (specify): _____

For each assessment reviewed, each discipline specific provider/evaluator, must write a justification/summary of their findings.
**Psychologist Summary:**

**Clinical Psychologist Summary:**

**Speech and Language Pathologist Summary:**

**Occupational Therapist Summary:**

**Physical Therapist Summary:**

**Other Summary (Audiologist, Ophthalmologist, Psychiatrist, Health Care Provider, etc.):**

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   03-12-02   DIVISION OF SPECIAL EDUCATION – NON PUBLIC   MDT MEETING NOTES   APPENDIX A   PAGE 1

Teacher Summary:

Parent Comments:

## Section III.  TEAM DETERMINATION:
Based on the review of the documentation, the team determined that:

A) _____ Existing data is sufficient to determine
_____ that the student continues to have the same disability - _____
_____ that the student continues to need special education and related services

At this POINT, the team MUST move forward and complete the Reevaluation Meeting, the Annual Review and the Development of the IEP.

(1)  Discuss the progress the student has made over the course of the past year on the goals and objectives outlined in the IEP (Annual Review).

(2)  Discuss the development of the new IEP.  Be sure to include discussion about the LRE Service, LRE Setting and LRE Location (IEP Development Meeting).

(B) _____ Additional Assessments are Needed

Additional assessments need to be completed IF:
_____ There is a suspected change in the Disability
_____ There is a suspected change in the amount of services the student is receiving
_____ There is a suspected change in the setting in which the student will receive the services
_____ There is a suspected change in the location of where the student will be receiving services

At this POINT, the team MUST move forward and complete a Student Evaluation Plan (SEP) to determine which specific assessments need to be completed based on the documentation reviewed (only assess in the areas of suspected disability).

SUMMARY OF MEETING:
☐ EXISTING DATA IS SUFFICIENT *(DISCUSS WHAT DATA WAS REVIEWED IN THE CONTEXT OF THE MEETING NOTES)*
☐ EXISTING DATA IS INSUFFICIENT; ADDITIONAL ASSESSMENTS NEED TO BE ORDERED. *(Complete Student Evaluation Plan – SEP)*
☐ STUDENT CONTINUE TO BE ELIGIBLE FOR SPECIAL EDUCATION AND RELATED SERVICES
☐ STUDENT IS **NO LONGER** ELIGIBLE FOR SPECIAL EDUCATION AND RELATED SERVICES

Public Charter School · Community Vision...World Class Education
Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019

KN-03

DCPS - IEP Page 1 of 4
Additional Comments:

## I. IDENTIFICATION INFORMATION

## II. CURRENT INFORMATION

Student Name: Last **Nesbitt** First **Kendall** MI **J**

Student ID _____ Soc. Sec. No **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** Age **16** Grade **10**

Gender ☑ M ☐ F Date of Birth **11/11/84** Ethnic Group **African-American**

Address **1448 Kearney Street NE**
　Home No.　　Street Name　　　　　　　Quadrant　　Apartment #

☐ Non-Attending **Washington** **DC** **20017**
　　　　　　　　　　City　　　　　　　　State　　Zip Code

Attending School **PECH** Home School _____

☐ Elem. ☐ Mid/JHS ☑ SHS ☐ CWS

Parent **Rhonda Sims-Nesbitt**

Address of (if different from student): ☑ Parent ☐ Guardian ☐ Surrogate

Telephone: Home **(202) 635-0464** Work **703-648-8500**

| Date of IEP: | 9-23-02 |
| Date of Last IEP Meeting: | 4-17-01 |
| Date of Most Recent Eligibility Decision: | 9-23-02 |
| Purpose of IEP Conference: | |
| ☐ Initial IEP | ☑ Review of IEP |
| ☐ Requested Eval. | ☑ 3yr ReEval. |

Indicate Level of Standard Assessment ___

ADDENDA TO BE ATTACHED AS NEEDED
(Check the appropriate box(es))

| BEHAVIOR | | ☑ TRANSPORTATION |
| ESY | | ☑ TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | |
| Parent | English | English | English | |
| Home | English | English | English | |

To be completed by Office of Bilingual Education
English and Math Proficiency Assessment

| Oral | |
| Reg./Written | |
| Instrument | |
| Date | |

## IV. SPECIAL EDUCATION AND RELATD SERVICES SUMMARY

| SERVICES | SETTING | | | FREQUENCY | | PROVIDER | BEGINNING DATE | DURATION | |
|---|---|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./Min | D/W/M. | | Mm/dd/yyyy | # | wks/mos |
| Specialized Instruction | | 10hrs | 10hr. | Hrs. | W | Special/Gen. Ed. Teachers | 9/24/02 | 10 | mos. |
| Speech & Lang. Therapy | | 1.5 | 1.5 | Hrs. | W | Speech & Lang. Therapist | 9/24/02 | 10 | mos. |
| Psychological Counseling (Individual) | | .5hrs | .5hrs. | Hrs. | W | Counselor/Social worker | 9/24/02 | 10 | mos. |
| TOTAL | | | | Hours Per Week | | | | | |

