

# Law Office,
# Christopher N. Anwah, LLC

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)

Federal District Building
1010 Vermont Avenue, N.W.
 Suite 600
Washington, D.C.  20005
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: Lawoffcna@aol.com

June 24, 2004

**By Fax: (202) 396-8229**

Mr. Wallace R. Henry III
Special Education Coordinator
Friendship-Edison Collegiate Academy
4095 Minnesota Avenue, N.E.
Washington, D.C.  20019

        RE:   Kendall Nesbitt
        DOB:  11/01/84

Dear Mr. Henry:

Pursuant to our conversation on the above date, you informed me that you would provide the documentation to support your allegation that three (3) appointment dates were scheduled to evaluate Kendall for a clinical and a vocational assessment; however, that Kendall was unavailable for the evaluators to complete the evaluation process.  Therefore, I would like for you to fax a copy of that documentation to my office no later than Monday, June 28, 2004 by close of business, along with a copy of all notices sent to the parent requesting her to have Kendall available for testing.  If that documentation is not received in my office in a timely manner, my office will proceed to file a due process hearing request for the outstanding evaluations for Kendall.

Thank you for your immediate attention and cooperation regarding this matter.

Sincerely,

Annie R. Pressley, J.D.
Law Clerk for Christopher Anwah, Esq.
Attorney for Kendall Nesbitt

cc:    Client's file

151

May 29 03 11:16a                                        KN·2C

# Iweanoge & Anwah, P.A----------------- MDT
## Attorneys and Counselors at Law

CONSENT FOR EVALUATION - INITIAL OR REEVALUATION

Christopher N. Anwah (MD, DC, **CHECK ONE ONLY - INITIAL OR REEVALUATION** Federal District Building
Charles C. Iweanoge (MD, DC)                           1010 Vermont Avenue, N.W.
Olekanma Ekekwe (DC)                                    Suite 600
I.   **INITIAL EVALUATION CONSENT** ☐                   Washington, D.C. 20005
                                                        Phone: (202) 347-7026
      As a result of the review of the screening information at the MDT meeting Fax: (202) 347-7108
      it was determined in a MDT meeting that your child, _____ Email: LawoffAnI@aol.com
      is in need of a full and individual evaluation to assist us in developing the most appropriate educational
      **Admitted in Florida only** been provided a copy of the "Procedural Safeguards - Parental Rights" booklet. We
      would like to remind you at this time that:
      •   granting consent for this evaluation is a voluntary action on your part;
      •   this consent may be revoked at any time although the school district is required to take all
          necessary action to provide an appropriate program and may be required to initiate due
          process procedures to obtain consent; and
      •   by granting consent in writing, you are agreeing to the evaluation(s) in Section 111.

II.   **REEVALUATION** ☑

      The MDT received the following request for a reevaluation for _____
      by /for a:   ☑ parent request        ☐ teacher request        ☐ 3 year reevaluation
      The MDT will collect supportive documentation in the area of the disability to determine the need for
      continued special education and related services. The school is required to only evaluate in those areas of
      documented need or consensus of the MDT (parent is a member of team). Parents have the right to
      request assessments to determine if the child continues to be a child with a disability. DCPS may
      reevaluate your child, without your consent, if the school district can demonstrate that it has taken
      reasonable steps to get parental consent and the parent has not responded.
      •   granting consent for this evaluation is a voluntary action on your part;
      •   this consent may be revoked at any time although the school district is required to take all
          necessary action to provide a Free Appropriate Public Education program and may be
          required to initiate due process procedures to obtain consent; and
      •   by granting consent in writing, you are agreeing to the evaluation(s) on the student
          evaluation plan (SEP)

III.  I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the
      Student Evaluation Plan (attached ) for my child,   Kendall Nesbitt

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which
you will be invited) to determine if your child is eligible for special education and related services. The written reports of all
procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use
this information to determine an appropriate program for your child. If records are to be obtained/released as part of
this evaluation, the "Consent for Release of Records" form is completed and attached.
If you have questions or concerns at any time during the evaluation process, feel free to contact me
at  2 / 376 / 5500  (telephone number).

      ☐ INITIAL EVALUATION          ☑ REEVALUATION
                    Parent Response Section:

      ☐ I agree to the proposed evaluation(s)          ☐ I do NOT agree to the proposed evaluation(s)

_____                        ___5/29/03___
Parent/Guardian Signature                             Date

DCPS     DIVISION OF SPECIAL EDUCATION     07-02-2001     MDT - CONSENT FOR EVALUATION     APPENDIX -A

Kendall Nesbitt

JAN 17,2006  20:51

Model # Lexmark T100 Series

3016221566

| START TIME | SENT TO | PAGES | RESULT |
|------------|---------|-------|--------|
| 08:40P | 7037392323 | 57 | OK |

3016201566

JAN 17,2006  21:02                    Model # Lexmark 7100 Series

                                            PAGES              RESULT
START TIME       SENT TO                    -----              ------
----------       -------
                                              51               OK
08:53P           7037392323

2014202566

JAN 17,2006  20:25                   Model # Lexmark 7100 Series

START TIME         SENT TO                      PAGES              RESULT
-----              -------                      -----              ------

                                                  57                 OK
08:15P             2024429098

JAN 17,2006  20:36                    Model # Lexmark 7100 Series          3016221546

START TIME        SENT TO                          PAGES              RESULT
----------        -------                          -----              ------

05:25P           2024425397                          51                  OK



# LAW OFFICES OF
# CHRISTOPHER N. ANWAH, PLLC



Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
  (DC, MD, NJ)
Fatmata Barrie, Esq.
  (DC, FL)
Georgina A. Oladokun, Esq.
  (MD)
Tamika N. Jones, Esq.
  (DC)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwhafirm.com

## FACSIMILE COVER LETTER

**DATE:** 01/17/06

**TO:** Rashida Chapman, Esq./Paul Dalton, Esq.

**COMPANY:** OGC / Dalton, Dalton & Houston

**FAX NUMBER:** 202-442-5098/703-739-2323

**FROM:** Fatmata Barrie, Esq.

**RE:** Kendall Nesbit's 5-day

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET** ~~57~~ 52

**MESSAGE:** Part ~~IX~~ II

157

Law Offices
# DALTON, DALTON & HOUSTON, P.C.

1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703)-739-4300
Facsimile: (703)-739-2323
E-MAIL: DCSPEDLAW@AOL.COM

Washington DC. Office:
601 Pennsylvania Avenue, N.W.
South Building, Suite 900
Washington, DC 20004
Telephone: (202)-393-0060
Facsimile: (202)-393-1555

Paul S. Dalton*
Ellen Douglass Dalton*
William E. Houston+
Talib Abdus Shahid+
Laura E. Duos~
*ALSO ADMITTED IN D.C. & W.VA
+ ADMITTED IN D.C. & PA
~ADMITTED IN MD

January 16, 2006

**VIA FACSIMILE ONLY:** 202-626-0048

Ms. Fatmata Barrie, Esq.
Carpenter's Building
1003 K Street, NW
Washington, DC 20001

RE:    Kendall Nesbitt
DOB: 11/01/84

Dear Ms. Barrie:

A Due Process Hearing has been scheduled for Kendall Nesbitt on January 23, 2006, pursuant to 34 C.F.R. 300.509(b)(1). The purpose of this letter is to provide you with the following list of witnesses and documents we may rely on in the hearing.

