UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL COLLEGIATE CAMPUS,** | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-903  (JMF) |
| **KENDALL NESBITT,** | ) ) ) | |
| Defendant. | ) ) | |

**SCHEDULING ORDER**

This matter having come before the Court for an initial status conference and having considered the requests of the parties, this Court[1] issues the following scheduling order.  It is hereby,

**ORDERED** that the parties shall comply will the following directives:

1) Parties have agreed to dispense with discovery in this case.

2) Any dispositive motions or cross-motions are to be filed by June 5, 2007, oppositions to said motions or cross-motions are to be filed by July 5, 2007, and any replies are to be filed by July 20, 2007.

3) Parties have agreed to waive Rule 26 disclosures.

---

[1] The parties have consented to a referral of this case to a Magistrate Judge for all purposes including trial.

4) A pretrial conference is not set at this time.

The parties should be aware that all pleadings should contain my initials on the right hand portion of the caption.  Additionally, any motions that do not comply with Local Rule 7.1(c) or (m) shall be immediately stricken.

Dates in this Order are firm and may only be altered by the Court under compelling circumstances.

**SO ORDERED.**

_____/s/_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: April 20, 2007