UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC<br>CHARTER SCHOOL<br>COLLEGIATE CAMPUS<br><br>    Plaintiff<br><br>    v.<br><br>KENDALL NESBITT<br><br>    Defendant<br>_____ | :<br>:<br>:<br>:<br>:<br>:<br>:  **Civil Action No. 06-903 (JMF)**<br>:<br>:<br>:<br>:<br>: |

**ORDER**

Upon consideration of the Plaintiff's Motion for Summary Judgment, and any opposition thereto, it is hereby

ORDERED: that Plaintiff's Motion for Summary Judgment is GRANTED;

FURTHER ORDERED: The April 14, 2006 Hearing Officer's Determination is reversed.

_____          _____
Date                                       John M. Facciola
                                                United States Magistrate Judge