UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **FRIENDSHIP EDISON PUBLIC** | * | |
| **CHARTER SCHOOL** | * | |
| | * | |
| Plaintiff | * | |
| | * | Civil Action No. 06-0903 (JMF) |
| v. | * | |
| | * | |
| **KENDALL NESBITT** | * | |
| | * | |
| Defendants | * | |

## MOTION FOR LEAVE TO LATE FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Defendant, Kendall Nesbitt by and through his attorneys Jude C. Iweanoge and THE IWEANOGES' FIRM, PC and respectfully request for leave to late file his Motion for Summary Judgment, time for filing having expired. In support, Defendant states:

1. That this case is an appeal of administrative agency decision pursuant to IDEIA.

2. That pursuant to the scheduling order entered in this case, the Defendant's cross-motion for summary judgment was due on June 5, 2007.

3. That Defendant's counsel who is heavily engaged with the press of other Court matters and personal matters could not file a timely motion for summary judgment within the time.

4. That a copy of Defendant's motion for summary judgment is filed concomitantly with this motion.

5. That Defendant would be prejudiced if this motion for leave to late file is denied.

6. That Plaintiff would not be prejudiced if Defendant's motion for leave to late file is granted.

7. That despite diligent efforts, Defendant through counsel was unable to obtain the consent of counsel for Plaintiff prior to filing the instant motion.

WHEREFORE, Defendant through counsel requests that this motion for leave to late file, be granted and the motion for summary judgment accepted as filed.

                            Respectfully submitted,
                            THE IWEANOGES' FIRM, PC

By: /s/JudeIweanoge/s/
     Jude C. Iweanoge, Bar #493241
     1026 Monroe Street, NE
     Washington, D.C. 20017
     Phone: (202) 347-7026
     Fax: (202) 347-7108
     Email: jci@iweanogesfirm.com

## CERTIFICATE OF SERVICE

I HEREBY certify that copies of the foregoing motion were electronically filed on June 8, 2007, and the court would notify parties using Court's e-file system.

                            /s/JudeIweanoge/s/
                            Jude C. Iweanoge