UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL COLLEGIATE CAMPUS : : : : Plaintiff : : v. : : KENDALL NESBITT : : Defendant : _____ : | Civil Action No. 06-903 (JMF) |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS IDENTIFIED BY THE DEFENDANT AS TO WHICH THERE IS A GENUINE DISPUTE**

COMES Now, the Plaintiff, by and through counsel, and, pursuant to LCvR 7(h), submits this statement along with the Plaintiff's Opposition to the Defendant's Cross-Motion for Summary Judgment.

The following are the Plaintiff's responses to the Defendant's Statement of Material Facts Not in Dispute. *See* Cross Motion at 5. The numbers listed below correspond those enumerated in the Defendant's Statement.

| **Defendant's Fact No.** | **Plaintiff's Position** |
|---|---|
| 1. | Not Disputed. |
| 2. | Not Disputed. |
| 3. | Disputed as to the accuracy of the citation in the Administrative Record and in light of the Hearing Officer's finding that the record contained no evidence of the student's current level of academic functioning.  AR at 5. |

| | |
|---|---|
| 4. - 6. | Not Disputed. |
| 7. | Not Disputed that the Hearing Officer awarded 3,300 hours of compensatory education. Disputed as to the reasoning for the award and error committed by the Hearing Officer in awarding 3,300 hours. |
| 8. | Disputed as a conclusion by the pleader. |
| 9. | Disputed as a conclusion by the pleader. |

DATE: July 5, 2007                    Respectfully submitted,

                                                                             /s/
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)