UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRIENDSHIP EDISON PUBLIC<br>CHARTER SCHOOL<br>COLLEGIATE CAMPUS<br><br>    Plaintiff<br><br>    v.<br><br>KENDALL NESBITT<br><br>    Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:   **Civil Action No. 06-903 (JMF)**<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

Upon consideration of the Plaintiff's Motion for Summary Judgment, Defendant's Cross Motion for Summary Judgment, and the Oppositions thereto, it is hereby

ORDERED: that Plaintiff's Motion for Summary Judgment is GRANTED;

FURTHER ORDERED: Defendants' Cross Motion for Summary Judgment is DENIED;

FURTHER ORDERED: The April 14, 2006 Hearing Officer's Determination is reversed.

_____            _____
Date                                      John M. Facciola
                                           United States Magistrate Judge