UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL**     Plaintiff     v.     **KENDALL NESBITT**     Defendants | *<br>*<br>*<br>*<br>*   Civil Action No. 06-0903 (JMF)<br>*<br>*<br>*<br>*<br>* |

### CONSENT MOTION FOR LEAVE TO LATE FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

COMES NOW, the Defendant, Kendall Nesbitt by and through his attorneys Jude C. Iweanoge and THE IWEANOGES' FIRM, PC and respectfully request for leave to late file his Opposition to Plaintiff's Motion for Summary Judgment, time for filing having expired. In support, Defendant states:

1. That this case is an appeal of administrative agency decision pursuant to IDEIA.

2. That pursuant to the scheduling order entered in this case, the Defendant's opposition to plaintiff's motion for summary judgment was due on July 5, 2007.

3. That Defendant's counsel could not file a timely opposition to plaintiff's motion for summary judgment by the due date because of the birth of his first child on July 4, 2007.

4. That a copy of Defendant's opposition to plaintiff's motion for summary judgment is filed concomitantly with this motion.

5. That Defendant would be prejudiced if this motion for leave to late file is denied.

6.  That Plaintiff would not be prejudiced if Defendant's motion for leave to late file is granted because Plaintiff consents to the relief requested herein

7.  That the Court in its exercise of discretion should accept Plaintiff's complaint as filed and reset the scheduling order to accommodate Plaintiff by granting additional time to plaintiff and Defendant to file their reply which was originally due on July 20, 2007.

WHEREFORE, Defendant through counsel requests that this motion for leave to late file be granted and the motion for summary judgment accepted as filed. In addition, the parties request that the court reset the due date for the parties reply, up to and including July 27, 2007, in the interest of justice

> Respectfully submitted,
> THE IWEANOGES' FIRM, PC
>
> By: __/s/JudeIweanoge/s/_____
> Jude C. Iweanoge, Bar #493241
> 1026 Monroe Street, NE
> Washington, D.C. 20017
> Phone: (202) 347-7026
> Fax: (202) 347-7108
> Email: jci@iweanogesfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY certify that copies of the foregoing motion were electronically filed on July 13, 2007, and the court would notify parties using Court's e-file system.

> _____/s/JudeIweanoge/s/_____
> Jude C. Iweanoge

2