UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL COLLEGIATE CAMPUS,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**KENDALL NESBITT,**<br><br>    **Defendant.** | **Civil Action No. 06-903 (JMF)** |

### ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

    **ORDERED** that Plaintiff's Motion for Summary Judgment [#18] is **GRANTED**;

and it is further

    **ORDERED** that Defendant's Cross Motion for Summary Judgment [#20] is

**DENIED**; and it is further

    **ORDERED** that a status conference will take place on February 11, 2008, at 2:00

PM in Courtroom #6.

    **SO ORDERED.**

Dated: January 31, 2008

                                                              /s/
                                                  JOHN M. FACCIOLA
                                                  UNITED STATES MAGISTRATE JUDGE