UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL** * * * | |
| Plaintiff * | |
| * | Civil Action No. 06-0903 (JMF) |
| v. * | |
| * | |
| **KENDALL NESBITT** * | |
| * | |
| Defendants * | |

## CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE

The Defendant Kendall Nesbitt with the consent of Plaintiff Friendship Edison Public Charter School, by and through its undersigned counsel, respectfully requests that the Court grant him an additional ten (10) days to file a response to the Court's order to show cause why Kendall Nesbitt should be awarded a specific compensatory education plan. In support thereof, the Plaintiff states as follows:

1.   That the Court entered a memorandum opinion in the above-referenced matter on January 31, 2008.

2.   That following the order, the parties appeared before the Court for a status conference on February 11, 2008.

3.   That at the status conference, the Court inquired and subsequently entered a show cause order in order to ascertain why Mr. Nesbitt should be awarded a specific plan for compensatory education.

4.      That the response to the order to show cause is due on or before February 25, 2008.

5.      That since the status conference undersigned counsel has been working with Kendall Nesbitt's special education advocate and counsel at the due process hearing to obtain the necessary information and documents from High Road which is the last attending school of Mr. Nesbitt. However, High road has not provided the requested information as of the time of filing this motion.

6.      That Defendant cannot propose a well articulated compensatory education plan with first ascertaining his current abilities and educational needs through the documents requested from High Road.

7.      That Kendall Nesbitt advised that he is still interested in pursuing a program in fashion designing and that he has not yet obtained his high school diploma.

8.      That upon information obtained from Fashion Institute of Technology regarding the fashion design program, the program requires 149 credits. However, Kendall Nesbitt needs to complete his High School diploma before he can enter the program.

9.      That in light of the Court's order that undersigned counsel propose a well-articulated plan that reflects Mr. Nesbitt's current educational abilities and needs, it would be impracticable to comply with the Court's order without receiving the information requested from High Road that would apprise undersigned of Mr. Nesbitt's educational abilities at the time he aged out of High Road.

10.     That Mr. Nesbitt intends to comply with the order to show cause and provide the Court with a well articulated compensatory education plan, but will not be able to do so by the deadline because of the aforestated reason.

11. That an extension of time within which to file a response to the Court's order to show cause is necessary because Mr. Nesbitt intends to propose a compensatory education plan that would assist him obtain his high school diploma and also pursue his interest in fashion designing.

12. The Plaintiff submits that no party would be prejudiced by the requested extension of time. Moreover, counsel for Defendant Friendship Edison Public Charter School consents to the relief requested herein.

WHEREFORE, Defendant, Kendall Nesbitt, respectfully request that this Honorable Court grant a ten-day extension of time, up to and including Thursday, March 6, 2008, to file a response to the Order to Show Cause in this matter.

> Respectfully Submitted,
> THE IWEANOGES' FIRM, P.C.
>
>
> _____/s/*Jude Iweanoge*/s/_____
> Jude C. Iweanoge (DCB#493241)
> 1026 Monroe Street, NE
> Washington, DC  20017
> Phone: (202) 347-7026
> Fax: (202) 347-7108
> Email: jci@iweanogesfirm.com
> *Attorney for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL**     Plaintiff   v.   **KENDALL NESBITT**     Defendants | * * * * * * * * * *   Civil Action No. 06-0903 (JMF) |

**POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO ORDER TO SHOW CAUSE**

1. Fed. R. Civ. P. 6(b).

2. The record herein.

3. The Equitable powers of this Court.

4. The interest of justice.

                                          Respectfully Submitted,
                                          THE IWEANOGES' FIRM, P.C.

                                          _____/s/*Jude Iweanoge*/s/_____
                                          Jude C. Iweanoge (DCB#493241)
                                          1026 Monroe Street, NE
                                          Washington, DC  20017
                                          Phone: (202) 347-7026
                                          Fax: (202) 347-7108
                                          Email: jci@iweanogesfirm.com
                                          *Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I HEREBY certify that copies of the foregoing motion were electronically filed on February 25, 2008, and the court would notify parties using Court's e-file system.

                                                                        */s/JudeIweanoge/s/*
                                                                          Jude C. Iweanoge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FRIENDSHIP EDISON PUBLIC CHARTER SCHOOL** * * * | |
| Plaintiff * | |
| * | Civil Action No. 06-0903 (JMF) |
| v. * | |
| * | |
| **KENDALL NESBITT** * | |
| * | |
| Defendants * | |

### CONSENT ORDER

**UPON CONSIDERATION** of Defendant's Consent Motion for Extension of Time to File Response to Order to Show Cause, in this matter, it is hereby this _____ day of _____ 2008:

**ORDERED** that Defendant's Motion be and is hereby GRANTED, and it is

**FURTHER ORDERED** _____

_____

_____ **SO ORDERED**


_____
JUDGE