**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **FRIENDSHIP EDISON PUBLIC** | * | |
| **CHARTER SCHOOL** | * | |
| Plaintiffs | * | |
| | * | **Civil Action No:06-0903 (JMF)** |
| v. | * | |
| | * | |
| | * | |
| **KENDALL NESBITT** | * | |
| Defendant | * | |

**************************************

<u>**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE**</u>

COMES NOW, the Defendant, Kendall Nesbitt, by and through his attorneys Jude C. Iweanoge, Esquire and THE IWEANOGES' FIRM, P.C. and respectfully responds to this Honorable Court's Order to Show Cause why this Court should award him a specific plan for compensatory education and request this Court to order Plaintiff to fund a psychoeducational evaluation for Defendant. In response, Defendant represents the following unto this Honorable Court:

1.    That on or about January 31, 2008 this Court granted Plaintiff's motion for summary judgment and denied Defendant's motion for summary judgment.

2.    That on February 12, 2008 the Court issued an Order to Show Cause why Mr. Nesbitt should be awarded a specific plan for compensatory education. In addition, the Court ordered that Defendant propose a well-articulated plan that reflects his current educational abilities and needs.

3.    That since the entry of the show cause order undersigned counsel has been working with Mr. Nesbitt's special education advocate and counsel at the due process hearing to obtain

information that would assist in preparing a compensatory education that reflects his current educational abilities and needs.

4.    That undersigned counsel requested the information from High Road Academy with the belief that they would provide recent evaluations that would assist in drafting a compensatory education plan. However, the most current educational evaluation on file for Mr. Nesbitt is from March 1, 2005.

5.    That based on the March 1, 2005 educational evaluation Mr. Nesbitt's academic skills are very limited and he was functioning at a grade equivalent of 3.9.

6.    On or about June 2007, Mr. Nesbitt who was approximately 22years and 6months at the time, aged out of High Road Academy of Washington, D.C., without obtaining his high school diploma. There was no exit IEP or educational evaluation conducted by High Road Academy shortly before or after he aged out of the school system.. Nonetheless it appears that Mr. Nesbitt required about 5 more credits to complete his high school program.

7.    That as previously represented to this Court, Mr. Nesbitt wants to attend a fashion design vocational program, which would be included in a compensatory education plan. However, he cannot attend the school without obtaining his high school diploma.

8.    That Mr. Nesbitt would require a psychoeducational evaluation in order for Mr. Nesbitt to propose a well-articulated plan that addresses the current state of his education and needs. However, Mr. Nesbitt cannot afford to pay for any evaluation and Friendship Edison Public Charter School is not obligated to pay for the evaluation absent this Court's intervention.

9.    That it is undisputed that Plaintiff denied Mr. Nesbitt Free and Appropriate Public Education and that Mr. Nesbitt is in need of compensatory education. The only outstanding issue

is proposing a compensatory education award that is in compliance with the standards set out in <u>Reid v. Dist. Of Columbia</u>, 401 F.3d 516, 518 (D.C. Cir. 2005).

10.     That Mr. Nesbitt is presently prejudiced because he has aged out of the District of Columbia Public and has lost the rights previously guaranteed to him under the IDEIA at the time of the violation.

11.     That absent an order of this Court directing Plaintiff to fund a psychoeducational evaluation for Mr. Nesbitt, he would not be able to propose compensatory education plan that reflects his current educational abilities and needs as required by this Court.

12.     That if the Court is not inclined to order Plaintiff to fund the psychoeducational evaluation of Mr. Nesbitt, then the Court should permit Mr. Nesbitt to show that he is entitled to a specific plan for compensatory education plan based on his educational abilities and need reflected on the March 1, 2005 evaluation.

WHEREFORE, Defendant respectfully requests this Court to order Plaintiff to fund his psychoeducational evaluation or in the alternative permit him to propose a compensatory education plan based on his March 1, 2005 evaluation in the interest of justice.

Respectfully submitted,
THE IWEANOGES' FIRM P.C.


By:_____/s/JudeIweanoge/s/_____
Jude C. Iweanoge (493241)
IWEANOGE LAW CENTER
1026 Monroe Street, NE
Washington, D.C. 20017
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on 6th March 2007 a copy of the foregoing document was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will notify the Plaintiff through the court's e-file system.

_____/s/*JudeIweanoge/s/*_____
Jude C. Iweanoge
