UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
FRIENDSHIP EDISON PUBLIC           )
CHARTER SCHOOL,                    )
              Plaintiff,           )
                                   )
v.                                 )   CIVIL ACTION NO. 06-0903(JMF)
                                   )
KENDALL NESBITT, .                 )
              Defendant.           )
_____)
```

**PLAINTIFF'S ANSWER TO DEFENDANT'S
RESPONSE TO ORDER TO SHOW CAUSE**

_____COMES NOW, The Plaintiff, by and through counsel, Paul S. Dalton, Esq., and gives answer to the response file by Defendant to this Court's Order to Show Cause why the defendant, Kendall Nesbitt a specific plan for compensatory education. It is the position of the Plaintiff that he should not be awarded any type of compensatory education.

First, even the Defendant, by counsel, admits on page two of response that although the Defendant, aged out of High Roads in 2007, his latest evaluation was from March of 2005. The Defendant left Friendship schools in 2004. Certainly the lack of a current evaluation should not now be the responsibility of Friendship, PCS.

Second, prior to leaving High Roads, again by the admission of counsel for the Defendant, High Roads conducted no exit IEP or evaluations. As stated in our complaint, Friendship attempted to work with High Roads and the Defendant to provide him with classes on Saturday, to provide him with a complete Summer Program and to work with High Roads so that he could complete his requirements for graduation. The Defendant did not take advantage of any of these offers.

Third, the Defendant presented no specific compensatory plan at the Due Process Hearing and has not done so now. The time of any responsibility for this former student of Friendship has surely long passed. Based on the lack of a specific proposal and the facts cited here and in our complaint we respectfully request that the Court take no further action with regard to this case.

Respectfully submitted,

\_\_\_\_\_/s/_____
Paul S. Dalton,
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document with its attachments was filed electronically on this 10th day of March, 2008.

_____/s/_____
Paul S. Dalton, Esq.
Counsel for Plaintiff