## V. DISABILITY(ies)

**Learning Disabled**

**LD**

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20% ☑ 21-60% ☐ 61-100%
Percent of time NOT in a Regular Education Setting

## VI. IEP TEAM (Participants in the development of the IEP) Print and sign your name below.

_[signatures]_

I, AS THE IEP will (member) of this IEP, I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature _[signature]_ Date **9/23/02**

Division of Special Education Appendix A IEP Page 1 of 4

Ex 1-1

88

Public Charter School   Community Vision ...Wor...   ...ass Education
Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019

|  |  | DCPS – IEP Page 2 of 4 |
|---|---|---|

Student: **Kendall Nesbitt**   Managing School

Student ID Number: **7247052**   DOB **11/01/84**   Attending School: **C.G.C.W.**

Additional Comments:

### VII  Present Educational Performance Levels in Areas Affected by the Disability

Score(s) When Available

**Academic Areas: (Evaluator)** Dr. G. Graham, Ph.D.

**Math Strengths:**
Relative strengths were noted in short term memory for numbers.

| | |
|---|---|
| Math Cal. | 3.0 |
| Math. Rea. | 2.2 |

See goal page: 9/02

**Impact of disability on educational performance in general education curriculum:**
Kendall's disability continues to negatively impact his ability to access the general ed. curriculum without significant modifications.

| | |
|---|---|
| Date. | |
| Rdg. Com. | 3.6 |

**Reading Strengths:**
Kendall was able during testing to create stories and explain the steps to complete a task.

| | |
|---|---|
| Rdg. Basic | 3.1 |
| Written Ex. | 1.5 |

**Impact of disability on educational performance in general education curriculum:**
Kendall's weakness in reading skills is negatively impacted by his disability which impedes his ability to access the gen. ed. curriculum.

See goal page
Date.   9/02

**Communication (Speech & Language) (Evaluator)** Beth Wilkinson

Score(s) When Available

**Strengths:**
Strengths were noted in Kendall's ability to formulate sentences about a certain topic and recall sentences verbatim

| | |
|---|---|
| Exp. Lang. | 78 |
| Rec-Lang. | 50 |
| Artic | |
| Voice | |

**Impact of disability on educational performance in general education curriculum:**
Kendall exhibits difficulties with following directions using different concepts, comprehending word classes and word relationships, and assembling sentences out of words and word clusters.

| | |
|---|---|
| Fluency | |
| Exp. Voc. | |
| Rec. Voc. | |
| See goal page | |
| Date | 9/23/02 |

**Motor/Health (Evaluator)**

Score(s) Results When Available

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

See goal page
Date.

**Cognitive/Adaptive Behavior: (Evaluator)**

Score(s) When Available

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

See goal page
Date

Prevocational Skills: (Evaluator)

Score(s) When Available

Strengths:

Impact of disability on educational performance in general education curriculum:

See goal page
Date

Public Schools of the District of Columbia
Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019

| Student Kendall Nesbitt | Managing School |
| Student ID Number 2247052 | DOB 11/01/84   Attending School SECA |

Goal Number:

## VIII. SPECIALIZED SERVICES   Additional Comments

Area addressed by goal: __Reading__

ANNUAL GOAL: (including mastery criteria)

Kendall will demonstrate measurable growth over his present level of skill in reading with 80% mastery.

Provider(s): Special / Regular Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Kendall will identify the main idea in a passage with 80% accuracy. | | monthly |
| Kendall will answer literal questions give a current newspaper article with 80% accuracy. | | monthly |
| Kendall will read and correctly identify the sequence of events in a passage with 80% accuracy. | | monthly |
| Kendall will decode unfamiliar words using phonic skills with 80% accuracy. | | monthly |
| Kendall will use context clues to help understand a word with 80% accuracy | | monthly |

EVALUATION PROCEDURE(S)

Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019

| Student: Kendall Nesbitt | | Managing School | |
|---|---|---|---|
| Student ID Number: 7247054 | DOB 11/01/94 | Attending School: F.S.E.A. | |

Goal Number: 1

## VIII. SPECIALIZED SERVICES

Additional Comments

Area addressed by goal: __Mathematics__

ANNUAL GOAL: (including mastery criteria)