## WITNESSES:

1.    Mr. Michael Cordell, Principal Upper School F.E.P.C.S.
2.    Mr. Wallace Henry, Academy Director F.E.P.C.S.
3.    Carlynn Ross, Special Education Coordinator
4.    Bronwan L. Millet, Clinical Psychologist
5.    Charlene Glymph, Director of Special Education, Friendship PCS
6.    Shanon Redman, Director, High Road Academy

**Some of the above witnesses may testify by telephone or use a designee.**

## DOCUMENTS

Edison 01 – Answer dated                                11/23/05

Edison 02 – Resolution Meeting Notes                    12/13/05

158

\* We reserve the right to examine any witnesses disclosed by DCPS or the PARENT as if they were witnesses for our client and the right to rely on all other documents in the possession or previously filed or filed in a 5 Day Disclosure filed by the District of Columbia Public Schools (DCPS) or the PARENT or presented at the DPH.

Sincerely,

Paul S. Dalton, Esq.

cc: Student Hearing Office
    DCPS Attorney-Advisor

STATE EDUCATION AGENCY FOR THE DISTRICT OF COLUMBIA STATE
ENFORCEMENT AND INVESTIGATION DIVISION (SEID)
SPECIAL EDUCATION PROGRAMS

Kendall Nesbitt                              )
                                             )
v.                                           )        November 23, 2005
                                             )
District of Columbia Public Schools ("DCPS") )
                                             )
and                                          )
                                             )
Friendship Edison PCS                        )

## Answer to Due Process Complaint

General Denial/Answer

Friendship Edison hereby submits its answer to the due process complaint filed
by Kendall Nesbitt.  Friendship Edison states the following pursuant to Individuals with
Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101
§615(c)(2)(B):

The student alleges a denial of FAPE based on Edison's failure to hold an MDT
meeting at High Roads and Edison's failure to provide compensatory education.  The
remaining allegation, the failure to hold a thirty day review at High Road , is solely
against DCPS and requires no response from Edison.  As relief the student requests
6,050 hours of compensatory education.  The student provides no basis for how these
hours were calculated.  The student also requests a vocational program.  Currently,
however, the student is placed in a private,  full-time special education program which
has a vocational component.  Given this set of facts the parent alleges the following
allegations against Friendship Edison:

1

-FEPCS 01

A.   Edison failed to hold timely hold the MDT meeting ordered by the August 12, 2005, HOD.  Furthermore, Edison has failed to provide compensatory education for Kendall.

The hearing convened on July 30, 2005.  While the HOD was issued in mid-August, neither Edison nor counsel for Edison received a copy of the HOD.  Counsel first learned of the existence of the HOD when he received a call from High Road Academy at the end of October requesting his presence at an MDT meeting the following day.  Having not seen the HOD, Edison could not adequately prepare for the meeting or attend the meeting.  Counsel for Edison did not actually receive a copy of the HOD until early November.  When Edison's counsel spoke with the student's counsel about scheduling the HOD ordered meeting she stated she was only calling about attorney's fees and that the meeting would have to be scheduled with the advocate.  A few days later this current hearing request was filed.

The HOD also orders High Road to provide monthly progress reports and attendance reports.  Counsel for Edison requests we be given access to these reports as they would be helpful in determining what kind of progress Kendall has made in his new placement.  These reports would also be helpful in determining what services would best aid Kendall at this point in his education.

Unfortunately for all parties involved, Edison did not receive the HOD in a timely manner.  This has been an ongoing issue with the Student Hearing Office.  Our office has made several attempts to make the hearing office aware of the different charter schools we represent; however, there are still a number of cases where we have not

2

161

received the HOD's in a timely manner, if at all.   Edison has sent a letter to student's counsel proposing three dates for a resolution meeting.  We hope the outstanding issues can be resolved at this meeting.

**Relief:**

The student requests over 6,000 hours of compensatory education without citing any method of calculating these hours.  Edison is willing to meet with the student and his current teachers to determine what additional areas in which the student needs services. As stated in *Reid v. D.C.* there is no specific formula which can be applied to compensatory education, and there is no obligation to provide day for day compensation.  401 F.3d 516 (D.C. Cir. 2005)  The team must meet and decide what services can be calculated to provide additional educational benefit the student is not currently receiving.  Given the pending holidays, Edison has proposed November 30th, December 1st and December 2nd as possible dates for a resolution meeting.

Edison denies that there is a current denial of FAPE based on this hearing request.  Edison cannot be held accountable for actions ordered in an HOD it never received.  Regardless, at this point Edison is making a good-faith effort to convene the outstanding meeting as soon as possible.

Respectfully submitted,

Paul S. Dalton, Esq.
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
703-739-4300
703-642-2323 – fax

3

162

Transaction Result Report Report Memory TX    Nov 22 2005 11:48am

Dalton, Dalton & Houston

Date Time: Nov.22. 2005 11:47AM

| # No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|-------|------|-------------|-------|--------|---------------|
| 343 | Memory TX | OGC 202-442-5098 | P. 4 | OK | |

Reason for error
E.1) Hang up or line fail
E.3) No answer
E.2) Busy
E.4) No facsimile connection

**FAX TRANSMISSION COVER SHEET**
Dalton, Dalton & Houston P.C.
Attorneys at Law
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
FAX (703) 739-2323

DATE:    November 22, 2005

TO:    OGC

AT FAX:    202-442-5098

FROM:    Paul S. Dalton, Esq.

RE:    Kendall Nesbit Answer

NUMBER OF PAGES INCLUDING THIS PAGE: 4

ADDITIONAL INFORMATION:

PLEASE DELIVER ASAP.

*********************************************************
THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECI-
PIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNI-
CATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELE-
PHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE
ABOVE ADDRESS.
*********************************************************

163

Transmission Result Report(Memory TX)      Nov. 22  2005  11:01AM

| No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|-----|------|-------------|-------|--------|---------------|
| 942 | Memory TX | SHO 202-442-5556 | P. 4 | OK | |

Reason for error
  E.1) Hang up or line fail          E.2) Busy
  E.3) No answer                     E.4) No facsimile connection

---

**FAX TRANSMISSION COVER SHEET**
Dalton, Dalton & Houston P.C.
Attorneys at Law
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
FAX (703) 739-2323

DATE:        November 22, 2005

TO:          Sharon Newsome

AT FAX:      202-442-5556

FROM:        Paul S. Dalton, Esq.

RE:          Kendall Nesbitt: Answer

NUMBER OF PAGES INCLUDING THIS PAGE:   4
ADDITIONAL INFORMATION:

PLEASE DELIVER ASAP.

THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS.