Kendall will demonstrate measurable growth over his current level of skill with 80% mastery in the area of mathematics

Provider(s): Special / Regular Education Teachers

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Kendall will use place value and expanded notation to compare and order whole numbers to 1,000,000 and decimals through hundredths with 80% accuracy 4 out of 5 trials | | monthly |
| Kendall will add and subtract like fractions and mixed numbers with 80% accuracy 4 out of 5 trials. | | monthly |
| Kendall will solve one and two step problems using addition, subtraction, multiplication and division of whole numbers with 80% accuracy 4 out of 5 trials | | monthly |
| Kendall will solve simple inequalities and equations with 80% accuracy 4 out of 5 trials. | | monthly |
| Kendall will organize, display and compare data sets in a variety of ways to answer questions or test a hypothesis with 80% accuracy 4 out of 5 trials. | | monthly |

EVALUATION PROCEDURES

07-02-2001    Division of Special Education    Appendix A    IEP    Page 3 of 4

91

Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019

| Student: Kendall Nesbitt | Managing School: |
|---|---|
| Student ID Number 75-7034    DOB 11/01/94 | Attending School E.E.C.A |

## VIII. SPECIALIZED SERVICES

Additional Comments

Goal Number:

Area addressed by goal: Written Expression

ANNUAL GOAL: (including mastery criteria)

Kendall will demonstrate measurable growth over his present level of functioning in written expression with 80% accuracy.

Provider(s): Special / General Education Teachers

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Kendall will edit and revise written work, proofread for capitals, commas, punctuation and spelling with 80% accuracy. | | monthly |
| Kendall will use compound and complex sentences with 80% accuracy. | | monthly |
| Kendall will use the writing process to develop a variety of effective written products: (prewriting, drafting, revising, editing and publishing) with 80% accuracy | | monthly |
| Kendall will correctly use singular and plural forms of words with 80% accuracy | | monthly |
| | | |

EVALUATION PROCEDURE(S)

Public Charter School   Community Vision... World Class Education
Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019

| | | |
|---|---|---|
| Student ___Nose.tt Kendall___ | Managing School _____ | ___ZGH___ |
| Student ID Number _____ | DOB 11/01/94  Attending School ___ZGH___ | |

VIII. SPECIALIZED SERVICES         Additional Comments                                    Goal Number: ____

Area addressed by goal: ___Transition Services___

ANNUAL GOAL: (including mastery criteria)

Kendall will demonstrate increased career awareness by Mastery of 80 %.

Provider(s): ___Special Education / Regular Education Teachers___

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| The student will be able to identify skills and qualifications needed for selected occupations by listing 3 skills or qualifications for each given career 80% of the time. | | monthly |
| The student will list at least five places to find information on careers. | | monthly |
| The student will be able to identify personal interest, values, and abilities which influence career choices by linking one of each attribute to a career choice | | monthly |
| | | |
| | | |

93

Public Charter School Community Vision....World Class Education
Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019

| Studen: Kendall Nesbitt | | Managing School | |
|---|---|---|---|
| Student ID Number | DOB 11/1/84 | Attending School E.E.C.A | Goal Number: |

VIII. SPECIALIZED SERVICES        Additional Comments

Area addressed by goal: Communication/Vocabulary

ANNUAL GOAL: (including mastery criteria)

Kendall will use language to understand the interrelationship of words and concepts with 75% accuracy.

Provider(s): Speech Pathologist/Classroom Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| With mastery at the 75% criterion level.<br>Kendall will answer questions related to functions | | Quarterly |
| Kendall will recognize likenesses and differences of given objects | | Quarterly |
| Kendall will describe likenesses and differences of given objects | | Quarterly |
| Kendall will complete opposite analogies (e.g. ice is cold; fire is hot) | | Quarterly |
| Kendall will understand and use similies and metaphors (e.g. fly like a butterfly, sting like a bee) | | Quarterly |

EVALUATION PROCEDURES

PLSAS CHARTER School    Community Vision... World Class Education
Carter G. Woodson Campus
1095 Minnesota Avenue, NE
Washington, DC 20019

Student Kendall Nesbitt                          Managing School
                                    DOE 11/1/84    Attending School E.E.C.A
Student ID Number                                                    Goal Number:

VIII. SPECIALIZED SERVICES            Additional Comments

Area addressed by goal: Communication/Vocabulary

ANNUAL GOAL: (including mastery criteria)
Kendall will use appropriate vocabulary skills to communicate effectively in the classroom with 75% accuracy.