Tranch on or Resu't Report Memory TX    Nov 2? 2005 11:13AM

ne Time: Nov 22, 2005 11:13AM

| e      | Mode | Destination | Pg(s) | Resu't | Page Not Sent |
|--------|------|-------------|-------|--------|---------------|
| 143 Memory TX | | 2026260048 | P. 4 | OK | |

Reason for error
E.1) Hang up or line fail          E.2) Busy
E.3) No answer                     E.4) No facsimile connection

**FAX TRANSMISSION COVER SHEET**
Dalton, Dalton & Houston P.C.
Attorneys at Law
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
FAX (703) 739-2323

DATE:    November 22, 2005

TO:    Ms. Fatmata Barrie, Esq.

AT FAX:    202-626-0048

FROM:    Paul S. Dalton, Esq.

RE:    Kendall Nesbitt Answer

NUMBER OF PAGES INCLUDING THIS PAGE: 4

ADDITIONAL INFORMATION:

PLEASE DELIVER ASAP.

********************************************
THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECI-
PIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNI-
CATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELE-
PHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE
ABOVE ADDRESS.
********************************************

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MI

MDT REFERRAL DATE: _____          MEETING DATE: 11/13/05

STUDENT: Kendall Nesbitt                    SCHOOL: High Road Academy

PARTICIPANTS: (Print Name)        PARTICIPANTS: (Sign Name)        POSITION

| Maiyina M Cross | Carla Ricco | FECA Sp Ed Coordinator |
| Sharon Redman | Sharon Redman | Director |
| Annie R. Pressley | Annie R. Pressley | Edu Advocate |
| Rhoda Simms (Kendall Nesbitt) | Parent + Student | |
| Jessica Smith, Esq. | Jessica Smith | Atty for F.E. |

Team introductions were made. Parents rights manual was provided
to the parents advocate. The purpose of the resolution meeting
was shared : to address the complaint filed by the parent / advocate,
on November 14, 2005. A DCPS representative was not in
attendance.

Reasons for the Complaint:
① FECA did not adhere to the HOD issued in August, 2005.
  - FECA shared that this HOD was not received until
     November 18, 2005 & it was not received by the schools
     attorney until October 6, 2005. The advocate shared
     that the attorney attending the hearing should have

THE PARENT ☐ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT _____

☐ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

**FEPCS 02**

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____     MULTIDISCIPLINARY TEAM (MDT)     Page: 3 of 4
                                CONTINUATION MEETING NOTES
                                MEETING TYPE: Resolution

STUDENT: Kendall Nesbitt    SCHOOL: _____    DATE: _____

hours is incorrect. The hours were added w/ 27.50 hours per
day not per week on a 18 month school program. In correcting
the formula, the hours asked for should reflect the following:

    27.5 hours per week x 40 school weeks = 1,100 for
        1 school year

    1,100 x 3 school years = 3300 the parent should have
    requested.

The advocate shared that she will not change the request
from 2050 to 3300. For approval, the advocate shared
that she would adjust the request to 3300. If FECA agrees
to fund 3300 of compensatory education. FECA will not
agree to fund 3,300 hours of compensatory education, therefore
the advocates request remains 2050 hours. The advocate,
further shared, that the provision of compensatory education
should begin @ the completion of HKA's program, which is
estimated to be in June of 2006 with a high school
diploma.

Kendall continues to display interest in fashion/design.
Should a vocational program be utilized as a component
for Kendall's compensatory education, both parties agree
for a vocational program in an area of interest for
Kendall.

FECA & the parents advocate could not agree on the
amount of compensatory education hours; therefore

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: _Resolution_

Page 4 of 4

STUDENT: Kendell Nesbitt    SCHOOL: _____    DATE: _____

the parents advocate will proceed directly to a due process hearing.
The advocate also requested payment for attorneys fees. No specific amount was provided. FECA will not agree to pay the parent advocates fees at this time.

C. i) CPS to meet w/ HRA
FECA was not addressed on the complaint, only against DCPS.

Copies of the following documents was provided to the team members
① answer submitted by FECA
② Letter of Invitation / Confirmation for 10/13/05 meeting
③ Meeting Notes for meeting on 10/13/05
  ** meeting was held on 10/13/05 **
④ Kendalls attendance report.

STATE EDUCATION AGENCY
SPECIAL EDUCATION
DISTRICT OF COLUMBIA PUBLIC SCHOOLS AND CHARTER SCHOOLS
825 North Capitol Street, N.E.
Washington, D.C. 20002-4232


Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT


I, ___KENDALL NESBIT / Rhonda Simms___, received a copy of *A Procedural*
(Parent/Guardian Name)

*Manual for Parents* from ___Carlynn M. Ross___ /Title ___FECA Sp Ed Coord.___
(Person Issuing ~~Document~~)

at ___Hill Road Academy___
(School)


___12___ / ___13___ / ___05___
(Date)


___Rhonda Simms / Kendall Nesbitt___
Parent/Guardian Signature


(This receipt is to remain in a designated file in the school.)

18

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____     MULTIDISCIPLINARY TEAM (MDT)      Page: 2 of 4
                                 CONTINUATION MEETING NOTES
                                 MEETING TYPE: Resolution

STUDENT: Kendall Nesbitt     SCHOOL: High Road Acd     DATE: 12/15/05

Notified the school regarding the status of the August hearing determination. FECA shared that w/o proper & timely notice of the August 2005 HOD, they were unable to respond in accordance w/ the order.

In terms of participation w/ the 10/17/05 meeting held @ High Road Academy, FECA shared that no notice was provided by High Road Academy, DCPS or the parents attorney regarding this meeting. Per the meeting notes dated 10/17/05, the school (HRA) indicated they contacted the schools attorney (Dalton) on the meeting date for FECA participation. A letter of invitation, dated 9/28/05, was sent from HRA to DCPS & the parents attorney. No notice was submitted to FECA regarding this meeting. The parents advocate & HRA shared that it was DCPS' responsibility to notify FECA.

B. Compensatory Education.
The advocate shared that comp. ed. is owed due to Kendall being below basic on standardized testing as well as being 4-5 grade levels below his peers academically. From the August HOD, FECA is to develop a compensatory Education Plan. Per the October, 2005 meeting, the MDT determined that Kendall is owed 2,050 hours of compensatory education, which may be based on a 12- month academic program. Per review by FECA, it was discussed that the data used to calculate the comp ed

170

# FAX TRANSMISSION COVER SHEET
### Dalton, Dalton & Houston P.C.
### Attorneys at Law
### 1008 Pendleton Street
### Alexandria, Virginia 22314
### (703) 739-4300
### FAX (703) 739-2323

DATE:     January 16, 2006

TO:       Sharon Newsome

AT FAX:   202-442-5556

FROM:     Paul S. Dalton, Esq.

RE:       Kendall Nesbitt 5-day

NUMBER OF PAGES INCLUDING THIS PAGE: 14

ADDITIONAL INFORMATION:

---

**PLEASE DELIVER ASAP.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE.**

**IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Law Offices
## DALTON, DALTON & HOUSTON, P.C.

1008 Pendleton Street
Alexandria, Virginia 22314-1837
Telephone: (703)-739-4300
Facsimile: (703)-739-2323
E-MAIL: DCSPEDLAW@AOL.COM

Paul S. Dalton*
Ellen Douglass Dalton*
William E. Houston+
Talib Abdus Shahid+
Laura E. Duos~
*ALSO ADMITTED IN D.C. & W.VA
+ ADMITTED IN D.C. & PA
~ADMITTED IN MD

Washington DC. Office:
601 Pennsylvania Avenue, N.W.
South Building,  Suite 900
Washington, DC 20004
Telephone: (202)-393-0060
Facsimile: (202)-393-1555

January 16, 2006

**VIA FACSIMILE ONLY:** 202-626-0048

Ms. Fatmata Barrie, Esq.
Carpenter's Building
1003 K Street, NW
Washington, DC 20001

                        RE:    Kendall Nesbitt
                               DOB: 11/01/84

Dear Ms.  Barrie:

        A Due Process Hearing has been scheduled for Kendall Nesbitt on January 23, 2006, pursuant to 34 C.F.R. 300.509(b)(1).  The purpose of this letter is to provide you with the following list of witnesses and documents we may rely on in the hearing.

### WITNESSES:

1.    Mr. Michael Cordell, Principal Upper School F.E.P.C.S.
2.    Mr. Wallace Henry, Academy Director F.E.P.C.S.
3.    Carlynn Ross, Special Education Coordinator
4.    Bronwan L. Millet, Clinical Psychologist
5.    Charlene Glymph, Director of Special Education, Friendship PCS
6.    Shanon Redman, Director, High Road Academy


**Some of the above witnesses may testify by telephone or use a designee.**


### DOCUMENTS

Edison 01 —  Answer dated                          11/23/05

Edison 02 —  Resolution Meeting Notes              12/13/05

\* We reserve the right to examine any witnesses disclosed by DCPS or the PARENT as if they were witnesses for our client and the right to rely on all other documents in the possession or previously filed or filed in a 5 Day Disclosure filed by the District of Columbia Public Schools (DCPS) or the PARENT or presented at the DPH.

Sincerely,

Paul S. Dalton, Esq.

cc: Student Hearing Office
    DCPS Attorney-Advisor

173

STATE EDUCATION AGENCY FOR THE DISTRICT OF COLUMBIA STATE
ENFORCEMENT AND INVESTIGATION DIVISION (SEID)
SPECIAL EDUCATION PROGRAMS

| | |
|---|---|
| Kendall Nesbitt | ) |
| | ) |
| | ) |
| v. | ) |
| | ) November 23, 2005 |
| District of Columbia Public Schools ("DCPS") | ) |
| | ) |
| and | ) |
| | ) |
| Friendship Edison PCS | ) |

### Answer to Due Process Complaint

General Denial/Answer

Friendship Edison hereby submits its answer to the due process complaint filed

by Kendall Nesbitt. Friendship Edison states the following pursuant to Individuals with

Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101

§615(c)(2)(B):

The student alleges a denial of FAPE based on Edison's failure to hold an MDT

meeting at High Roads and Edison's failure to provide compensatory education. The

remaining allegation, the failure to hold a thirty day review at High Road , is solely

against DCPS and requires no response from Edison. As relief the student requests

6,050 hours of compensatory education. The student provides no basis for how these

hours were calculated. The student also requests a vocational program. Currently,

however, the student is placed in a private, full-time special education program which

has a vocational component. Given this set of facts the parent alleges the following

allegations against Friendship Edison:

1

-FEPCS 01

174

A.    Edison failed to hold timely hold the **MDT** meeting ordered by the August 12, 2005, HOD. Furthermore, Edison has failed to provide compensatory education for Kendall.

The hearing convened on July 30, 2005  While the HOD was issued in mid-August, neither Edison nor counsel for Edison received a copy of the HOD  Counsel first learned of the existence of the HOD when he received a call from High Road Academy at the end of October requesting his presence at an MDT meeting the following day.  Having not seen the HOD, Edison could not adequately prepare for the meeting or attend the meeting.  Counsel for Edison did not actually receive a copy of the HOD until early November.  When Edison's counsel spoke with the student's counsel about scheduling the HOD ordered meeting she stated she was only calling about attorney's fees and that the meeting would have to be scheduled with the advocate.  A few days later this current hearing request was filed.

The HOD also orders High Road to provide monthly progress reports and attendance reports.  Counsel for Edison requests we be given access to these reports as they would be helpful in determining what kind of progress Kendall has made in his new placement.  These reports would also be helpful in determining what services would best aid Kendall at this point in his education.

Unfortunately for all parties involved, Edison did not receive the HOD in a timely manner.  This has been an ongoing issue with the Student Hearing Office.  Our office has made several attempts to make the hearing office aware of the different charter schools we represent; however, there are still a number of cases where we have not

2

received the HOD's in a timely manner, if at all.  Edison has sent a letter to student's
counsel proposing three dates for a resolution meeting.  We hope the outstanding
issues can be resolved at this meeting.

**Relief:**

The student requests over 6,000 hours of compensatory education without citing
any method of calculating these hours.  Edison is willing to meet with the student and his
current teachers to determine what additional areas in which the student needs services.
As stated in *Reid v. D.C.* there is no specific formula which can be applied to
compensatory education, and there is no obligation to provide day for day
compensation.  401 F.3d 516 (D.C. Cir. 2005)  The team must meet and decide what
services can be calculated to provide additional educational benefit the student is not
currently receiving.  Given the pending holidays, Edison has proposed November 30th,
December 1st and December 2nd as possible dates for a resolution meeting.

Edison denies that there is a current denial of FAPE based on this hearing
request.  Edison cannot be held accountable for actions ordered in an HOD it never
received.  Regardless, at this point Edison is making a good-faith effort to convene the
outstanding meeting as soon as possible.

Respectfully submitted,

Paul S. Dalton, Esq.
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
703-739-4300
703-642-2323 – fax

3

176

Jan 12, 2006 11:06AM    Dalton, Dalton & Houston

\*  \*  \* Transmission Result Report(Memory TX) ( Nov 23, 2005 11:11AM ) \*  \*  \*
                                                                    1) Dalton, Dalton & Houston
                                                                    2)

Date/Time: Nov 23 2005 11:11AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 6941 | Memory TX | OGC 202-442-5098 | P 4 | OK | |

Reason for error
    E.1) Hang up or line fail              E.2) Busy
    E.3) No antwer                         E.4) No facsimile connection

FAX TRANSMISSION COVER SHEET
Dalton, Dalton & Houston P.C.
Attorneys at Law
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
FAX (703) 739-2323

DATE:        November 22, 2005

TO:          OGC

AT FAX:      202-442-5098

FROM:        Paul S. Dalton, Esq.

RE:          Kendall Nesbitt Answer

NUMBER OF PAGES INCLUDING THIS PAGE: 4

ADDITIONAL INFORMATION:

_____

PLEASE DELIVER ASAP.
*************************************************************
THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECI-
PIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNI-
CATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELE-
PHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE
ABOVE ADDRESS.
*************************************************************

177

Jan 15, 2006 11:06AM   Dalton Dalton & Houston                    No.6133   P. 8

P. 1

*  *  *  Transmission Result Report (Memory TX)  ( Nov 23  2005 11:13AM )  *  *  *

1) Dalton  Dalton & Houston
2)

Date/Time: Nov 23  2005 11:11AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 6942 | Memory TX | SHO 202-442-5556 | P  4 | OK | |

------------------------------------------------------------------------

Reason for error
E.1) Hang up or line fail                    E.2) Busy
E.3) No answer                               E.4) No facsimile connection

**FAX TRANSMISSION COVER SHEET**
Dalton, Dalton & Houston P.C.
Attorneys at Law
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
FAX (703) 739-2323

DATE:      November 22, 2005

TO:        Sharon Newsome

AT FAX:    202-442-5556

FROM:      Paul S. Dalton, Esq.

RE:        Kendall Nesbitt Answer

NUMBER OF PAGES INCLUDING THIS PAGE:  4
ADDITIONAL INFORMATION:

PLEASE DELIVER ASAP.
************************************************************
THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECI-
PIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNI-
CATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELE-
PHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE
ABOVE ADDRESS.
************************************************************

* * * Transmission Result Report(Memory TX) ( Nov 23. 2005 11:54AM ) * * *

1) Dalton  Dalton & Houston
2)

Date/Time: Nov 23  2005 11:13AM

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 6943 Memory TX | 2026260048 | P  4 | OK | |

```
Reason for error
    E.1) Hang up or line fail          E.2) Busy
    E.3) No answer                     E.4) No facsimile connection
```

FAX TRANSMISSION COVER SHEET
Dalton, Dalton & Houston P.C.
Attorneys at Law
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300
FAX (703) 739-2323

DATE:       November 22, 2005

TO:         Ms. Naomate Barrie, Esq.

AT FAX:     202-626-0048

FROM:       Paul S. Dalton, Esq.

RE:         Kendall Nesbitt Answer

NUMBER OF PAGES INCLUDING THIS PAGE: 4

ADDITIONAL INFORMATION:

_____

PLEASE DELIVER ASAP.

*****************************************************************
THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE
PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND
ATTORNEY WORK PRODUCT DOCTRINE.

IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECI-
PIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS
STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNI-
CATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELE-
PHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE
ABOVE ADDRESS.
*****************************************************************

179

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

| MDT | |

MDT REFERRAL DATE: _____    MEETING DATE: 12/13/05

STUDENT: Kendall Nesbitt    SCHOOL: High Road Academy

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Maiyna McRass | Calgary Rass | FECA Sp. Ed. Coordinator |
| Sharon Redman | Sharon Redman | Director |
| Annie R. Pressley | Annie R. Pressley | Edu. Advocate |
| Rhonda Simms / Kendall Nesbitt | Kendall Nesbitt | PARENT + STUDENT |
| Jessica Smith, Esq. | Jessica Smith | Atty for F.E. |

Team introductions were made. Parents rights manual was provided to the parents advocate. The purpose of the resolution meeting was shared to address the complaint filed by the parent / advocate, on November 14, 2005. A DCPS representative was not in attendance

Reasons for the Complaint
① FECA did not adhere to the HOD issued in August, 2005.
- FECA shared that this HOD was not received until November 18, 2005 & it was not received by the schools attorney until October 51, 2005. The advocate shared that the attorney attending the hearing should have

THE PARENT ☐ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT_____

☐ CONTINUES TO BE ELIGIBLE FOR SPECIAL EDUCATION

☐ IS TO BE EXITED FROM SPECIAL EDUCATION

**FEPCS 02**

180

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____    MULTIDISCIPLINARY TEAM (MDT)    Page: 2 of 4
                                    CONTINUATION MEETING NOTES
                                    MEETING TYPE: Resolution

STUDENT: Kendall Nesbitt    SCHOOL: High Road Acad.    DATE: 18/15/05

inquired the school regarding the status of the August hearing determination. FECA shared that w/o proper & timely notice of the August 2005 HOD, they were unable to respond in accordance w/ the order.

In terms of participation w/ the 10/17/05 meeting held @ High Road Academy, FECA shared that no notice was provided by High Road Academy, DCPS or the parents attorney regarding this meeting (Per the meeting notes, dated 10/17/05, the school (HRA) indicated they contacted the school's attorney (Dalton) on the meeting date for FECA participation. A letter of invitation, dated 9/26/05, was sent from HRA to DCPS & the parents attorney. No notice was submitted to FECA regarding this meeting. The parents advocate & HRA shared that it was DCPS' responsibility to notify FECA.

B. Compensatory Education.
The advocate shared that comp ed is owed due to Kendall being below bas basic on standardized testing as well as being 4-5 grade levels below his peers academically. From the August HOD, FECA is to develop a compensatory Education Plan. Per the October, 2005 meeting, the MDT determined that Kendall is owed 2,050 hours of compensatory education, which may be based on a 18-month academic program. Per review by FECA, it was discussed that the data used to calculate the comp ed

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____     MULTIDISCIPLINARY TEAM (MDT)     Page: 3 of 4
                                     CONTINUATION MEETING NOTES
                                     MEETING TYPE: ( Resolution )

STUDENT: Kendall Nesbitt     SCHOOL: _____     DATE: _____

hours is incorrect. The hours were added w/ 87.50 hours per day not per week on a 12 month school program. When correcting the formula, the hours asked for should reflect the following:

     27.5 hours per week x 40 school weeks = 1,100 for 1 school year

     1,100 x 3 school years = 3300 the parent should have requested

The advocate shared that she will not change the request from 2050 to 3300. Per approval, the advocate shared that she would adjust the request to 3300 if FECA agrees to fund 3300 of compensatory education. FECA wasn't agree to fund 3,300 hours of compensatory education, therefore the advocates request remains 2050 hours. The advocate, further shared, that the provision of compensatory education should begin @ the completion of HRA's program, which is estimated to be in June of 2006 with a high school diploma.

Kendall continues to display interest in fashion/design. Should a vocational program be selected as a component for Kendall's compensatory education, both parties agree for a vocational program in an area of interest for Kendall.

FECA + the parents advocate could not agree on the amount of compensatory education hours; therefore

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____    MULTIDISCIPLINARY TEAM (MDT)    Page _4_ of _4_
CONTINUATION MEETING NOTES
MEETING TYPE: __Resolution__

STUDENT: Kendell Nesbitt    SCHOOL: _____    DATE: _____

the parents advocate will proceed directly to a due process
hearing

The advocate also request payment for attorneys fees. No
specific amount was provided. FECA will not agree to pay
the parent advocates fees at this time

C 1) CPS to meet w/ HRA

FECA was not addressed in the complaint, only against
DCPS.

Copies of the following documents was provided to the
team members

① answer submitted by FECA
② Letter of Invitation / Confirmation for 10/18/05
meeting
③ Meeting Notes for meeting on 10/12/05
** meeting was held on 10/13/05 **
④ Kendalls attendance report

STATE EDUCATION AGENCY
SPECIAL EDUCATION
DISTRICT OF COLUMBIA PUBLIC SCHOOLS AND CHARTER SCHOOLS
825 North Capitol Street, N.E.
Washington, D.C. 20002-4232

Caring for Our Students with Disabilities
A Procedural Manual for Parents

RECEIPT

I, ___KENDALL NESBIT / Rhonda Simms___ , received a copy of *A Procedural*
(Parent/Guardian Name)

*Manual for Parents* from ___Marlynn M. Ross___ /Title _FECA Sp Ed Coord._
(Person Issuing Document)

at ___Hyde Road Academy___ .
(School)

___12 / 13 / 05___ .
(Date)

___Rhonda Sears / Kendall Nesbitt___
Parent/Guardian Signature

(This receipt is to remain in a designated file in the school.)

```
TRANSMISSION VERIFICATION REPORT

                                    TIME  : 12/07/2005 14:54
                                    NAME  : STUDENT HEARINGS OFF
                                    FAX   : 2024425556
                                    TEL   : 2024425432
                                    SER.# : BROH3J609501
```

```
DATE,TIME          12/07  14:54
FAX NO./NAME       96260048
DURATION           00:00:28
PAGE(S)            01
RESULT             OK
MODE               STANDARD
                   ECM
```

## District of Columbia Public Schools
### State Enforcement & Investigation Division
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8ᵀᴴ Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556

✗ REVISED COPY



HEARING NOTICE

MEMORANDUM VIA: [✗] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:    Parent (or Representative): _F. BARRIE_    Fax No.: _626-0048_

       LEA Legal Counsel: _R. CHAPMAN_

RE:    _NESBITT, KENDALL_ _____ and (LEA) DOB: _____
                  Student's Name

FROM:    __SHARON NEWSOME__
         Special Education Student Hearing Office Coordinator

DATE SENT: _12/7/05_

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
. . . . . . Please be advised that the hearing has been scheduled for:

DATE: _1/24/06_

      _11:00 Am_

_Resch'd f_
_1/23/06_

185

```
TRANSMISSION VERIFICATION REPORT

                              TIME  : 12/06/2005 14:43
                              NAME  : STUDENT HEARINGS OFF
                              FAX   : 2024425556
                              TEL   : 2024425432
                              SER.# : BROH3J508501


        DATE,TIME            12/06  14:43
        FAX NO./NAME         96260048
        DURATION             00:00:27
        PAGE(S)              01
        RESULT               OK
        MODE                 STANDARD
                             ECM
```

# District of Columbia Public Schools
## State Enforcement & Investigation Division
### STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



HEARING NOTICE

MEMORANDUM VIA: [ ] FACSIMILE [ ] MAIL [ ] HAND DELIVERY

TO:    Parent (or Representative): _F. BARRIE_      Fax No.: _626 - 0048_

       LEA Legal Counsel: _R. CHAPMAN_

RE:    _NESBITT, KENDALL_    and (LEA)  DOB: _11/1/04_
              Student's Name

FROM:    _SHARON NEWSOME_
          Special Education Student Hearing Office Coordinator

DATE SENT:    _12/6/05_

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
_11/14/05_. Please be advised that the hearing has been scheduled for:

DATE:    _1/23/06_

TIME:    _11:00 Am_

186

```
TRANSMISSION VERIFICATION REPORT

                              TIME  : 12/07/2005 09:40
                              NAME  : STUDENT HEARINGS OFF
                              FAX   : 2024425556
                              TEL   : 2024425432
                              SER.# : BROH3J608501


        DATE,TIME            12/07 09:39
        FAX NO./NAME         97037392323
        DURATION             00:00:19
        PAGE(S)              01
        RESULT               OK
        MODE                 STANDARD
                             ECM
```

# District of Columbia Public Schools
## *State Enforcement & Investigation Division*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



### HEARING NOTICE

MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY        Fax No.: *(703) 739-2323*

TO:    Parent (or Representative):  *P. DALTON*

       LEA Legal Counsel:  *R. CHAPMAN*

RE:    *NESBITT, KENDALL*        and (LEA) DOB:  *11/1/04*
       Student's Name

FROM:   SHARON NEWSOME
        Special Education Student Hearing Office Coordinator

DATE SENT:  *12/6/05*

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
*11/14/05* . Please be advised that the hearing has been scheduled for:

DATE:  *1/23/06*

TIME:  *11:00 AM*

187

# STATE EDUCATION AGENCY FOR THE DISTRICT OF COLUMBIA STATE ENFORCEMENT AND INVESTIGATION DIVISION (SEID) SPECIAL EDUCATION PROGRAMS

| | |
|---|---|
| Kendall Nesbitt | ) |
| | ) |
| v. | ) November 23, 2005 |
| | ) |
| District of Columbia Public Schools ("DCPS") | ) |
| | ) |
| and | ) |
| | ) |
| Friendship Edison PCS | ) |

## Answer to Due Process Complaint

General Denial/Answer

    Friendship Edison hereby submits its answer to the due process complaint filed by Kendall Nesbitt. Friendship Edison states the following pursuant to Individuals with Disabilities Education Improvement Act of 2004, Pub. L. No. 108-446, Sec. 101 §615(c)(2)(B):

    The student alleges a denial of FAPE based on Edison's failure to hold an MDT meeting at High Roads and Edison's failure to provide compensatory education. The remaining allegation, the failure to hold a thirty day review at High Road, is solely against DCPS and requires no response from Edison. As relief the student requests 6,050 hours of compensatory education. The student provides no basis for how these hours were calculated. The student also requests a vocational program. Currently, however, the student is placed in a private, full-time special education program which has a vocational component. Given this set of facts the parent alleges the following allegations against Friendship Edison:

1

188

A.    Edison failed to hold timely hold the MDT meeting ordered by the August 12, 2005, HOD. Furthermore, Edison has failed to provide compensatory education for Kendall.

The hearing convened on July 30, 2005. While the HOD was issued in mid-August, neither Edison nor counsel for Edison received a copy of the HOD. Counsel first learned of the existence of the HOD when he received a call from High Road Academy at the end of October requesting his presence at an MDT meeting the following day. Having not seen the HOD, Edison could not adequately prepare for the meeting or attend the meeting. Counsel for Edison did not actually receive a copy of the HOD until early November. When Edison's counsel spoke with the student's counsel about scheduling the HOD ordered meeting she stated she was only calling about attorney's fees and that the meeting would have to be scheduled with the advocate. A few days later this current hearing request was filed.

The HOD also orders High Road to provide monthly progress reports and attendance reports. Counsel for Edison requests we be given access to these reports as they would be helpful in determining what kind of progress Kendall has made in his new placement. These reports would also be helpful in determining what services would best aid Kendall at this point in his education.

Unfortunately for all parties involved, Edison did not receive the HOD in a timely manner. This has been an ongoing issue with the Student Hearing Office. Our office has made several attempts to make the hearing office aware of the different charter schools we represent; however, there are still a number of cases where we have not

2

189

received the HOD's in a timely manner, if at all.  Edison has sent a letter to student's counsel proposing three dates for a resolution meeting.  We hope the outstanding issues can be resolved at this meeting.

**Relief:**

The student requests over 6,000 hours of compensatory education without citing any method of calculating these hours.  Edison is willing to meet with the student and his current teachers to determine what additional areas in which the student needs services. As stated in *Reid v. D.C.* there is no specific formula which can be applied to compensatory education, and there is no obligation to provide day for day compensation.  401 F.3d 516 (D.C. Cir. 2005)  The team must meet and decide what services can be calculated to provide additional educational benefit the student is not currently receiving.  Given the pending holidays, Edison has proposed November 30th, December 1st and December 2nd as possible dates for a resolution meeting.

Edison denies that there is a current denial of FAPE based on this hearing request.  Edison cannot be held accountable for actions ordered in an HOD it never received.  Regardless, at this point Edison is making a good-faith effort to convene the outstanding meeting as soon as possible.

Respectfully submitted,

Paul S. Dalton, Esq.
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
703-739-4300
703-642-2323 – fax

3

190

## FAX TRANSMISSION COVER SHEET
### Dalton, Dalton & Houston P.C.
#### Attorneys at Law
#### 1008 Pendleton Street
#### Alexandria, Virginia 22314
#### (703) 739-4300
#### FAX (703) 739-2323

DATE:      November 22, 2005

TO:        Sharon Newsome

AT FAX:    202-442-5556

FROM:      Paul S. Dalton, Esq.

RE:        Kendall Nesbitt Answer

NUMBER OF PAGES INCLUDING THIS PAGE:    4
ADDITIONAL INFORMATION:

**PLEASE DELIVER ASAP.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS COMMUNICATION IS CONFIDENTIAL AND IS INTENDED TO BE PRIVILEGED PURSUANT TO THE ATTORNEY CLIENT PRIVILEGE AND ATTORNEY WORK PRODUCT DOCTRINE.**

**IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Office of Mediation &
Early Dispute Resolution
Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 442-5467



# Time Sensitive Materials Attached

# Fax

Prompt Attention: **Principal/Administrator**
        **Special Education Coordinator**

Fax Number: _547.4554_
          _547.5800_
Telephone Number: _547.5800_

Pages: _9_
Date: _Nov 15, 05_

Please find attached a copy of a Scheduling Memorandum and a copy of the
Due Process Complaint Notice regarding:

Student: _Kendall Nesbitt_

School: _Friendship Edison_

Please contact the Complaint Intake Unit @ (202) 442-5253 regarding any
Questions related to this correspondence.  Also this is a phone/fax line.

Thank You,
**Mrs. Gale M. Little**
**Administrative Aide**

The document(s) accompanying this telecopy transmission contains confidential information that Is legally
privileged.  The information is intended only for use of the individual or entity named Above, if you are not the
intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in
reliance of the contents of this copied information is Strictly prohibited.  If you receive this telecopy in error, please
immediately notify us by telephone For return of the original document to us.

Office of Mediation &
Early Dispute Resolution
Complaint Intake Unit
825 North Capitol Street, NE- 8th Fl.
Washington, DC 20002
(202) 442-5467



# Fax

## Time Sensitive Materials Attached

Prompt Attention: Attorney _Fatmata Barrie_

Parent _____

Fax Number: _622·0048_     Pages: _3_ _lw 14/05_

Telephone Number: _622·0240_     Date:

Please find attached a copy of a Scheduling Memorandum regarding:

Student: _Kendall Nesbitt_

School: _Friendship Edis_

Please contact the Complaint Intake Unit @ (202) 442-5253 regarding any Questions related to this correspondence. Also this is a phone/fax line.

Thank You,
Mrs. Gale M. Little
Administrative Aide

The document(s) accompanying this telecopy transmission contains confidential information that Is legally privileged. The information is intended only for use of the individual or entity named Above, if you are not the intended recipient you are hereby notified that any disclosure, copying, Distribution or the taking of any action in reliance of the contents of this copied information is Strictly prohibited. If you receive this telecopy in error, please immediately notify us by telephone For return of the original document to us.

# STATE EDUCATION AGENCY
## DISTRICT OF COLUMBIA PUBLIC SCHOOLS

| | | |
|---|---|---|
| In the Matter of: *Kendall M.* | ) ) ) ) ) | BEFORE A SPECIAL EDUCATION |
| Petitioner | ) | |
| Vs. *DCPS-Friendship* | ) ) ) ) | HEARING OFFICER |
| Respondent | ) ) | DISTRICT OF COLUMBIA PUBLIC SCHOOLS |

## **SCHEDULING MEMORANDUM**

1.　　A due process complaint notice and request for due process hearing has been received by the Student Hearing Office in the State Enforcement & Investigation Division. Pursuant to 20 U.S.C. § 1415(f)(1)(B), prior to the opportunity for an impartial due process hearing, the Local Educational Agency shall convene a resolution meeting with the parent(s) and the relevant member or members of the IEP Team who have specific knowledge of the facts identified in the complaint <u>within 15 calendar days of receiving notice of the parents' complaint</u>. The meeting shall include a representative of the Local Educational Agency who has decision making authority. The Local Education Agency is responsible for scheduling the resolution meeting in consultation with the parent. **The Student Hearing Office does not schedule or participate in resolution meetings.**

2.　　The complaint notice was filed on ___*November 14 05*___

3.　　The deadline for the resolution meeting is ___*November 29 05*___ unless the parent and Local Educational Agency agree in writing to waive such meeting, or agree to refer the case to a mediator for mediation.

## **RESPONSE TO THE COMPLAINT**

A.　　*Prior Written Notice Not Issued by the Local Educational Agency*.　If the Local Educational Agency has not sent a prior written notice to the parent regarding the subject matter contained in the parent's due process complaint notice, the Local Educational Agency shall, <u>within 10 days of receiving the complaint</u>, send to the parent a response that shall include:

1.　　An explanation why the Local Educational Agency proposed or refused to take action raised in the complaint;

2.　　A description of other options that the IEP Team considered and the reasons why those options were rejected;

3.　　A description of each evaluation procedure, assessment, record, or report the agency used as the basis for the proposed or refused action, and

4.　　A description of the factors that are relevant to the agency's proposal or refusal.

B.    Prior written notice, if not already provided to the parent, must be sent by the Local

Educational Agency to the complaining party no later than _*November 24/05*_

C.    ***Deficiency Notice.*** A complaint notice shall be deemed sufficient unless the party receiving the notice notifies the Student Hearing Office and the complaining party in writing, <u>within 15 days of receiving the notice of the complaint</u>, that the complaint does not satisfy the notice requirements specified in 20 U.S.C. 1415(b)(7)(A).

D.    The deadline for filing a deficiency notice is _*November 29 05*_

## DUE PROCESS HEARING

Pursuant to 20 U.S.C. § 1415(f)(1)(B)(ii) if the Local Educational Agency has not resolved the complaint to the satisfaction of the parents within 30 days of the receipt of the complaint, the due process hearing may occur, and all applicable time lines for scheduling a due process hearing will commence. A final hearing officer's decision must be issued within 45 days from the expiration of the 30-day resolution period.

## QUESTIONS AND INFORMATION

The staff with the Student Hearing Office does not provide legal advice. The parties should consult with legal counsel or other representative to answer any legal questions about your rights, duties, and responsibilities under the law. Information about the time, date, and location of the resolution meeting will be provided by the school or the Local Education Agency responsible for scheduling the meeting.

*State Education Agency for the District of Columbia*
*State Enforcement and Investigation Division (SEID)*
*Special Education Programs*



# *Due Process Complaint Notice*

- The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or** parents with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The due process complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- **Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice.** Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting **(called a "Resolution Session")** with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings.**

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

## A. INFORMATION ABOUT THE STUDENT:

Student Name: KENDALL NESBITT          Birth Date: 11/01/04

Address: 1440 KEARNEY STREET, N.E., WASHINGTON, D.C. 20017

Home School: UNKNOWN

Present School of Attendance: HIGH ROAD ACADEMY

Is this a charter school? No          (If yes, you must also provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student: MS. RHONDA SIMMS

1

Address (if different from the student's above): _____

Phone/Contact Number: 202-635-0464    Fax Number (if applicable): _____

## B. **Individual Making the Complaint/Request for Due Process Hearing:**

Name:    MS. RHONDA SIMMS

Complete Address:    1440 KEARNEY STREET, N.E., WASHINGTON, D.C. 20017

Phone: (h)  202-635-0464    (w) _____    (Fax) _____    (e-mail) _____

Relationship to the Student:

X      Parent            ☐    Legal Guardian            ☐    Parent Surrogate

X      Self/Student      ☐    Local Education Agency (LEA)    ☐    Parent Advocate

## C. **Legal Representative/Attorney (if applicable):**

Name:    Fatmata Barrie, Esq. (Law Offices, Christopher N. Anwah, PLLC)

Address:    1003 K St. NW #565 Washington, DC 20020

Phone: (w)  202-626-0040    (Fax) 202-626-0048    (e-mail) _____

Will attorney / legal representative attend the resolution session?    X Yes    ☐ No

## D. **Complaint Made Against (check all that apply):**

☐ DCPS school (name of the school if different from page one) _____
☐ Charter school (name of the charter school if different from page one)  Friendship Edison
☐ Non-public school or residential treatment facility (name) _____
☐ Parent

## E. **Resolution Session Meeting Between Parent and LEA:**

I understand that it is my right to have a resolution meeting to resolve this complaint. I also understand that I may voluntarily waive this right if I choose. (Note: All parties must agree to waive the resolution meeting to avoid having this meeting.)

☐ I wish to waive the Resolution Session Meeting

2

Kendall Nesbitt — 11/01/84

SEID DPCN Rev'd. 7/12/05

**F.**   **Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

☐     I am requesting mediation as an alternative to the resolution session meeting.

☐     I am requesting mediation and a due process hearing.

☐     I am requesting mediation **only** at this time.

**G.**   **Facts and Reasons for the Complaint:**

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions. Provide complete details about all the facts supporting your claims. (You may attach additional pages if needed):

1.   What is the nature of the problem, including the facts relating to the problem that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

   A.   DCPS and FEPCS has failed to adhere to the 08/12/05 HOD by not convening the MDT/IEP meeting within the 10 days of his attendance at High Road Academy to develop a compensatory education plan for the denial of FAPE. Although a meeting was convened at High Road Academy compensatory education plan could not be developed because Friendship-Edison and DCPS did not attend. As a result, FEPCS has denied Kendall a FAPE.

   B.   DCPS and FEPCS have not implemented the compensatory education hours owed to Kendall. Therefore, Kendall continues to be denied a FAPE because he is not able to receive the tutoring that would be helping him get up to grade level.

   C.   DCPS failed to convene a 30-day review for Kendall since his attendance at High Road Academy. Although a meeting was convened by High Road, DCPS did not attend the meeting and as a result, denied him a FAPE.

2.   To the extent known to you at this time, how can this problem be resolved?

   A.   DCPS and Friendship-Edison to fund the compensatory education hours in the amount of 6,050 in the form of vocational training for Kendall for the denial of FAPE for the three years while attending Friendship-Edison.

   B.   DCPS and Friendship-Edison to fund a vocational training school of parent and Kendall's choice until the 6,050 hours have been exhausted.

   C.   DCPS and Friendship-Edison to provide Kendall with all appropriate related and transition services until the exhaustion of the 6,050 hours, including transportation.

   D.   DCPS and Friendship-Edison to provide additional compensatory education for the HOD violation and the violation of the last HOD from the time of its issuance to the present date of the due process hearing complaint dated 10/25/05.

   E.   DCPS to maintain his placement at High Road for the 2005-2006 SY.

   F.   DCPS and FEPCS to pay reasonable attorney fees.

3.    Issues presented:

A.    Whether DCPS and Friendship-Edison denied Kendall Nesbitt a Free Appropriate Public Education (FAPE) when it failed to convene an MDT meeting to formulate a compensatory education plan, per the last HOD?

B.    Whether DCPS and Friendship-Edison denied Kendall FAPE when it failed to attend the MDT meeting to discuss and develop a comp ed plan, per the HOD?

C.    Whether DCPS and Friendship-Edison denied Kendall FAPE when it failed to provide him with the needed compensatory education for the past and present denial of FAPE for the past 3 years?

## H.    Estimated amount of time needed for the hearing:    _____

Note:  In the absence of a specified amount of time, the SHO schedules hearings in two hour blocks of time and will allocate two hours to conduct the hearing.  Please indicate if you believe more than two hours will be needed.

## I.    Accommodations and Assistance Needed:

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

- Interpreter (please specify the type) _____
- Special Communication (please describe the type) _____
- Special Accommodations for Disability (please be specific) _____
- Other _____

## J.    Waiver of Procedural Safeguards:

☐ I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

## K.    Parent Signature and Affirmation:

I affirm that the information provided on this form is true and correct.

_____          _____
Signature of Parent or Guardian                        Date

## L.    Signature of Attorney/ Legal Representative:

_____          11/14/05
Legal Representative / Advocate                        Date

## M.    Signature of LEA Representative (if hearing requested by LEA):

4

SEID DPCN Rev'd. 7/12/05                        Kendall Nesbitt --- 11/01/84

199

Representative of LEA                 Date

**Mail, fax or deliver this complaint notice to:**
**State Enforcement and Investigation Division**
**For Special Education Programs (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC 20002**
**Fax number: 202/442-5556**

5

Kendall Nesbitt — 11/01/84

200




# LAW OFFICES,

# CHRISTOPHER N. ANWAH, PLLC

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
  (DC, MD, NJ)
Fatmata Barrie, Esq.
  (DC, FL)
Georgina A. Oladokun, Esq.
  (MD)
Tamika N. Jones, Esq.
  (DC)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE COVER LETTER

DATE: 11/14/05

TO: SHO

COMPANY: SHO

FAX NUMBER: 202-442-5556

FROM: Fatmata Barrie, Esq.

RE: Hearing Request for Kendall Nesbitt

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET     06

MESSAGE:

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### ***CONFIDENTIALITY NOTICE***

The pages accompanying this facsimile transmission contain information from the Law Office of Christopher Anwah, PLLC, which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

201