Provider(s): Speech Pathologist/Classroom Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| With mastery at the 75% criterion level, Kendall will use vocabulary for daily living skills | | Quarterly |
| Kendall will give the meanings of words, including homonyms (words with the same meanings and different spelling) and homographs (words that are spelled the same but have different meanings) | | Quarterly |
| Kendall will give definitions of words using appropriate detail | | Quarterly |
| Kendall will infer meanings of words/phrases from context | | Quarterly |
| Kendall will use phonetic strategies to decode unknown words | | Quarterly |

07-03-2001    Division of Special Education    Appendix A    IEP    Page 2 of

95

## DOCUMENTED LEVEL OF SERVICE (PERM)
Complete and attach to MDT/IEP meeting notes

School __F.E.C.A.__   Principal __Linette Adams__   Special Education Coordinator __W. Henry III__

Date _____   Case Manager _____   Technical Support Supervisor _____

Student __Kendall Nesbitt__   DOB __11/01/84__ Age __16__ Grade __10__ ID# __7347054__ SSN# _____

Parent __Monica Lester / Rhonda Sims__ Telephone (H __202-635-0464__   (W _____

Address __1470 Kearney Street__ __NE__ __Washington__ __DC__ __20017__
Street 1    Street 2    Quad  Apt. No.  City    State  Zip Code

REFERRAL SOURCE (Check) ☐ 120 Day   ☐ Reeval   ☐ HOD   ☐ SA   ☐ MA

☐ Nonpublic   ☐ Residential   ☐ Citywide   ☐ Courts   ☐ Local School   ☐ Other

Previous least restrictive environment (LRE Setting)

---

## JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|

- allowance of extra think time when awaiting oral response from student or expecting student to follow through with request
- preferential seating
- Break task into parts

| 3. DATA REQUIREMENTS | Yes | No |
|---|---|---|
| Current IEP | ☑ | ☐ |
| Signatures of required participants (MDT notes) | ☐ | |
| Intervention Behavior Plan | ☐ | |
| Copies of current class work and homework assignments | ☑ | |
| Medical Reports | ☐ | ☐ No |
| Clinical Reports | ☐ | ☐ No |
| Psychiatric Reports | ☐ | ☐ No |
| Medications | ☐ | |
| Attendance Record | ☐ | |
| Copies of most recent evaluation(s) | ☐ | |

| 4. Results of all intervention (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| student continues to make minimal progress towards the above accomodations | |

---

## 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | ☐ in general education classroom setting | ☑ general educators with consultation from special education staff | ☐ between 0% and 20% of service time |
| 2 | ☑ combination general education and resource classroom | ☑ combination of general educators, special educators and related service providers | ☐ between 21 % and 60% of service time |
| 3 | ☐ *out of general education classroom | ☐ special educators and related service providers | ☐ between 61 % and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.364) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

---

## LEVEL OF NEED

| ☐ LOW | ☑ MODERATE | ☐ HIGH |
|---|---|---|

Attention: Technical Support Supervisor / PERM Compliance Team

07-02-2001

Public Charter School
Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20019

DCPS – IEP
Page 4 of 4

Student _Kendall Nesbit_          Managing School: _FBCA_
Student ID Number _7247054_     DOB _11/01/82_  Attending School: _FBCA_

Additional Comments:

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can curricular modification , accommodation and/or supplemental aids and service be used for a LRE setting in regular education?     (Yes)   No

Explanation for removal out of regular education classroom:

_Student is significantly below grade level and requires intensive/ individualized instruction._

## X. Supplementary Aids and Services

| Classroom Needs | SETTING | | | FREQUENCY | | PROVIDER | BEGINNING DATE |
|---|---|---|---|---|---|---|---|
| (Do not name products or companies) | GenEd | SnEd | Total | Hr./Min | D/W/M | (by discipline) | (mm/dd/yyyy) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

None Needed

Check and list modifications and/or accommodations for testing:

Timing/Scheduling:  _Extended Time_
Setting:  _Small Group_
Presentation:
Response:
Equipment:  _Calculator_

## XI. STATE AND DISTRICT ASSESSMENTS:

| | | | |
|---|---|---|---|
| Level I | Tested with non-disabled peers under standard conditions without accommodations | Level II | (Describe accommodations for Level II) Tested under standard conditions with special accommodations |
| Level III ✓ | (Describe non-uniform conditions for Level III) Tested under non-standard conditions with permissible accommodations | Level IV | (Describe the alternative assessment) |
| Level V | Portfolio | | |

## XII. Areas Requiring Specialized Instruction and Related Services:

(Reading)                Physical/Sensory          Transition            Language Arts/English
(Mathematics)            Social Emotional          Vocational            Social Sciences
(Written Expression)     Physical Development      Independent Living    Biological & Physical Sciences
Other                                              Speech/Language       Fine Arts

None Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

Modifications:

## XII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATION | ACCEPT REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In Gen Ed Classroom 8/44 hrs | | |
| | | |
| | | |
| | | |

Location for Services     _FBCA_

District of Columbia Public Schools          Division of Special Education

Friendship Edison Collegiate
~~~~~~ ~~~~~~ School     Community Vision... World Class Education
Carter G. Woodson Campus
4095 Minnesota Avenue, NE
Washington, DC 20016

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT _Kendall Nesbitt_     SCHOOL _FECA_     DATE _9/23/08_

| PARTICIPANT | PARTICIPANTS (Sign Name) | DISCIPLINE |
|---|---|---|
| Wallace Henry III | _Wallace Henry III_ | Special Education Coordinator |
| Rhonda Simo-Nesbitt | _Rhonda Nesbitt_ | Parent |
| William H. Byrd, Ed | _Byrd MD_ | Psychologist |
| Aaron C. Donerson Jr | _Aaron Donerson_ | Special Education Teacher |
| Bentaru Mosele | _Bentaru Mosele_ | Social Work |
| Jennifer Smith | _Jennifer Smith_ | Social Studies Program |
| Ikeshia Turner | _Ikeshia Turner_ | Special Education Te. |
| Michael Cordell | _Michael Cordell_ | Principal, Upper School |

- meeting began w/ introductions, explanation of procedural safeguards and completion of meeting notes
- purpose of mtg is to review the re-evaluation reports for Kendall and reassess his current IEP. Dr. Byrd attended the meeting on behalf of Dr. Q. Graham.
- recommendations stated Kendall still presents as a LD student and recommended counseling to increase self confidence and self esteem. Student wears glasses and mother stated he refuses to wear them. Mother stated concern over the lack of progress show. Student is having difficulty with his own sexuality. Parent requested notification of problems as soon as possible. Mother will be meeting w/ Ms Mosley to develop ...

98

## DCPS TRANSITION SERVICES PLAN

Note:   The MDT determines if the IEP must include a statement of transition service needs which focuses on the courses of study if the student will turn 14 during the implementation of the IEP. Furthermore, the MDT must include a detailed transition plan for a student who will turn 16 during the implementation of the IEP.

*Record student's post-secondary goals and interests.*

Employment:

Community Participation:

Post-Secondary Education and Training:

Independent Living:

II.   *Courses of study leading to student's post-high school goals.*

| Grade or School Year | Courses of Study |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

III.   *Transition Services Needed. Evaluate the student's present level of performance in the following areas: Academic, Career Courses, Community-based Training, Supported or Competitive Employment, Communication, Independent Living Skills, Community Travel, Transportation, Employability Skills, Social Skills, Community Resources, Educational, Financial, Career Training, Community-based Instruction, Skill/Trade Training, Vocational, or Social Relationships.*

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| Employment: If service is not needed, provide explanation. | Student is aware of employment choices (Barbering) | Phelps CSHS |
| Community Participation If service is not needed, provide explanation | Student participant in summer employment | city of Washington, D.C. Employment Sers. |
| Post-Secondary Education and Training If service is not needed, provide explanation |  |  |
| Independent and Adult Living If service is not needed, provide explanation | Student will develop self-advocacy and independent living skills necessary for him to live as an adult |  |

99

| Transition Services | Coordinated Activities and Strategies | Agency Responsible |
|---|---|---|
| Daily Living Skills<br>If service is not needed, provide explanation. | Student needs support in daily living skills areas | school along with parents |
| Functional Vocational Evaluation<br>If service is not needed, provide explanation. | | |
| Other<br>If service is not needed, provide explanation. | | |

IV.

| Projected Exit Category *(check one)* | High School Diploma Status | Projected Exit Date *(M/D/Y)* |
|---|---|---|
| DC High School Diploma | # Credits Earned toward Graduation | |
| High School Certificate at age 21 | # Service Learning Hours Completed | |
| High School Certificate *prior* to age 21 | # Community Service Hours Completed | |

| State Test Requirements | Area | Date Taken/Score Received |
|---|---|---|
| | | |
| | | |
| | | |

V.  *Identify any other agencies likely to be responsible for providing or paying for specific transition services.*

Examples of Agency Linkages Needed for Transition
- Rehabilitation Services Administration (RSA)
- Mental Retardation and Developmental Disabilities Administration (MRDDA)
- Commission on Mental Health Services (CMHS)
- UDC or other higher education institutions

| Agency | Agency Representative | Method of Contact | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |